Form a0ntcdoc
(Rev. 6/17)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

| | | |
|---|---|---|
| In Re: | Union Institute & University | Case No.: 1:25−bk−10562 |
| | Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 31−0747997 | | Judge: Beth A. Buchanan |

**ORDER REGARDING DEFICIENT FILING BY CHAPTER 7 NON−INDIVIDUAL DEBTOR AND SETTING FOURTEEN (14) DAY DEADLINE FOR COMPLIANCE; AND NOTICE OF IMMINENT DISMISSAL OF CASE**

The above−captioned bankruptcy case was filed without certain forms required by the Bankruptcy Code and/or Federal and Local Rules of Bankruptcy Procedure. See 11 U.S.C. § 521(a)(1); Federal Rules of Bankruptcy Procedure 1007 and 7007.1; and Local Bankruptcy Rules 1007−1, 1007−2, 1015−2, and 1074−1. Most required official and local forms are available on the court's website at (www.ohsb.uscourts.gov), under the tab "Rules & Forms." The following required forms are missing and must be filed **within fourteen (14) days of the petition filing date:**

- ☐ Signature of Attorney (Official Form 201, Line 18)
- ☑ Schedules of Assets and Liabilities − All (Official Forms 206A/B, 206D, 206E/F, 206G, and 206H)
- ☑ Schedule A/B − Assets − Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D − Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F − Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G − Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H − Codebtors (Official Form 206H)
- ☑ Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207)
- ☑ Summary of Assets and Liabilities and Certain Statistical Information (Official Form 206Sum)
- ☑ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
- ☐ Statement of Related Cases (Local Bankruptcy Rule Form 1015−2)
- ☑ Corporate Resolution (Local Bankruptcy Rule 1074−1(b))

- ☑ Corporate Ownership Statement containing information described in Federal Rule of Bankruptcy Procedure 7007.1 (See Federal Rule of Bankruptcy Procedure 1007(a)(1))

- ☐ Verification of List of Creditors (Local Bankruptcy Rule 1007−2; available on the court's website at (www.ohsb.uscouts.gov/pdf−writable−forms)

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE IF THE DEBTOR(S) FAILS TO COMPLY WITH THIS ORDER.**

**PURSUANT TO BANKRUPTCY RULE 2002(a)(4), CREDITORS AND PARTIES IN INTEREST SHALL HAVE TWENTY−ONE (21) DAYS FROM THE SERVICE DATE OF THIS ORDER TO FILE AN OBJECTION TO THE DISMISSAL OF THIS CASE.**

**SO ORDERED.**

Dated: March 17, 2025

*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge