**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 25-10562** |
| **Union Institute & University** | **Chapter 7** |
| **Debtor** | **Judge Beth A. Buchanan** |

## REJECTION OF TRUSTEE APPOINTMENT

Comes now Eric Goering, Trustee, and rejects the appointment as Trustee in this case.  Debtor has a conflict of interest.

Therefore, Eric Goering rejects his appointment as Trustee.

*/s/ Eric Goering*
Eric Goering 0061146
Goering & Goering
220 W. Third Street
Cincinnati, Ohio 45202
513-621-0912

CERTIFICATE OF SERVICE

   I hereby certify that on March 20, 2025, a copy of the foregoing Rejection of Trustee Appointment was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

US Trustee
Thomas Allen
James Coutinho
Richard Stovall

And on the following by ordinary U.S. Mail addressed to:

Union Institute & University
c/o Blackwell Hollinger & Co. LLC
580 5th Ave., Suite 820
New York, NY 10036

            */s/ Eric W. Goering*
            Eric W. Goering