**Fill in this information to identify your case:**

Debtor Name: **Union Institute & University**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*): **25-10562**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand** — $ 0.00
   **Description: Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1 | Bank of America | Checking Account | 4998 | $ | 15,766.35 |
| 3.2 | Fifth Third Bank Perkins | Checking Account | 6278 | $ | 0.00 |
| 3.3 | Fifth Third Bank, General Account | Checking Account | 6187 | $ | 2,839.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ **18,605.79**

Debtor **Union Institute & University**  Case number *(if known)* **25-10562**
       Name

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   $ **0.00**

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    **11a. 90 days old or less:**  0.00 − 0.00 = $ 0.00
    face amount    doubtful or uncollectible accounts

    **11b. Over 90 days old:**  1,326,203.00 − 1,326,203.00 = $ 0.00
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ **0.00**

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

## Part 4: Investments

13. **Does the debtor own any investments?**
    - ☒ No. Go to Part 5.
    - ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                             $ _____ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

    _____   _____   $ _____   _____   $ _____
                  MM / DD / YYYY

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                             $ _____ 0.00

Debtor __Union Institute & University_____   Case number *(if known)* __25-10562_____
      Name

24. **Is any of the property listed in Part 5 perishable?**
    - ☒ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☒ No
    - ☐ Yes.

    Book value  $ _____    Valuation method _____    Current Value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**
 Add lines 28 through 32. Copy the total to line 85.   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
 ☒ No
 ☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☒ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
 ☒ No
 ☐ Yes
  Book value $ _____ Valuation method _____ Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
 ☒ No
 ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
 ☒ No
 ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
 ☐ No. Go to Part 8.
 ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Miscellaneous File Cabinets and chairs | $ 0.00 | Book | $ 0.00 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Miscellaneous computer servers, laptops. | $ 0.00 | Book | $ 0.00 |

Debtor  **Union Institute & University**　　　　　　　　　　　　　　　　Case number *(if known)*  **25-10562**
　　　　　Name

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | | |
|---|---|---|---|---|---|
| 42.1 | **University Memorabilia, Artifacts, Photograph and one sculpture "Whoopi 2015" by Dr. Constance McCatherin Silver** | $ 0.00 | Book | $ | 0.00 |

43. **Total of Part 7.**

    Add lines 38 through 42. Copy the total to line 86.　　　　　　　　　　　　　　　　　　　　$　　　　0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 8:　Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | **Dodge Ram Van** | $ 0.00 | Book | $ 0.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    　　　　　　　　　　　　　　　　　　　　　$ 　　　　　　　　　　　　　　　　$

49. **Aircraft and accessories**

    　　　　　　　　　　　　　　　　　　　　　$ 　　　　　　　　　　　　　　　　$

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    　　　　　　　　　　　　　　　　　　　　　$ 　　　　　　　　　　　　　　　　$

Debtor  **Union Institute & University**  Case number *(if known)* **25-10562**

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☒ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
    - ☒ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☒ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **The Union Institute for Social Justice - organized 5/27/2020 in Ohio. Document #202014800742; U.S. Application Serial No. 90840383; Mark: ONEJUSTWORLD. Owner/Holder: Union Institute & University. Docket/Reference No. UN045/100036. Issue Date: January 24, 2023.** | $ 0.00 | Book | $ 0.00 |
| 61. **Internet domain names and websites** | | | |
| **www.myunion.edu** | $ 0.00 | Book | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Alumni.** | $ 0.00 | Book | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| | $ | | $ |
| 65. **Goodwill** | | | |
| | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.         $ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

Debtor  **Union Institute & University**                                  Case number *(if known)*  **25-10562**
       Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____   –   _____  =  $ _____
    Total face amount              doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____              Tax Year _____           $ _____

73. **Interests in insurance policies or annuities**

    **Indian Harbor Insurance Company, Policy #ELL0950761-05.**                            $ **1.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                                              $ _____
    **Nature of claim**       _____

    **Amount requested**      $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Coverage dispute with insurers over claims asserted by U.S. Dept. of Education and by former employees and students.**                                                    $ **0.00**
    **Nature of claim**       _____
    **Amount requested**      $ **Unknown**

Debtor **Union Institute & University** Case number *(if known)* **25-10562**
      Name

**Fifth Third Bank - Wrongful response to garnishment relative to debtor's bank account. ending 172023.**      $ **Unknown**

Nature of claim

Amount requested     $ **0.00**

**Payroll Taxes inappropriately garnished by State of Indiana for Q3 2023 report.**      $ **3,297.00**

Nature of claim

Amount requested     $ **Unknown**

76. **Trusts, equitable or future interests in property**

    **Beneficial interest in Arnold A. DeLuca Trust**      $ **Unknown**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **457(B) Deferred Compensation Plan held at TIAA A/R, ending 5402**      $ **156,064.50**

    **Garnished funds on deposit with the Hamilton County Clerk of Courts.**      $ **13,367.81**

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.      $ **172,730.31**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 18,605.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ 0.00 | |

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

83. **Investments.** *Copy line 17, Part 4.*  $ **0.00**

84. **Inventory.** *Copy line 23, Part 5.*  $ **0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*  $ **0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*  $ **0.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  $ **0.00**

88. **Real property.** *Copy line 56, Part 9.* ................................................................➔  $ **0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*  $ **0.00**

90. **All other assets**. *Copy line 78, Part 11.*  ✚ $ **172,730.31**

91. **Total.** Add lines 80 through 90 for each column...................... 91a.  $ **191,336.10**  ✚ 91b. $ **0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................  $ **191,336.10**

**Fill in this information to identify your case:**

Debtor Name: **Union Institute & University**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*): **25-10562**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1**

**Creditor's Name**
Alpine Advance 5 LLC

**Creditor's mailing address**
228 Park Avenue South
New York, NY 10003

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Accounts Receivable

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67,435.00      $ 0.00

**Description**
Business Debt.

Debtor **Union Institute & University**  Case number *(if known)* **25-10562**
        Name

---

**2.2**  **Creditor's Name**

**American Funding Services Inc.**

**Creditor's mailing address**
**200 Biscayne Blvd., Apt. 3508**
**Miami, FL 33132**

**Creditor's email address, if known**

**Date debt was incurred**    **3/24/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **Unknown**   $ **0.00**

**Describe the lien**
**Blanket**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Description**
**Business Debt.**

---

**2.3**  **Creditor's Name**

**Cedar Advance LLC**

**Creditor's mailing address**
**5401 Collins Avenue CU-9A**
**Miami Beach, FL 33140**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **321,625.04**   $ **0.00**

**Describe the lien**
**Accounts Receivable.**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Business Debt.**

---

Debtor　__Union Institute & University__　　　　　　　　　　　　　　Case number *(if known)*　__25-10562__
　　　　　Name

---

### 2.4

**Creditor's Name**

__Corporex__

**Creditor's mailing address**
__100 E. Center River Blvd Suite 1100__
__Covington, KY 41011__

**Creditor's email address, if known**

**Date debt was incurred**　__12/2/2022__

**Last 4 digits of account number**　_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ __282,063.76__　$ __0.00__

**Describe the lien**
__Blanket__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
__Business Debt.__

---

### 2.5

**Creditor's Name**

__Delta Bridge (CloudFund)__

**Creditor's mailing address**
__400 Rella Blvd. Suite 165-101__
__Suffern, NY 10901__

**Creditor's email address, if known**

**Date debt was incurred**　_____

**Last 4 digits of account number**　_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ __241,790.00__　$ __0.00__

**Describe the lien**
__Blanket__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
__Business Debt.__

---

Debtor **Union Institute & University** Case number *(if known)* **25-10562**
　　　　Name

---

**2.6** **Creditor's Name**
**ERC Advanced Funding/Stenson Tammadon**

**Creditor's mailing address**
**111 W. Monroe St., 17th Floor**
**Phoenix, AZ 85003**

**Creditor's email address, if known**

**Date debt was incurred**  **4/7/2023**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ **794,502.00**   $ **0.00**

**Describe the lien**
**Accounts Receivable**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Business Debt**

---

**2.7** **Creditor's Name**
**FCS Advisors LLC**

**Creditor's mailing address**
**441 Ninth Avenue, 20th Floor**
**New York, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred**  **4/29/2022**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ **Unknown**   $ **0.00**

**Describe the lien**
**Blanket**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Description**
**Business Debt**

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any　　$ **1,707,415.80**

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

# Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify your case:**

Debtor Name: **Union Institute & University**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (If known): **25-10562**    Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   2.1 **State what the contract or lease is for and the nature of the debtor's interest**: Office Sharing Agreement

   **State the term remaining**:

   **List the contract number of any government contract**:

   Regus
   8200 Beckett Park Dr.
   West Chester, OH 45069

**Fill in this information to identify your case:**

Debtor Name: __Union Institute & University__

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (*If known*): __25-10562__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Sandra Mills**<br>Name<br><br>Description | **2 Hedgerow Lane**<br>Number    Street<br>**Cincinnati    OH    45220**<br>City    State    Zip Code | **American Funding Services Inc.**<br>Name | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Dr. Karen Webb**<br>Name<br><br>Description | **4049 East Bennington Blvd.**<br>Number    Street<br>**Bloomington    IN    47401**<br>City    State    Zip Code | **American Funding Services Inc.**<br>Name | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Sandra Mills**<br>Name<br><br>Description | **2 Hedgerow Lane**<br>Number    Street<br>**Cincinnati    OH    45220**<br>City    State    Zip Code | **Cedar Advance LLC**<br>Name | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Dr. Karen Webb**<br>Name<br><br>Description | **4049 East Bennington Blvd.**<br>Number    Street<br>**Bloomington    IN    47401**<br>City    State    Zip Code | **Cedar Advance LLC**<br>Name | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2.5** | **Sandra Mills** | **2 Hedgerow Lane** | | **Delta Bridge (CloudFund)** | ☑ D | **2.5** |
| | Name | Number    Street | | Name | ☐ E/F | |
| | | **Cincinnati    OH    45220** | | | ☐ G | |
| | Description | City           State    Zip Code | | | | |
| **2.5** | **Dr. Karen Webb** | **4049 East Bennington Blvd.** | | **Delta Bridge (CloudFund)** | ☑ D | **2.5** |
| | Name | Number    Street | | Name | ☐ E/F | |
| | | **Bloomington    IN    47401** | | | ☐ G | |
| | Description | City           State    Zip Code | | | | |