**Fill in this information to identify your case:**

Debtor          **Union Institute & University**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number *(if known)*:          **25-10562**

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
     ☑ No. Go to Part 2.
     ☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | Total Claim | Priority Amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,093.21 |
|---|---|---|---|
|  | **4Imprint** | ☐ Contingent | |
|  | **101 Commerce Street** | ☐ Unliquidated | |
|  | **Oshkosh, WI 54901** | ☐ Disputed | |

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Business Debt.**

Debtor   __Union Institute & University_____   Case number *(if known)*   __25-10562__
         Name

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ **Unknown** |

**Aaron Arora**

**7717 Inverness Lakes Trl**

**Fort Wayne, IN 46804**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ **Unknown** |

**Aaron Hague**

**4011 Hollyhock Ln**

**Maumee, OH 43537**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ **Unknown** |

**Abby Orsini**

**1065 Lake Park Ave**

**Galt, CA 95632**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Adam D. Wickert**

**14859 SE BADEN POWELL RD**

**HAPPY VALLEY, OR 97086**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **8,553.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Adanily Piggott**

**14306 Paradise Tree Dr**

**Orlando, FL 32828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Former Student**

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Adelin Brownell**

**82 Turnpike Rd**

**Eagle Bridge, NY 12057**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Former Student**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 3 of 422

Debtor    **Union Institute & University**                          Case number *(if known)*    **25-10562**
_____Name_____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Adler Properties**

**1400 NW 107th Avenue 5th Floor**

**Miami, FL 33172**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **60,240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Business Debt.

---

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nonpriority creditor's name and mailing address**

**Adnnan Anjum**

**11771 SW 250th St**

**Homestead, FL 33032**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

| 3.10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nonpriority creditor's name and mailing address**

**Adriana Cuevas Velarde**

**3701 LAGUNA WAY**

**SACRAMENTO, CA 95864**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **1,457.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Debtor    __Union Institute & University__
Name

Case number *(if known)*    __25-10562__

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Affordable Language Services**

**9852 Redhill Drive**

**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                           1,766.25

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

| Business Debt |
|---|

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Alan Soroka**

**14712 Excaliber Dr**

**Morgan Hill, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                           Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

| Former Student |
|---|

---

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Albert Nazaryan**

**15105 Providence Ln**

**North Hills, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                           Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

| Former Student |
|---|

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.14**  **Nonpriority creditor's name and mailing address**

**Alberto Pulles**

**134 W 32nd St**

**Hialeah, FL 33012**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.15**  **Nonpriority creditor's name and mailing address**

**Alex Alas**

**333 W 4th St**

**San Dimas, CA 91773**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.16**  **Nonpriority creditor's name and mailing address**

**Alexander Cassitta**

**1237 Terrystone Ct**

**Weston, FL 33326**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

Debtor    <u>**Union Institute & University**</u>          Case number *(if known)*   <u>**25-10562**</u>
Name

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $        **Unknown** |

*Check all that apply.*

**Alexander Estevez**

**9215 SW 212th Ter**

**Cutler Bay, FL 33189**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $        **Unknown** |

*Check all that apply.*

**Alexis Michals**

**15029 Ashby Way E**

**Carrollton, VA 23314**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $        **Unknown** |

*Check all that apply.*

**Alexis Porter**

**14338 Bonnett Lane**

**Laurel, MD 20707**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC
                                                   BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**

Alexis Ryan

806 Sleepy Harbour Dr.

Ocoee, FL 34761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**3.21** | **Nonpriority creditor's name and mailing address**

Alexis S.Glennon

2332 STATE ROUTE 90

AURORA, NY 13026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **19,908.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.22** | **Nonpriority creditor's name and mailing address**

Alexis Sanchez

4735 COWELL BLVD

DAVIS, CA 95618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Notice Only

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address**

Alexis Waldrop

11200 Sean Haggerty Dr Apt 14206

El Paso, TX 79934

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

**3.24** | **Nonpriority creditor's name and mailing address**

Alfred Hernandez

581 SW 182nd Way

Pembroke Pnes, FL 33029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

**3.25** | **Nonpriority creditor's name and mailing address**

Alicia C. Simpson

6039 RIVEROAK TERRACE

ATLANTA, GA 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 21,182.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.26**  **Nonpriority creditor's name and mailing address**

**Alicia Gonzalez**

**331 E Carson St Apt D**

**Long Beach, CA 90807**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.27**  **Nonpriority creditor's name and mailing address**

**Alicia Jones**

**3105 Varcroft Rd**

**Knightdale, NC 27545**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.28**  **Nonpriority creditor's name and mailing address**

**Alicia Montgomery**

**2821 Colonial Ridge Ct**

**Cincinnati, OH 45212**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address**

Alicia Pangelinan

1098 Ironwood St

Plumas Lake, CA 95961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

Alicia Pearcy

PO Box 1072

Lawai, HI 96765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

Alicia Warner

1149 James Ave

Deltona, FL 32738

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

Alison G. Leggett

5441 SENFORD AVENUE

LOS ANGELES, CA 90056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Only

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

Aliya McLemore

1714 Auburn Ave

Dayton, OH 45406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

Alysenne Pano

1315 16th St Apt B

Oceano, CA 93445

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.35** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

**Amanda Benedict**

☒ Contingent
☒ Unliquidated
☒ Disputed

**912 Rougemont Ave**

**Charlottesville, VA 22902**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

**Amanda Boulton**

☒ Contingent
☒ Unliquidated
☒ Disputed

**4665 Amarosa Hts Apt 103**

**Colorado Spgs, CO 80920**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

**Amanda Jaramillo**

☒ Contingent
☒ Unliquidated
☒ Disputed

**6772 9th Ave**

**Sacramento, CA 95820**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

__Amber Penn__

☒ Contingent
☒ Unliquidated
☒ Disputed

__411 Catherine Ave Apt 2__

__Cincinnati, OH 45229__

**Date or dates debt was incurred**      **Basis for the claim:**      Description

_____

**Description**
Former Student

**Last 4 digits of account number**      **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

__Amber Scott__

☒ Contingent
☒ Unliquidated
☒ Disputed

__1820 Losantiville Avenue__

__Cincinnati, OH 45237__

**Date or dates debt was incurred**      **Basis for the claim:**

**Description**
Former Student

**Last 4 digits of account number**      **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **29,565.00**

__Ami Bryant__

☐ Contingent
☐ Unliquidated
☐ Disputed

__8635 SOMERSET BLVD APT #150__

__PARAMOUNT, CA 90723__

**Date or dates debt was incurred**      **Basis for the claim:**

**Description**
Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**      **Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Amir Shariat**

**458 Raymond Ave**

**San Jose, CA 95128**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Amy Alio**

**435 Seguine Ave**

**Staten Island, NY 10309**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Amy L. Obszarski**

**3555 RACKACRES DR**

**CINCINNATI, OH 45211**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **5,266.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.44** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **12,580.00**

**Amy M.Roth**

**4740 DELHI ROAD #5**

**CINCINNATI, OH 45238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **10,811.00**

**Ana I. Hernandez**

**1933 20TH STREET #E**

**SANTA MONICA, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ **0.00**

**Ana Ramos**

**C/O ROTHBERG LAW FIRM
505 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46859**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Ana Ramos**

**2450 E 6th St Apt 7**

**Long Beach, CA 90814**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**3.48** | **Nonpriority creditor's name and mailing address**

**Andre Romo**

**27260 SW 136th Path**

**Homestead, FL 33032**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**3.49** | **Nonpriority creditor's name and mailing address**

**Andrea Regan**

**10775 Lavender St**

**Ventura, CA 93004**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.50**    **Nonpriority creditor's name and mailing address**

**Andrea Vance**

**3088 Chatfield Dr**

**Highland Park, IL 60035**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**

**Andrew Costamagna**

**5020 Bear Creek Rd**

**Lodi, CA 95240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

**Andrew Grijalva**

**481 Barbri Ln**

**Davie, FL 33325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**

Andrew Ha

2633A Garfield Ave

Carmichael, CA 95608

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$                              **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

**3.54** | **Nonpriority creditor's name and mailing address**

Andrew Harvey

532 S SANTA ANITA AVENUE

PASADENA, CA 91107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **12,474.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.55** | **Nonpriority creditor's name and mailing address**

Andrew Michael Harsh

3657 TWINBERRY LANE

SAN BERNARDINO, CA 92407

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **4,153.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Debtor    **Union Institute & University**                                    Case number *(if known)*    **25-10562**
        Name

---

**3.56**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $                    **1,457.00**
                                                                        *Check all that apply.*

        **Andrew S. Dunbar**                                            ☐   Contingent
                                                                        ☐   Unliquidated
        **8810 W MCNAB ROAD APT #301**                                  ☐   Disputed

        **TAMARAC, FL 33321**


        **Date or dates debt was incurred**                            **Basis for the claim:**                    **Description**

        _____                                        _____          **Unpaid wages and
                                                                                                          benefits more than 180
        **Last 4 digits of account number**    _____         **Is the claim subject to offset?**       days old prior to petition
                                                                                                          date.**
                                                                        ☒   No
                                                                        ☐   Yes

---

**3.57**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $                    **1,894.00**
                                                                        *Check all that apply.*

        **Angela Christine Kelley**                                     ☐   Contingent
                                                                        ☐   Unliquidated
        **2 CHURCH STREET**                                             ☐   Disputed

        **NORTH SPRINGFIELD, VT 05150**


        **Date or dates debt was incurred**                            **Basis for the claim:**                    **Description**

        _____                                        _____          **Unpaid wages and
                                                                                                          benefits more than 180
        **Last 4 digits of account number**    _____         **Is the claim subject to offset?**       days old prior to petition
                                                                                                          date.**
                                                                        ☒   No
                                                                        ☐   Yes

---

**3.58**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $                    **0.00**
                                                                        *Check all that apply.*

        **Angie Brown**                                                 ☐   Contingent
                                                                        ☐   Unliquidated
        **5448 SENOUR DR**                                              ☐   Disputed

        **WEST CHESTER, OH 45069**


        **Date or dates debt was incurred**                            **Basis for the claim:**                    **Description**

        _____                                        _____          **Unpaid wages and
                                                                                                          benefits more than 180
        **Last 4 digits of account number**    _____         **Is the claim subject to offset?**       days old prior to petition
                                                                                                          date.**
                                                                        ☒   No
                                                                        ☐   Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

---

**3.59** | **Nonpriority creditor's name and mailing address**

Ann Marie Fowler

104 ARROWHEAD LANE

OFALLON, IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 219.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

Anna Garcia

263 Foxtrail Dr

El Centro, CA 92243

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

Annie Chihel Lee

230 EAST CHURCH ROAD

ELKINS PARK, PA 19027

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 546.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address**

Annmarie Sulaiman

1842 Bella Lago Dr

Stockton, CA 95206

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ Unknown

**Description**

Former Student

---

**3.63** | **Nonpriority creditor's name and mailing address**

Anthony Kendall

1234 DONALD DRIVE

GREENVILLE, OH 45331

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 0.00

**Description**

Notice Only

---

**3.64** | **Nonpriority creditor's name and mailing address**

Anthony Louis Digaetano

2891 W 76 ST #202

HIALEAH, FL 33018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 1,056.00

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.65**  **Nonpriority creditor's name and mailing address**

Anthony Pimentel

8807 Jacmar Ave

Whittier, CA 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*

$\boxtimes$ Contingent
$\boxtimes$ Unliquidated
$\boxtimes$ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

$\boxtimes$ No
$\square$ Yes

**Description**

Former Student

---

**3.66**  **Nonpriority creditor's name and mailing address**

Anthony Schoen

3478 Harborway Dr

Sharonville, OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*

$\boxtimes$ Contingent
$\boxtimes$ Unliquidated
$\boxtimes$ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

$\boxtimes$ No
$\square$ Yes

**Description**

Former Student

---

**3.67**  **Nonpriority creditor's name and mailing address**

Antoine Abinader

501 Crest View Ave

Belmont, CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*

$\boxtimes$ Contingent
$\boxtimes$ Unliquidated
$\boxtimes$ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

$\boxtimes$ No
$\square$ Yes

**Description**

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address**

Antwan Johnson

7013 Nw 21st Ave

Miami, FL 33147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

**3.69** | **Nonpriority creditor's name and mailing address**

Anu Mitra

3720 S. OCEAN BOULEVAD # 1104

HIGHLAND BEACH, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **13,411.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.70** | **Nonpriority creditor's name and mailing address**

APG Office Furniture

12075 Northwest Blvd Suite 100

Cincinnati, OH 45246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **3,387.78**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Business Debt.

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Union Institute & University**                                    Case number *(if known)*  **25-10562**
Name

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

**April Carter**

**5200 Clark Ave #579**

**Lakewood, CA 90714**

$_____ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

| Former Student |
|---|

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

**April Clark**

**1527 Howe Rd**

**Kent, OH 44240**

$_____ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

| Former Student |
|---|

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

**Araceli Harrison**

**2323 Kerrysdale Dr SE**

**Olympia, WA 98513**

$_____ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

| Former Student |
|---|

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __Union Institute & University__                              Case number *(if known)*   __25-10562__
          Name

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown |
|---|---|---|---|

__Araceli Manrriquez__

__16217 SW 306th St__

__Homestead, FL 33033__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown |
|---|---|---|---|

__Ariana Fort__

__Po Box 392__

__Three Bridges, NJ 08887__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $_____ Unknown |
|---|---|---|---|

__Arianna Nicolaysen__

__4946 Galena St__

__Chubbuck, ID 83202__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.77** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check that all apply.*

$ __50,212.00__

**Arlene Sacks**

**8810 SW 106TH STREET**

**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

Description

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check that all apply.*

$ __855,000.00__

**Arnold A DeLuca Trust**

**1900 South Highland Avenue Suite 100**

**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

Description

**Business Debt.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check that all apply.*

$ __Unknown__

**Arrenz Nulud**

**2821 Calle Loreto**

**Palm Springs, CA 92264**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

Description

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor      **Union Institute & University**                                    Case number *(if known)*  **25-10562**
            Name

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Arturo Ramos**

**7704 Alderwood Ave**

**Eastvale, CA 92880**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

                                                                                                  Former Student

**Last 4 digits of account number** _____         **Is the claim subject to offset?**

                                                        ☑ No
                                                        ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Ashle Berry**

**4770 Teel Pkwy**

**Frisco, TX 75034**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

                                                                                                  Former Student

**Last 4 digits of account number** _____         **Is the claim subject to offset?**

                                                        ☑ No
                                                        ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Ashley Alejandre**

**17155 2550 Rd**

**Cedaredge, CO 81413**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

                                                                                                  Former Student

**Last 4 digits of account number** _____         **Is the claim subject to offset?**

                                                        ☑ No
                                                        ☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address

**Ashley Pearson**

**16672 Selby Dr**

**San Leandro, CA 94578**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

Date or dates debt was incurred

Last 4 digits of account number  _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Former Student

---

**3.84** | Nonpriority creditor's name and mailing address

**Ashlyn Sendler**

**5901 Williamson Rd**

**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

Date or dates debt was incurred

Last 4 digits of account number  _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Former Student

---

**3.85** | Nonpriority creditor's name and mailing address

**Ashlynn Mccarty**

**212 W Pinehurst St**

**Sidney, OH 45365**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**

Date or dates debt was incurred

Last 4 digits of account number  _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.86**  Nonpriority creditor's name and mailing address

AT&T

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1.00

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Business debt.

---

**3.87**  Nonpriority creditor's name and mailing address

Atha Sanders

1802 Quarry Ridge Dr

Columbus, OH 43232

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Former Student

---

**3.88**  Nonpriority creditor's name and mailing address

Audrey Scott

1106 Solid Rock Blvd Apt 11

Wshngtn Ct HS, OH 43160

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                           BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ **Unknown** |

Check all that apply.

__Audri Zanatta__

☑ Contingent

__13036 SW 67th Ave__

☑ Unliquidated

__Ocala, FL 34473__

☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ **0.00** |

Check all that apply.

__Aura A. Fluet__

☐ Contingent

__81 EDGEWOOD AVE__

☐ Unliquidated

__METHUEN, MA 1844__

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $_____ **Unknown** |

Check all that apply.

__Austin Blythe__

☑ Contingent

__817 Taft Way__

☑ Unliquidated

__Galt, CA 95632__

☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address**

Authorize.net

900 Metro Center Blvd.

Foster City, CA 94404-2172

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,292.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Business Debt.

---

**3.93** | **Nonpriority creditor's name and mailing address**

Authorize.net

900 Metro Center Blvd.

San Mateo, CA 94404

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,292.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Business Debt

---

**3.94** | **Nonpriority creditor's name and mailing address**

Aviva Bowman Marketing Consultant

301 45th Avenue South

St. Petersburg, FL 33705

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,312.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Business Debt.

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address**

Axil Chricchio

PO BOX 1007

MONTEREY, CA 93942

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Notice Only

---

**3.96** | **Nonpriority creditor's name and mailing address**

Bari S. Kraus

OHEF SHOLOM TEMPLE 530 RALEIGH AVE

NORFOLK, VA 23507

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 765.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.97** | **Nonpriority creditor's name and mailing address**

Benjamin Dyer

10413 Happydale Rd

Cambridge, OH 43725

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

Debtor    __Union Institute & University__                                    Case number *(if known)*   __25-10562__
                Name

---

**3.98** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $_____**Unknown**

__Bernice Davis__                                    ☒ Contingent
                                                     ☒ Unliquidated
__483 Marion Rd__                                    ☒ Disputed

__Cincinnati, OH 45215__

Date or dates debt was incurred          Basis for the claim:              Description
_____          _____          **Former Student**

Last 4 digits of account number  _____          Is the claim subject to offset?
                                                     ☒ No
                                                     ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $_____**15,032.00**

__Beryl L. Watnick__                                 ☐ Contingent
                                                     ☐ Unliquidated
__220 S FULLER AVENUE__                              ☐ Disputed

__LOS ANGELES, CA 90036__

Date or dates debt was incurred          Basis for the claim:              Description
_____          _____          **Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number  _____          Is the claim subject to offset?
                                                     ☒ No
                                                     ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                    $_____**9,894.00**

__Betsy Emery Martin__                               ☐ Contingent
                                                     ☐ Unliquidated
__3732 SACHEM AVENUE__                               ☐ Disputed

__CINCINNATI, OH 45226__

Date or dates debt was incurred          Basis for the claim:              Description
_____          _____          **Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number  _____          Is the claim subject to offset?
                                                     ☒ No
                                                     ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.10 1**

**Nonpriority creditor's name and mailing address**

**Betty Jean Overton**

**358 FRANKLIN BROOK LANE**

**JACKSONVILLE, FL 32225**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,692.00

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.10 2**

**Nonpriority creditor's name and mailing address**

**Beverely A. Carter-Remy**

**20190 NW 9TH DRIVE**

**PEMBROKE PINES, FL 33029**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 146.00

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.10 3** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Birgit A. Monks**

**22025 DEL ORO ROAD**

**APPLE VALLEY, CA 92308**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                     13,260.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.10 4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Blackbaud**

**65 Fairchild Street**

**Charleston, SC 29492**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    108,693.78

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.10 5**

**Nonpriority creditor's name and mailing address**

**Blake Corrigan**

**10219 Devon St**

**Rch Cucamonga, CA 91730**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10 6**

**Nonpriority creditor's name and mailing address**

**Bonita Hipp**

**1610 STATE ROUTE 232**

**MOSCOW, OH 45153**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **18,902.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.10 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bradlee Middleton**

**110 Amigo Rd**

**Danville, CA 94526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.10 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandi Godlove**

**443 Lee Ln**

**Mansfield, OH 44905**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __Unknown__ |

Brandon Acosta

1559 Sandpiper Cir

Weston, FL 33327

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __Unknown__ |

Brandon Haroldsen

1005 Blue Ravine Rd Apt 121

Folsom, CA 95630

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*   **25-10562** |
|---|---|---|
| | Name | |

---

**3.11**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $                    **Unknown** |
|---|---|---|
| | *Check all that apply.* | |
| **Breanna Frensko** | ☑ Contingent | |
| | ☑ Unliquidated | |
| **1155 W. Elliott Rd. - #2089** | ☑ Disputed | |
| **Tempe, AZ 85284** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.11**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $                    **Unknown** |
|---|---|---|
| | *Check all that apply.* | |
| **Brenn Vallin** | ☑ Contingent | |
| | ☑ Unliquidated | |
| **2308 W Ella St** | ☑ Disputed | |
| **Hanford, CA 93230** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.11 3**

**Nonpriority creditor's name and mailing address**

**Brian Heischuber**

**19201 Graham Ln**

**Saugus, CA 91350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.11 4**

**Nonpriority creditor's name and mailing address**

**Brian Knox**

**5405 Segovia Way**

**Bakersfield, CA 93306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.11 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ **Unknown** |
|---|---|---|---|

**Brian Muller**

**26782 Venado Dr**

**Mission Viejo, CA 92691**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| **3.11 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ **23,596.00** |
|---|---|---|---|

**Brian W. Dragoo**

**821 MARIPOSA STREET**

**LA HABRA, CA 90631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.117**

**Nonpriority creditor's name and mailing address**

**Brianna Wilson**

**5520 Deans Rd**

**Battleboro, NC 27809**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Bricker Graydon LP**

**312 Walnut Street Suite 1800**

**Cincinnati, OH 45202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **115,147.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Business Debt.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Brittany Alon**

**C/O ROTHBERG LAW FIRM**
**506 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46860**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Notice Only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Brittany Marshall**

**422 Creekside Curve Road**

**New Braunfels, TX 78130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.12 1** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Brittany Morefield-Sherron__

__180 Leslie Ave__

__Clarksville, TN 37042__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.12 2** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Brittney England__

__881 Mono St__

__Manteca, CA 95337__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|---------------------------|----------|
| | Name | | |

---

**3.12 3**

**Nonpriority creditor's name and mailing address**

**Brittny Keefer**

**338 Manor Drive**

**East Stroudsburg, PA 18301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.12 4**

**Nonpriority creditor's name and mailing address**

**Brook Cook**

**311 Devon Rd**

**Cinnaminson, NJ 08077**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 46 of 422

| Debtor | __Union Institute & University__ | | Case number *(if known)*   __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| **3.12 5** | | | |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                                  **Unknown** |
|---|---|---|

__Brooke Ferguson__

__295 Hcr 3379__

__Hubbard, TX 76648__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.12 6** | | | |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                                  **546.00** |
|---|---|---|

__Brooke R. Bolton__

__4505 Valley View Lane__

__Taylor Mill, KY 41015__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.12 7**

**Nonpriority creditor's name and mailing address**

__Bryan Vernay__

__329 S Sparks St__

__Burbank, CA 91506__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ __Unknown__

**Description**

Former Student

---

**3.12 8**

**Nonpriority creditor's name and mailing address**

__Bryant Hernandez__

__700 NE 124th St__

__North Miami, FL 33161__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ __Unknown__

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Byron Eby**

**3132 Spinning Rod Way**

**Sacramento, CA 95833**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Caitlin Farkas**

**5802 Lookout Blvd.**

**Grove City, OH 43123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.13
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Caitlyn Burton** | ☑ Contingent | |
| **54 Chelmsford Ct** | ☑ Unliquidated | |
| **Middle River, MD 21220** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.13
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Candy Fuentevilla Vasquez** | ☑ Contingent | |
| **1130 Morgan Glen Dr** | ☑ Unliquidated | |
| **Burlington, NC 27217** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.13 3**

**Nonpriority creditor's name and mailing address**

**Carissa Morales**

**27 Lancaster Ave**

**Nesconset, NY 11767**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.13 4**

**Nonpriority creditor's name and mailing address**

**Carla Izquierdo**

**21641 Westfield Ave**

**Hayward, CA 94541**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

| **3.13 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $                    **Unknown** |

**Carley Evenson**

**6 Songsparrow**

**Irvine, CA 92604**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.13 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $                    **Unknown** |

**Carlos Mejia**

**1822 Santa Ynez St**

**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.13 7**

**Nonpriority creditor's name and mailing address**

**Carol Sargent**

**61080 SKY HARBOR DRIVE**

**BEND, OR 97702**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,043.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.13 8**

**Nonpriority creditor's name and mailing address**

**Carrie Keith**

**94 Washington St**

**Coalport, PA 16627**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.13 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Cassandra Grum**

**416 S Dartmouth Ln**

**Altoona, PA 16602**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| 3.14 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Cassandra Leadbeater**

**644 Allenview Dr**

**Mechanicsburg, PA 17055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

| 3.14.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ **Unknown** |
|---|---|---|---|

**Catalina Paz**

**5860 French Plum Ln**

**Tamarac, FL 33321**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
> **Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.14.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ **Unknown** |
|---|---|---|---|

**Catherine Murillo**

**4849 Manzanita Ave Apt 39**

**Carmichael, CA 95608**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
> **Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.14 3**

**Nonpriority creditor's name and mailing address**

**CDW**

**75 Tri-State International**

**Lincolnshire, IL 60069**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    11,551.38

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14 4**

**Nonpriority creditor's name and mailing address**

**CE21**

**5508 West Highway 290 Suite 104**

**Austin, TX 78735**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                      6,000.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.14 5**

**Nonpriority creditor's name and mailing address**

**Charlotte A. Thornton**

**216 APPOMATTOX DRIVE**

**SIMPSONVILLE, SC 29681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **619.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.14 6**

**Nonpriority creditor's name and mailing address**

**Chelsea Bolling**

**3711 Julep Dr**

**S Chesterfld, VA 23834**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.14
7**

**Nonpriority creditor's name and mailing address**

**Chelsea Mannion**

**C/O ROTHBERG LAW FIRM**
**507 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46861**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

Description

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14
8**

**Nonpriority creditor's name and mailing address**

**Chelsea Mannion**

**7055 Oakes Rd**

**Brecksville, OH 44141**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

Description

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                           BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.149** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Chilernz Pierre__

__235 NE 150st__

__Miami, FL 33161__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.150** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Chris Mcnay__

__4505 VALLEY VIEW LN__

__TAYLOR MILL, KY 41015__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **23,429.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.15.1**

**Nonpriority creditor's name and mailing address**

**Chrishara Franklin**

**11901 4th St N Apt 12301**

**St Petersburg, FL 33716**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.15.2**

**Nonpriority creditor's name and mailing address**

**Christina Boyer**

**31 Downey Oak Cir**

**Wyoming, DE 19934**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.15 3**

**Nonpriority creditor's name and mailing address**

**Christina Waterman**

**1614 GRISMER AVE APT 210**

**BURBANK, CA 91504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,076.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.15 4**

**Nonpriority creditor's name and mailing address**

**Christopher Childs**

**15317 De La Cruz Dr**

**Rncho Murieta, CA 95683**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

| **3.15 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Christopher Hita**

**28514 Avocado Pl**

**Santa Clarita, CA 91390**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| **3.15 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **1,366.00** |
|---|---|---|---|

**Christopher Horsethief**

**7320 E 5TH AVE**

**SPOKANE VALLEY, WA 99212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.15 7**

**Nonpriority creditor's name and mailing address**

**Christopher J. Voparil**

**7540 SALLY LYN LANE**

**LAKE WORTH, FL 33467**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                29,644.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.15 8**

**Nonpriority creditor's name and mailing address**

**Christopher Joseph**

**4346 Norwalk Cir**

**Mather, CA 95655**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   __Union Institute & University__                              Case number *(if known)*   __25-10562__
         Name

| 3.15 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__Christopher Paulenich__

__4431 Aldrich Rd__

__Bellingham, WA 98226__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.16 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__Christopher Thoreson__

__14591 Baylor Ave__

__Chino, CA 91710__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.16
1**

**Nonpriority creditor's name and mailing address**

**Christopher Yuriar**

**877 Savi Dr Unit 101**

**Corona, CA 92878**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.16
2**

**Nonpriority creditor's name and mailing address**

**Christy Oldham**

**1314 S Perry Ave**

**E Wenatchee, WA 98802**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.16 3**

**Nonpriority creditor's name and mailing address**

**Ciana Latrice Jones**

**6789 MARVIN AVENUE**

**NORTH COLLEGE HILL, OH 45224**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    17,352.00

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.16 4**

**Nonpriority creditor's name and mailing address**

**Cision U.S. Inc.**

**12051 Indian Creek Court**

**Beltsville, MD 20705**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    11,983.50

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Business Debt.**

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.16 5**

**Nonpriority creditor's name and mailing address**

**Cody Stephens**

**18342 Oak St**

**Tuolumne, CA 95379**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.16 6**

**Nonpriority creditor's name and mailing address**

**Cody Tapley**

**7331 Windfall Way**

**Citrus Hts, CA 95621**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.16 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ __Unknown__ |
|---|---|---|---|

**Colleen Kilbreath**

**PO Box 337**

**Quechee, VT 05059**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| **3.16 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ __27,621.04__ |
|---|---|---|---|

**College Board (PowerFaids Software)**

**250 Vesey Street**

**New York, NY 10281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt.** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.16 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Colossus Nixon__

__PSC 10 Box 1133__

__APO, AE 09142__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| 3.17 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Concetta Surace__

__19 Clinton Ave # C__

__Norwalk, CT 06854__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.17 1**

**Nonpriority creditor's name and mailing address**

**Constance Laufersky**

**9023 Diceman Dr**

**Dallas, TX 75218**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.17 2**

**Nonpriority creditor's name and mailing address**

**Corey Rinaldi**

**608 Kevin Ct**

**Ridgecrest, CA 93555**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.17 3** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Corina G. Smith__

__5442 WHITEFOX DRIVE__

__RANCHO PALOS VERDES, CA 90275__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____25,943.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.17 4** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Corporex Companies LLC__

__100 East River Center Blvd., Suite 1000__

__Covington, KY 41011__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____282,063.76

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Judgment**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number (if known) | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.17 5**

**Nonpriority creditor's name and mailing address**

__Cory D. Roper__

__6719 PALMETTO STREET__

__CINCINNATI, OH 45227__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                        __15,207.00__

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.17 6**

**Nonpriority creditor's name and mailing address**

__Courtney Carlton__

__50410 Lazy K Trl__

__Ballston Spa, NY 12020__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                        __Unknown__

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.17 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Courtney Putnam__ | ☒ Contingent | |
| __1000 S Orlando Ave Apt A27__ | ☒ Unliquidated | |
| __Maitland, FL 32751__ | ☒ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.17 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **23,414.00** |
|---|---|---|
| __Covia M. Boyd__ | ☐ Contingent | |
| __306 W WADE STREET__ | ☐ Unliquidated | |
| __WADESBORO, NC 28170__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.179**

**Nonpriority creditor's name and mailing address**

**Cristian Rodriguez**

**2087 N Frontier St**

**Hanford, CA 93230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Crystal Barton**

**82 Florence Hall Boulevard**

**Falmouth, Tr**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.18
1**

**Nonpriority creditor's name and mailing address**

**Crystal Giuliano**

**175 Dean Rd**

**Spencerport, NY 14559**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.18
2**

**Nonpriority creditor's name and mailing address**

**Cyndi Neagu**

**7803 Marbil Ln**

**Riverside, CA 92504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.18 3**

**Nonpriority creditor's name and mailing address**

**Cynthia Larios**

**14890 Perris Blvd Spc 20**

**Moreno Valley, CA 92553**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.18 4**

**Nonpriority creditor's name and mailing address**

**Cynthia P. Blocksom**

**3198 GOLDEN HOLLOW AVENUE**

**CINCINNATI, OH 45226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,914.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*   **25-10562** |
|---|---|---|
| | Name | |

---

| **3.18 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**D2L Limited (Brightspace)**

**210 West Pennsylvania Avenue Suite 400A**

**Towson, MD 21204**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.18 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damaian Moore**

**13194 SW 30th St**

**Miramar, FL 33027**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor   __Union Institute & University__   Case number *(if known)*  __25-10562__
          Name

---

| **3.18 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 273.00 |

**Damon Bell**

**4111 WINDY WALK COURT**

**BAKERSFIELD, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| **3.18 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 874.00 |

**Damon D. Gilmore**

**1629 S. JACQUES CT**

**VISALIA, CA 93277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC                                                                                                      BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.189** | | | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 9,865.00 |
|---|---|---|

**Daneesha S. Tillman**

**3791 CITATION DRIVE**

**INDIAN SPRINGS, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

Unpaid wages and benefits more than 180 days old prior to petition date.

| **Last 4 digits of account number** | **Is the claim subject to offset?** |
|---|---|

☒ No
☐ Yes

---

| **3.190** | | | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,164.00 |
|---|---|---|

**Dani Lapointe**

**6755 WOODHILL TRAIL**

**EDEN PRAIRIE, MN 55346**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

Unpaid wages and benefits more than 180 days old prior to petition date.

| **Last 4 digits of account number** | **Is the claim subject to offset?** |
|---|---|

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.19 1**

**Nonpriority creditor's name and mailing address**

__Daniel Diaz__

__3467 HIAWATHA PL__

__RIVERSIDE, CA 92501__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 22,490.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.19 2**

**Nonpriority creditor's name and mailing address**

__Daniel Friedman__

__1852 Carpentier St__

__San Leandro, CA 94577__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.19
3**

**Nonpriority creditor's name and mailing address**

**Daniel G. Ogbaharya**

**9903 REINDEER WAY LANE**

**CHARLOTTE, NC 28216**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    28,050.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.19
4**

**Nonpriority creditor's name and mailing address**

**Daniel Mielke**

**5791 Monroe Ct**

**Fontana, CA 92336**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.19 5**

**Nonpriority creditor's name and mailing address**

**Daniel Valladares**

**6957 SW 158th Ave**

**Miami, FL 33193**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.19 6**

**Nonpriority creditor's name and mailing address**

**Danielle Sawyers**

**1440 Sicily Rd**

**Mount Orab, OH 45154**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.19 7**

**Nonpriority creditor's name and mailing address**

**Danzell Brooks**

**13393 NW 7TH STREET**

**PLANTATION, FL 33325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,371.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.19 8**

**Nonpriority creditor's name and mailing address**

**Darell Edwards**

**24391 Reserve Ct**

**Menifee, CA 92584**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.199**

**Nonpriority creditor's name and mailing address**

__David Berry__

__1037 Powell Dr__

__Placentia, CA 92870__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.200**

**Nonpriority creditor's name and mailing address**

__David Bradlely Kaiser Mcdonnell__

__6736 EMLEN ST__

__PHILADELPHIA, PA 19119__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,586.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

---

**3.20 1**

**Nonpriority creditor's name and mailing address**

**David Jarrett**

**PO Box 606**

**Placentia, CA 92871**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.20 2**

**Nonpriority creditor's name and mailing address**

**David Oakes**

**3091 Cedar Ravine Rd**

**Placerville, CA 95667**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.20 3**

**Nonpriority creditor's name and mailing address**

**David Verdonck**

**222 FAIRFIELD DR**

**HORSEHEADS, NY 14845**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        3,716.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.20 4**

**Nonpriority creditor's name and mailing address**

**Dayna Comstock**

**N8820 County Road J**

**Elkhart Lake, WI 53020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                        Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.20 5**

**Nonpriority creditor's name and mailing address**

**Debby E. Flickinger**

**1647 WILLOW PASS RD #360**

**CONCORD, CA 94520**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 10,298.00

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

---

**3.20 6**

**Nonpriority creditor's name and mailing address**

**Debra A. Henson**

**8064 S FULTON PARKWAY #3522**

**FAIRBURN, GA 30213**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 2,186.00

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.20 7**

**Nonpriority creditor's name and mailing address**

**Debra L. Eastern**

**5285 HAPPY VALLEY CIR SW**

**ATLANTA, GA 30331**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,732.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.20 8**

**Nonpriority creditor's name and mailing address**

**Delaney Smith**

**3550 Lebon Drive Unit #6103**

**San Diego, CA 92122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**

**Dennis Bueso**

**4403 Running Brook Dr**

**Virginia Beach, VA 23462**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Deonne Green**

**126 W Hicks St**

**Hicksville, OH 43526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.21 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Devan Pingree** | ☒ Contingent | |
| **719 Sutter Ln** | ☒ Unliquidated | |
| **Ione, CA 95640** | ☒ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.21 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **4,040.70** |
|---|---|---|
| **Development Cubed Software Inc.** | ☐ Contingent | |
| **303 West Joaquin Avenue Suite 230** | ☐ Unliquidated | |
| **San Leandro, CA 94577** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Business Debt.** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.21 3**

**Nonpriority creditor's name and mailing address**

**Diame L. Richard-Allerdyce**

**6 GLAMIS WAY**

**BOYNTON BEACH, FL 33426**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$            **33,904.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.21 4**

**Nonpriority creditor's name and mailing address**

**Diamond Snow**

**2690 Lafeuille Cir Apt 6**

**Cincinnati, OH 45211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$            **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.21
5**

**Nonpriority creditor's name and mailing address**

**Diyma Paola Murrillo Solano**

**4101 INNOVATOR DR. UNIT 1122**

**SACRAMENTO, CA 95834**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$           **17,687.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and
benefits more than 180
days old prior to petition
date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.21
6**

**Nonpriority creditor's name and mailing address**

**Docusign**

**221 Main Street Suite 1550**

**San Francisco, CA 94105**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$           **9,733.36**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.21 7**

**Nonpriority creditor's name and mailing address**

**Dominique Glisson**

**265 Mitchell Rd Unit 564**

**Norcross, GA 30071**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.21 8**

**Nonpriority creditor's name and mailing address**

**Donisha Sutton**

**31 E Archwood Ave**

**Akron, OH 44301**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.219**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Donn Peterson** | ☑ Contingent | |
| **5118 Ave Maria Blvd** | ☑ Unliquidated | |
| **Ave Maria, FL 34142** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**3.220**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **6,703.00** |
|---|---|---|
| **Duanne J. Thompson** | ☐ Contingent | |
| **28 RUMSEY ROAD** | ☐ Unliquidated | |
| **YORK, ME 03909** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)*    __25-10562__ |
|---|---|---|
| | Name | |

---

**3.22 1**

**Nonpriority creditor's name and mailing address**

__Dwight Lindsey__

__1412 El Centro Ave__

__Napa, CA 94558__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.22 2**

**Nonpriority creditor's name and mailing address**

__Dylan Dixon__

__3982 Rice Rd__

__Riverside, CA 92506__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.22 3**

**Nonpriority creditor's name and mailing address**

**Dyneisha Bender**

**3178 Herrenhut Rd**

**Lithonia, GA 30038**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.22 4**

**Nonpriority creditor's name and mailing address**

**EAB Global Research Partnership**

**2445 M Street NW**

**Washington, DC 20037**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **54,697.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Business Debt.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.22 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 4,000.00 |
|---|---|---|
| **EAB Global Research Partnership** | ☐ Contingent | |
| **2445 M Street NW** | ☐ Unliquidated | |
| **Washington, DC 20037** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Business Debt. |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

**3.22 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Ebone Dumond** | ☒ Contingent | |
| **3766 Pear Orchard Way** | ☒ Unliquidated | |
| **Suffolk, VA 23435** | ☒ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                                BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| **3.22 7** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__EBSCO Information Services__

__10 Estes Street__

__Ipswich, MA 01938__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                          14,422.48

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
**Business Debt.**

**Last 4 digits of account number**           _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.22 8** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Eden 500 LLC__

__100 E. River Center Blvd., Suite 110__

__Covington, KY 41011__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                       8,475,827.05

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
**Accelerated base rent.**

**Last 4 digits of account number**           _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|--------|----------------------------------|--------------------------|--------------|
|        | Name |  |  |

---

**3.229**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **773,209.95** |
|---|---|---|---|

**Eden 500 LLC**

**100 E. Center River Blvd., Suite 1100**

**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid base rent.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.230**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **6,709,715.20** |
|---|---|---|---|

**Eden 500 LLC**

**100 E. Center River Blvd., Suite 1100**

**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Accelerated additional
monthly rent.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.23 1**

**Nonpriority creditor's name and mailing address**

__Eden 500 LLC__

__100 E. Center River Blvd., Suite 1100__

__Covington, KY 41011__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____23,489.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Legal fees.

---

**3.23 2**

**Nonpriority creditor's name and mailing address**

__Eden Vallely__

__6058 Honey Hollow Rd__

__Doylestown, PA 18902__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.23 3**

**Nonpriority creditor's name and mailing address**

__Eduardo Raul Rivas__

__4440 BELLFLOWER BLVD__

__LAKEWOOD, CA 90713__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __73.00__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.23 4**

**Nonpriority creditor's name and mailing address**

__Edwens Deruisseau__

__725 NW 42nd Ave__

__Plantation, FL 33317__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.23 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eileen Mary Baker**

**4268 WESTWOOD NORTHERN BLVD**

**CINCINNATI, OH 45211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,718.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.23 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elden Golden**

**18 W 8TH STREET**

**NEWPORT, KY 41071**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 25,919.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

| 3.23<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Elise Owen**

**660 Tanasee Gap Rd**

**Balsam Grove, NC 28708**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.23<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Elizabeth Block**

**1560 157th Ave NE**

**Ham Lake, MN 55304**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.239**

**Nonpriority creditor's name and mailing address**

**Elizabeth Hilton**

**C/O ROTHBERG LAW FIRM**
**508 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46862**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ 0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Notice Only

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Elizabeth Hilton**

**408 Walnut**

**Wentworth, MO 64873**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | | Case number *(if known)*  __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.24 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Elizabeth Lute__ | ☑ Contingent | |
| __1114 Wainwright Rd SE__ | ☑ Unliquidated | |
| __New Phila, OH 44663__ | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**3.24 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Elizabeth Nobles__ | ☑ Contingent | |
| __455 Turner Rd__ | ☑ Unliquidated | |
| __Prosperity, SC 29127__ | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.24 3**

**Nonpriority creditor's name and mailing address**

**Elsevier Inc.**

**230 Park Avenue 7th Floor**

**New York, NY 10169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **44,718.11**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.24 4**

**Nonpriority creditor's name and mailing address**

**Emilee Rogers**

**151 Brattleboro Rd**

**Hinsdale, NH 03451**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.24 5**

**Nonpriority creditor's name and mailing address**

__Emilia Alvarado__

__91941 Plonski Rd__

__Mecca, CA 92254__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.24 6**

**Nonpriority creditor's name and mailing address**

__Emily DeHart__

__6520 Madrona Ave__

__Lewis Mcchord, WA 98433__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.24
7**

**Nonpriority creditor's name and mailing address**

**Emily Jump**

**5227 Crystal Dr**

**Fairfield, OH 45014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ ☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.24
8**

**Nonpriority creditor's name and mailing address**

**Energy Insurance Agency**

**7661 Beechmont Avenue Suite 220**

**Cincinnati, OH 45255**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **11,218.10**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Business Debt.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.249**

**Nonpriority creditor's name and mailing address**

**Enrique Herrera**

**1575 NE 35th Ave**

**Homestead, FL 33033**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Ephrem Choi**

**5595 Latin Way**

**Fair Oaks, CA 95628**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.25 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 194,502.00 |
|---|---|---|

__ERC Advance Funding LLC (Stenson Tamaddon)__

__111 West Monroe Street 17th Floor__

__Phoenix, AZ 85003__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Business Debt.

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.25 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 600,000.00 |
|---|---|---|

__ERC Advance Funding LLC (Stenson Tamaddon)__

__111 West Monroe Street 17th Floor__

__Phoenix, AZ 85003__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Business Debt.

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                            BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.25
3**

**Nonpriority creditor's name and mailing address**

**Eric Chin**

**4145 Tyrone Way**

**Carmichael, CA 95608**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.25
4**

**Nonpriority creditor's name and mailing address**

**Eric J. Higgins**

**793 WINDMILL DRIVE**

**INDEPENDENCE, KY 41051**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **5,974.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.25 5**

**Nonpriority creditor's name and mailing address**

**Eric St Denis**

**3183 E Olympic Dr**

**Ontario, CA 91762**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.25 6**

**Nonpriority creditor's name and mailing address**

**Erica S. Hunter**

**3191 CULLENWOOD DRIVE**

**RICHMOND, VA 23234**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,311.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.25 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  261.00 |
| **Erika Blythe Casburn** | ☐ Contingent | |
| **3610 TEXAS SOTOL** | ☐ Unliquidated | |
| **SAN ANTONIO, TX 78261** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.25 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Unknown |
| **Eunia Kidd** | ☑ Contingent | |
| **3467 Woodburne Dr** | ☑ Unliquidated | |
| **Virginia Bch, VA 23452** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.259**

**Nonpriority creditor's name and mailing address**

**Evelyn Gutierrez**

**1214 Stichman Ave**

**La Puente, CA 91746**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

**Evens Gabriel**

**11408 SW 17 Court**

**Miramar, FL 33025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.26 1**

**Nonpriority creditor's name and mailing address**

**Ewa Pawelko**

**1121 Castle Dr**

**Glenview, IL 60025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ \qquad$ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.26 2**

**Nonpriority creditor's name and mailing address**

**Fatima Jawed**

**10154 Berkshire St**

**Pickerington, OH 43147**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ \qquad$ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.26.3**

**Nonpriority creditor's name and mailing address**

__Ferdy Cordero__

__95 W 48th St__

__Long Beach, CA 90805__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.4**

**Nonpriority creditor's name and mailing address**

__Fernando Godinez__

__1261 Coronado St__

__Upland, CA 91786__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

| **3.26 5** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Fiona Wang**

**3620 E Superior St**

**Duluth, MN 55804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Former Student**

---

| **3.26 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Fisher Phillips**

**1230 Peachtree Street Suite 3300**

**Atlanta, GA 30309**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **17,470.75**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Business Debt.**

---

Copyright © Financial Software Solutions, LLC   BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.26 7**

**Nonpriority creditor's name and mailing address**

**Flex Technology Group**

**2845 North Omaha**

**Mesa, AZ 85215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,317.98

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.26 8**

**Nonpriority creditor's name and mailing address**

**Forrest Vernon**

**3089 Ridgecrest Way**

**Pollock Pines, CA 95726**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.269**

**Nonpriority creditor's name and mailing address**

__Frances Carter__

__7510 HORNWOOD DR.__

__HOUSTON, TX 77036__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,716.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.270**

**Nonpriority creditor's name and mailing address**

__Francesca Watkins__

__1400 Indian Falls Rd__

__Corfu, NY 14036-9738__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.27 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 874.00 |

**Frank J. Scala**

**3527 BUNKER BLVD**

**POMPANO BEACH, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.27 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 10,614.00 |

**Frederick S. Chaffee**

**1 VILLAGE CIRCLE**

**PALM COAST, FL 32164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.27 3**

**Nonpriority creditor's name and mailing address**

**Gabriel Garcia**

**36473 Amateur Way**

**Beaumont, CA 92223**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Former Student**

---

**3.27 4**

**Nonpriority creditor's name and mailing address**

**Gail & Leonard Silverman**

**3747 Peachtree Road NE, Apt. 2321**

**Atlanta, GA 30319**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **75,000.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Business Debt**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.27 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __Unknown__ |
| __Gary Butler Jr.__ | ☒ Contingent | |
| __22701 SW 88th Pl Unit 102__ | ☒ Unliquidated | |
| __Cutler Bay, FL 33190__ | ☒ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

**3.27 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __4,371.00__ |
| __Geoffrey A. Vanderpal__ | ☐ Contingent | |
| __1321 UPLAND DRIVE SUITE 9331__ | ☐ Unliquidated | |
| __HOUSTON, TX 77043__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.27 7**

**Nonpriority creditor's name and mailing address**

**George Dominguez**

**4255 San Ramon Dr**

**Corona, CA 92882-7931**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.27 8**

**Nonpriority creditor's name and mailing address**

**Gerald R. Bradley**

**28 CLINTON SPRINGS AVENUE**

**CINCINNATI, OH 45217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **765.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.279**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |

**Gerald Young**

**55 N. BOMPART AVE APT 23**

**WEBSTER GROVES, MO 63119**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                18,974.00

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.280**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |

**Geraldine M. Rossiter**

**13121 LOUETTA ROAD #1425**

**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                12,778.00

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.28
1**

**Nonpriority creditor's name and mailing address**

**Gianna Piccoli**

**2645 S 15th St**

**Philadelphia, PA 19145**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.28
2**

**Nonpriority creditor's name and mailing address**

**Gopika La Berge**

**8108 Horseshoe Cottage Cir**

**Lorton, VA 22079**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.28.3**

**Nonpriority creditor's name and mailing address**

**Greg Dart**

**1578 W 550 N**

**Price, UT 84501**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.28.4**

**Nonpriority creditor's name and mailing address**

**Gregory Anderson**

**8245 Northwind Way**

**Orangevale, CA 95628**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.28 5**

**Nonpriority creditor's name and mailing address**

**Gregory Laborie**

**37062 Tail Feather Dr**

**N Ridgeville, OH 44039**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.28 6**

**Nonpriority creditor's name and mailing address**

**Guadalupe Arreola**

**625 W Grondahl St**

**Covina, CA 91722**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.28 7**

**Nonpriority creditor's name and mailing address**

**Guadalupe Ayon**

**473 Rosewood Ct**

**Lindsay, CA 93247**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.28 8**

**Nonpriority creditor's name and mailing address**

**Hannah Miedema**

**614 W Fargo Ave Apt C**

**Hanford, CA 93230**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                                                BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Hannah Whitehurst**

**23 Canterbury Dr**

**Grantville, GA 30220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Harlan Taylor**

**6961 Verlene Circle**

**Huntington Beach, CA 92647**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

**3.29 1**

**Nonpriority creditor's name and mailing address**

**Harry Hudick**

**159 WILSON STREET**

**SIERRA MADRE, CA 91024**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$                                    7,249.00

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.29 2**

**Nonpriority creditor's name and mailing address**

**Hassana Alidou**

**70 CHERRYWOOD DRIVE**

**SOMERSET, NJ 08873**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$                                        0.00

**Description**

**Notice Only**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.29
3**

**Nonpriority creditor's name and mailing address**

**Heather Ceballos**

**214 Yearling Loop**

**Jacksonville, NC 28540**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

| Former Student |
|---|

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.29
4**

**Nonpriority creditor's name and mailing address**

**Heidi Brooks**

**2210 Ridge St**

**Yorktown Heights, NY 10598**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

| Former Student |
|---|

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| --- | --- | --- | --- |
| | Name | | |

---

| **3.29 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,239.00 |

**Heidi R. Helgren**

**10318 DICE ROAD**

**FREELAND, MI 48623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.29 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |

**Heidi Stomsvik**

**8309 Cirque Dr W Unit 2**

**University Pl, WA 98467**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

**Description**

**Former Student**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.29 7**

**Nonpriority creditor's name and mailing address**

**Herff Jones**

**Post Office Box 68501**

**Indianapolis, IN 46268-0501**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **5,350.26**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Business Debt.

---

**3.29 8**

**Nonpriority creditor's name and mailing address**

**Hershel Heath**

**4203 OTTER CREEK DRIVE**

**AMELIA, OH 45102**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **7,036.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.299**

**Nonpriority creditor's name and mailing address**

**Higher Learning Commision**

**230 South LaSalle Street Suite 7-500**

**Chicago, IL 60604**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$           **21,051.99**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Business Debt.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.300**

**Nonpriority creditor's name and mailing address**

**Holly Neal**

**10127 Shanaclear Avenue**

**Concord, NC 28027**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$           **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.30.1**

**Nonpriority creditor's name and mailing address**

**Hope Demonte**

**8167 Summerset Dr Apt E**

**Colorado Spgs, CO 80920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Former Student

---

**3.30.2**

**Nonpriority creditor's name and mailing address**

**Hunter Matthews**

**66 N Walnut St Apt 3**

**Chillicothe, OH 45601**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.30 3**

**Nonpriority creditor's name and mailing address**

**Ifdal Backour**

**19648 Botany Bay Rd**

**Riverside, CA 92508**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ \underline{\hspace{3cm} \textbf{Unknown}}$

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.30 4**

**Nonpriority creditor's name and mailing address**

**Ilea Dugger**

**2200 Link Side Drive**

**Cincinnati, OH 45245-2958**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ \underline{\hspace{3cm} \textbf{Unknown}}$

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

| **3.30 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|---|

Imani Reginald

42 Aspen Hl Apt B

Deptford, NJ 08096

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.30 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 11,933.00 |
|---|---|---|---|

InstallNET International

16901 Melford Blvd. Suite 100

Bowie, MD 20715

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **11,933.00**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt.** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.30 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Ioannys Llanes**

**13342 SW 61st St**

**Miami, FL 33183**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|

☑ No
☐ Yes

---

| **3.30 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Ivy Dandurand**

**26431 W 108th St**

**Olathe, KS 66061**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.309**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|

*Check all that apply.*

**Jacob Lorigan**

☑ Contingent
☑ Unliquidated
☑ Disputed

**9401 Ringe Cir**

**Elk Grove, CA 95624**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.310**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|

*Check all that apply.*

**Jacob Nedelcu**

☑ Contingent
☑ Unliquidated
☑ Disputed

**4613 North Ave**

**Sacramento, CA 95821**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | | Case number *(if known)*  __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.31 1**

**Nonpriority creditor's name and mailing address**

**Jaime Cerna**

**854 Sw 172 Ter**

**Pembroke Pines, FL 33029**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**
> **Former Student**

---

**3.31 2**

**Nonpriority creditor's name and mailing address**

**Jaime Ibarra**

**641 Garnet St**

**Imperial, CA 92251**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**
> **Former Student**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.31 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **2,732.00** |
|---|---|---|---|

**James Babcock**

**9050 POPLAR HOLLOW LANE**

**ELK GROVE, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.31 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **Unknown** |
|---|---|---|---|

**James Ellis**

**4600 Alameda Rd**

**Placerville, CA 95667**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.31 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **James Huggins** | ☑ Contingent | |
| **20 Claret** | ☑ Unliquidated | |
| **Rancho Mirage, CA 92270** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

**3.31 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **James Mylonakis** | ☑ Contingent | |
| **6952 Verlene Cir** | ☑ Unliquidated | |
| **Huntingtn Bch, CA 92647** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.31 7**

**Nonpriority creditor's name and mailing address**

**James O'Neal**

**177 Warren Dr**

**Vacaville, CA 95687**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**       _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.31 8**

**Nonpriority creditor's name and mailing address**

**James P. Hall**

**3301 SPANISH MOSS TERRACE #308**

**LAUDERHILL, FL 33319**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **3,789.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**       _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.319**

**Nonpriority creditor's name and mailing address**

__Jamie Hall__

__1919 E. Main Street__

__Millville, NJ 08332__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.320**

**Nonpriority creditor's name and mailing address**

__Janee Sheffield__

__2440 NW 159th Ter__

__Opa Locka, FL 33054__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.32 1**

**Nonpriority creditor's name and mailing address**

**Janeen Yates**

**514 Stetson Dr**

**Oakdale, CA 95361**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.32 2**

**Nonpriority creditor's name and mailing address**

**Janelle Leatherwood**

**4662 N Pebblestone Ln**

**Lehi, UT 84043**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.32 3** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Janelle S. Mcclain**

**1855 SE 6 CT**

**HOMESTEAD, FL 33033**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 73.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| **3.32 4** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Janet W. Gloechner**

**231 WEST VIEW ST**

**HARRISONBURG, VA 22801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,186.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| **3.32 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Janice Nicholson**

**8816 CAREY WOODS LANE**

**WEST CHESTER, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Only

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.32 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,928.00 |
|---|---|---|---|

**Janine R. Dray-Daris**

**1424 E 16TH ST**

**JACKSONVILLE, FL 32206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.32 7**

**Nonpriority creditor's name and mailing address**

**Jaquita May**

**313 W Kerr Dr**

**Midwest City, OK 73110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.32 8**

**Nonpriority creditor's name and mailing address**

**Jasmine Fromm**

**1725 Brown Ave NW**

**Cleveland, TN 37311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.329**

**Nonpriority creditor's name and mailing address**

**Jasmine Thomas**

**C/O ROTHBERG LAW FIRM**
**509 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46863**

Date or dates debt was incurred
_____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?

☑ No
☐ Yes

$ _____ 0.00

Description

Notice Only

---

**3.330**

**Nonpriority creditor's name and mailing address**

**Jasmine Thomas**

**6122 Wild Iris Ct**

**Concord, NC 28027**

Date or dates debt was incurred
_____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?

☑ No
☐ Yes

$ _____ Unknown

Description

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.33
1**

**Nonpriority creditor's name and mailing address**

**Jason Hibbert**

**20584 NW 14th Pl**

**Miami Gardens, FL 33169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.33
2**

**Nonpriority creditor's name and mailing address**

**Jason Kimbrell**

**3732 Pullman Dr**

**Sacramento, CA 95827**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.33 3**

**Nonpriority creditor's name and mailing address**

**Javier Albite**

**16452 NW 82nd Pl**

**Hialeah, FL 33016**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.33 4**

**Nonpriority creditor's name and mailing address**

**Javier Hernandez**

**14724 S Atlantic Ave Apt E**

**Compton, CA 90221**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.335**

**Nonpriority creditor's name and mailing address**

**Javier Sarmiento**

**9850 SW 166th Ct**

**Miami, FL 33196**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                              **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.336**

**Nonpriority creditor's name and mailing address**

**Jay Keehn**

**7737 SAN MATEO DR**

**BOCA RATON, FL 33433**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **35,318.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.337**

**Nonpriority creditor's name and mailing address**

**Jean A. Pohlman**

**1629 PASADENA AVENUE #2**

**CINCINNATI, OH 45238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,978.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.338**

**Nonpriority creditor's name and mailing address**

**Jean-Paul Bottega**

**18875 Heritage Ct**

**Salinas, CA 93908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.33 9** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff A. Rose**

**11945 PINE MOUNTAIN CT**

**RANCHO CUCAMONGA, CA 91739**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,517.00**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.34 0** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jenica Davis**

**8864 United Ln Apt 52**

**Athens, OH 45701**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.34 1** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jenna Newton**

**5346 Colonade Ct**

**Cape Coral, FL 33904**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.34 2** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer M. Raymond**

**18 NAHANTON AVE**

**MILTON, MA 2186**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **21,523.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.34 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Jennifer Mendoza Baltazar**

**1724 W 42ND PL**

**LOS ANGELES, CA 90062**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    17,693.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.34 4** | | | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Jennifer Noel**

**231 HALIDONHILL LANE**

**CINCINNATI, OH 45238**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    21,085.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.34 5**

**Nonpriority creditor's name and mailing address**

__Jennifer Rothrock__

__8468 HAMDEN RD__

__JACKSONVILLE, FL 32244__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __4,228.00__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.34 6**

**Nonpriority creditor's name and mailing address**

__JenniferOssege__

__12505 WOLF ROAD__

__ALEXANDRIA, KY 41001__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __5,974.00__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.34 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __583.00__ |
|---|---|---|

__Jenny G. Sanchez__

__PO BOX 1504__

__SANTA BARBARA, CA 93101__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.34 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __197,112.92__ |
|---|---|---|

__Jenzabar__

__111 Huntington Avenue Suite 530__

__Boston, MA 02199__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.349**

**Nonpriority creditor's name and mailing address**

**Jeremy Franklin**

**5349 Vivian Ct**

**Atwater, CA 95301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Jeremy Hansen**

**5060 Regency Isles Way**

**Cooper City, FL 33330**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.35
1**

**Nonpriority creditor's name and mailing address**

**Jerence James**

**2 Trevennion Towers**

**Kingston, OT**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.35
2**

**Nonpriority creditor's name and mailing address**

**Jesse Cloyd**

**10568 Sky Cir**

**Grass Valley, CA 95949**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.35 3**

**Nonpriority creditor's name and mailing address**

**Jesse Cook**

**635 Seminary Ave**

**Oakdale, PA 15071**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.35 4**

**Nonpriority creditor's name and mailing address**

**Jesse Crockett**

**3129 Sagewood Ln**

**Corona, CA 92882**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.35 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jessi Gomez__

__2478 E Katrina Trl__

__Casa Grande, AZ 85194__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

| **3.35 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jessica Deese__

__507 Lohnes Dr__

__Fairborn, OH 45324__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.35 7**

**Nonpriority creditor's name and mailing address**

**Jessica Escobar**

**442a Casselman Street**

**Chula Vista, CA 91910**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.35 8**

**Nonpriority creditor's name and mailing address**

**Jessica Kimler**

**525 US Highway 13 N**

**Gates, NC 27937**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.359**

**Nonpriority creditor's name and mailing address**

**Jessica Leopaldi**

**252 Camino Cortina**

**Camarillo, CA 93010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                                    **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.360**

**Nonpriority creditor's name and mailing address**

**Jessica Travis**

**629 Union St**

**Ginter, PA 16651**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                                    **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.36 1**

**Nonpriority creditor's name and mailing address**

**Jessica Wesson**

**2030 Hancock St**

**San Bernardino, CA 92411**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.36 2**

**Nonpriority creditor's name and mailing address**

**Jesyka Ricker**

**2900 22nd St N**

**St Petersburg, FL 33713**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.36 3** | | | |

**Nonpriority creditor's name and mailing address**

**Jill Getto Lee**

**230 EAST CHURCH ROAD**

**ELKINS PARK, PA 19027**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                          73.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.36 4** | | | |

**Nonpriority creditor's name and mailing address**

**Jill Zlaket**

**1484 W Roberta Ave**

**Fullerton, CA 92833**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                          Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*    __25-10562__ |
|---|---|---|
| | Name | |

---

**3.36 5**

**Nonpriority creditor's name and mailing address**

**Jimeika Brown**

**9223 168th St.**

**Jamaica, NY 11433**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.36 6**

**Nonpriority creditor's name and mailing address**

**Joann Rintel Abreu**

**121-07 BEACH CHANNEL DRIVE**

**ROCKAWAY PARK, NY 11694**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,700.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC                                                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.36 7**

**Nonpriority creditor's name and mailing address**

**Joanna Roman**

**2414 Ponderosa St. Apt B**

**Santa Ana, CA 92705**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.36 8**

**Nonpriority creditor's name and mailing address**

**Joel McVey**

**4800 Westlake Pkwy, Unit 1101**

**Sacramento, CA 95835**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.369**

**Nonpriority creditor's name and mailing address**

**Joerry Mathieu**

**2516 Raleigh St**

**Hollywood, FL 33020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Joetta Deann Gatliff**

**1104 E NORTH LAKE VIEW LANE**

**MUSTANG, OK 73064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,239.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | Union Institute & University | Case number (*if known*) | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.37 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | *Check all that apply.* | $ _____ **Unknown** |

John Carr

201 W Mission St

San Jose, CA 95110

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.37 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | *Check all that apply.* | $ _____ **Unknown** |

John David Mezger

366 E Tompkins St

Columbus, OH 43202

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.37
3**

**Nonpriority creditor's name and mailing address**

**John Fowler**

**28887 CLOVER LANE**

**EVERGREEN, CO 80439**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                           4,007.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.37
4**

**Nonpriority creditor's name and mailing address**

**John Giordano**

**7 NORTH ATKINSON STREET**

**NEWBURYPORT, MA 1950**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                           4,568.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*    **25-10562** |
|---|---|---|
| | Name | |

---

**3.37
5**

**Nonpriority creditor's name and mailing address**

**John Isidro**

**29237 Windflower**

**Lake Elsinore, CA 92530**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.37
6**

**Nonpriority creditor's name and mailing address**

**John J. Gallagher**

**1250 ROSEMONT AVENUE**

**CINCINNATI, OH 45205**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **18,254.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

| 3.37 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ | Unknown |
|---|---|---|---|---|

John Marin

400 N.W. 2nd Avenue

Miami, FL 33128

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| 3.37 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ | 2,550.00 |
|---|---|---|---|---|

John Shook

6531 Grange Lane Unit 304

Alexandria, VA 22315

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Unpaid wages and benefits more than 180 days old prior to petition date. |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.379**

**Nonpriority creditor's name and mailing address**

**Johnetta Loyd**

**14252 Tawney Ridge Ln**

**Victorville, CA 92394**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.380**

**Nonpriority creditor's name and mailing address**

**Johnny G. Jurado**

**10262 MEREDITH DRIVE**

**HUNTINGTON BEACH, CA 92646**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,457.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.38 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **29,090.00** |
|---|---|---|---|

**Jonataye A. Prather**

**1223 JEWELL LANE**

**LANCASTER, TX 75146**

| | |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

| **3.38 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |
|---|---|---|---|

**Jonathan Alvarado**

**PO Box 12026**

**Fresno, CA 93776**

| | |
|---|---|
| ☒ Contingent | |
| ☒ Unliquidated | |
| ☒ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.38
3**

**Nonpriority creditor's name and mailing address**

**Jonathan Burch**

**2917 Grange St**

**Oakdale, CA 95361**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.38
4**

**Nonpriority creditor's name and mailing address**

**Jonathan Correa**

**1132 NE 179th Ter**

**N Miami Beach, FL 33162**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.38 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Jonathan Lebel** | ☑ Contingent | |
| **27105 Rio Prado Dr** | ☑ Unliquidated | |
| **Valencia, CA 91354** | ☑ Disputed | |

| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | Description<br>**Former Student** |
|---|---|---|
| Last 4 digits of account number   _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**3.38 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **5,865.00** |
|---|---|---|
| **Jonina L. Anderson-Lopez** | ☐ Contingent | |
| **5020 86TH AVE N** | ☐ Unliquidated | |
| **PINELLAS PARK, FL 33782** | ☐ Disputed | |

| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | Description<br>**Unpaid wages and benefits more than 180 days old prior to petition date.** |
|---|---|---|
| Last 4 digits of account number   _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.38
7**

**Nonpriority creditor's name and mailing address**

**Jordan Finestone**

**520 La Baree Dr**

**Morgan Hill, CA 95037**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.38
8**

**Nonpriority creditor's name and mailing address**

**Jorge Quintana**

**6541 SW 31st St**

**Miami, FL 33155**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.389**

**Nonpriority creditor's name and mailing address**

**Jorge Urbieta**

**5444 W Dayton Ave**

**Fresno, CA 93722**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Jose Gonzalez**

**15542 Goodhue St**

**Whittier, CA 90604**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.39
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **9,603.00** |
|---|---|---|---|

**Jose Joe Duran**

**350 DEL VERDE CIR #2**

**SACRAMENTO, CA 95833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and
benefits more than 180
days old prior to petition
date.**

---

**3.39
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **Unknown** |
|---|---|---|---|

**Joseph Fleming**

**19221 Merryweather Dr**

**Santa Clarita, CA 91351**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)*   **25-10562** |
|---|---|---|
| | Name | |

---

**3.39 3**

**Nonpriority creditor's name and mailing address**

**Joseph Frenes**

**26349 Seville Ln**

**Loma Linda, CA 92354**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.39 4**

**Nonpriority creditor's name and mailing address**

**Joseph Gillis**

**404 Royal Circle**

**Corona, CA 92870**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.39 5**

**Nonpriority creditor's name and mailing address**

**Joseph Greenberg**

**73-1070 Makamaka St**

**Kailua Kona, HI 96740**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.39 6**

**Nonpriority creditor's name and mailing address**

**Josh Knotts**

**230 S C St. Apt B**

**Springfield, OR 97477**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.397**

**Nonpriority creditor's name and mailing address**

__Joshua Hickey__

__9340 SW 19th St__

__Miami, FL 33165__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.398**

**Nonpriority creditor's name and mailing address**

__Josiah D. Moore__

__93 DWINELL RD__

__MARSHFIELD, VT 05658__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __2,113.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.399**

**Nonpriority creditor's name and mailing address**

**Jovon Laffite**

**2040 NW 188th Ter**

**Miami Gardens, FL 33056**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.400**

**Nonpriority creditor's name and mailing address**

**Jshnaee Asberry**

**7440 Fairpark Ave**

**Cincinnati, OH 45216**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.40
1**

**Nonpriority creditor's name and mailing address**

**Juan Guerrero**

**1927 Valance St**

**San Diego, CA 92154**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.40
2**

**Nonpriority creditor's name and mailing address**

**Julie Haagenson**

**28 HOWARD STREET**

**PITTSFIELD, MA 01201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,371.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number (if known) | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.40 3**

**Nonpriority creditor's name and mailing address**

__Julie Marie Crandall__

__715 25TH STREET APT A__

__SACRAMENTO, CA 95816__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __1,530.00__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.40 4**

**Nonpriority creditor's name and mailing address**

__Kaci Elder__

__PO Box 110__

__O Brien, OR 97534__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

**3.40 5**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Lopez**

**3845 Prospect Point Dr**

**Oakwood, GA 30566**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.40 6**

**Nonpriority creditor's name and mailing address**

**Kajsa H. Caldwell Brimdyr**

**116 TELEGRAPH ROAD**

**DENNIS PORT, MA 02639**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,202.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.40 7**

**Nonpriority creditor's name and mailing address**

**Kara O'Toole**

**2065 Buckler Rd**

**New Richmond, OH 45157**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.40 8**

**Nonpriority creditor's name and mailing address**

**Karen A. Walsh**

**2389 SCHILLER AVENUE**

**NORTH BELLMORE, NY 11710**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,186.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.409**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,143.00 |
|---|---|---|
| **Karen Baird** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **150 ATLANTIC CIRCLE DR** | ☐ Disputed | |
| **TAVERNIER, FL 33070** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.410**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 80,000.00 |
|---|---|---|
| **Karen Schuster Webb** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **4049 E. BENNINGTON BLVD** | ☐ Disputed | |
| **BLOOMINGTON, IN 47401** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.41 1**

**Nonpriority creditor's name and mailing address**

**Katelyn N. Evans**

**3455 ALTA VISTA AVE**

**CINCINNATI, OH 45211**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 0.00

**Description**

Notice Only

---

**3.41 2**

**Nonpriority creditor's name and mailing address**

**Katherine Elizabeth Greene**

**209 SYMMES STREET**

**CLEVES, OH 45002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 0.00

**Description**

Notice Only

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.41 3**

**Nonpriority creditor's name and mailing address**

**Kathrine Britvec**

**35 Trago Ave**

**Jackson, OH 45640**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

**3.41 4**

**Nonpriority creditor's name and mailing address**

**Kathry Gay Ross**

**3854 SUPERIOR AVE APARTMENT # 3**

**CINCINNATI, OH 45236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **7,285.00**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.41 5**

**Nonpriority creditor's name and mailing address**

**Kathryn C. Bunthoff**

**8202 MCCRORY ROAD**

**STOKESDALE, NC 27357**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,803.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.41 6**

**Nonpriority creditor's name and mailing address**

**Kathryn JoanGiancola**

**7853 WALNUT ST. UNIT A**

**BOARDMAN, OH 44512**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,831.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.41 7**

**Nonpriority creditor's name and mailing address**

**Katie Knaeble**

**879 BERNARDSTON ROAD**

**GREENFIELD, MA 1301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,701.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.41 8**

**Nonpriority creditor's name and mailing address**

**Katlyn Alexander**

**10461 Tamme Road**

**Winchester, OH 45697**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.419**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __Unknown__ |
|---|---|---|
| __Katrina Bales__ | ☑ Contingent | |
| __1841 Windingvine Ct__ | ☑ Unliquidated | |
| __Florence, KY 41042__ | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

**3.420**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __19,157.00__ |
|---|---|---|
| __Katrina E. Bales__ | ☐ Contingent | |
| __1841 WINDINGVINE COURT__ | ☐ Unliquidated | |
| __FLORENCE, KY 41042__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

| 3.42 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Katrina Ellis**

**10335 Bowman Ave**

**Cranesville, PA 16410**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Former Student**

| 3.42 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Kayla Frohlich**

**20877 Escudo Dr**

**Boca Raton, FL 33433**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Former Student**

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.42 3**

**Nonpriority creditor's name and mailing address**

**Kayla Gatten**

**119 Allen St.**

**Goldsboro, NC 27534**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.42 4**

**Nonpriority creditor's name and mailing address**

**Kayla Schregardus**

**3102 SE 52nd Ave**

**Portland, OR 97206**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.42 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Kaylie Carlton**

**903 S Daugherty Ave**

**Eastland, TX 76448**

$ _____ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.42 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Keila Hernandez**

**4877 Effingham Place**

**Riverside, OH 45431**

$ _____ **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.42 7**

**Nonpriority creditor's name and mailing address**

**Keisha Natasha Burke**

**7908 LASALLE BLVD**

**MIRAMAR, FL 33023**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,866.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.42 8**

**Nonpriority creditor's name and mailing address**

**Keith Allen Hudson**

**1318 OLIVIA STREET**

**KEY WEST, FL 33040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,886.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.429** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Kelly Kristin Mullan__

__117 WEST 9TH STREET__

__DULUTH, MN 55806__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 435.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.430** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Kelly Parrish__

__17 Vesey Rd__

__Randolph, MA 02368__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.43
1**

**Nonpriority creditor's name and mailing address**

**Kelsay Danielle Corlew**

**114 E KY REA RD**

**GREENSBURG, KY 42743**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Notice Only**

---

**3.43
2**

**Nonpriority creditor's name and mailing address**

**Kelsey Park**

**58 ECHO LAKE RD**

**PRESQUE ISLE, ME 4769**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 455.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.43 3**

**Nonpriority creditor's name and mailing address**

__Kelsey Tchamkoriyski__

__5845 Monassas Run Rd__

__Milford, OH 45150__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.43 4**

**Nonpriority creditor's name and mailing address**

__Kendall Adams__

__717 Merengue Ct__

__Roseville, CA 95747__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.43 5**

**Nonpriority creditor's name and mailing address**

**Kennedi Gonzalez**

**3045 Waring Pl**

**Fairfield, CA 94533**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.43 6**

**Nonpriority creditor's name and mailing address**

**Kenneth Sisk**

**3200 Ardenridge Dr**

**Sacramento, CA 95864**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.43 7**

**Nonpriority creditor's name and mailing address**

**Kevin Daniels**

**1505 Blackcombe St**

**Las Vegas, NV 89128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.43 8**

**Nonpriority creditor's name and mailing address**

**Kevin Daniels**

**C/O ROTHBERG LAW FIRM**
**510 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46864**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Notice Only**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.439**

**Nonpriority creditor's name and mailing address**

**Kevin Melao**

**1702 Joeys Ave**

**Atwater, CA 95301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.440**

**Nonpriority creditor's name and mailing address**

**Kevin Thompson**

**8234 Traveller St**

**Chino, CA 91708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.44
1**

**Nonpriority creditor's name and mailing address**

**Khasim Panton**

**11 Old Golden Spring Road**

**Kingston, OT**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.44
2**

**Nonpriority creditor's name and mailing address**

**Khylan Fair**

**13581 NW 6th St Apt 202**

**Pembroke Pnes, FL 33028**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.44 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Kiana Madera**

**2306 Monroe St Apt 7**

**Hollywood, FL 33020**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

**Former Student**

---

| **3.44 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **20,459.00** |
|---|---|---|---|

**Kim C. Byas**

**2172 W BOWLER STREET**

**CHICAGO, IL 60612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.44 5**

**Nonpriority creditor's name and mailing address**

__Kimberly Fitch__

__3068 Jeffersonville Rd Apt 3D__

__Macon, GA 31217__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.44 6**

**Nonpriority creditor's name and mailing address**

__Kimberly Marie Tirado Torres__

__2724 CADEIRA CIR__

__MASON, OH 45040__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __13,078.00__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.44 7**

**Nonpriority creditor's name and mailing address**

**Kimeia Hemmati**

**2440 NE Holmes Rd Apt 28**

**Lincoln City, OR 97367**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.44 8**

**Nonpriority creditor's name and mailing address**

**Kimele M.Carter**

**10155 ASTA TRL**

**SAN ANTONIO, TX 78224**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **4,556.00**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.449**

**Nonpriority creditor's name and mailing address**

**Kirk A. Davis**

**4750 VISTA DRIVE**

**LOOMIS, CA 95650**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,371.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.450**

**Nonpriority creditor's name and mailing address**

**Kirstie O'Hara**

**6241 Islington St**

**Middle River, MD 21220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.45 1**

**Nonpriority creditor's name and mailing address**

**Kory Grigsby**

**2082 W Bryman St**

**Hanford, CA 93230**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.45 2**

**Nonpriority creditor's name and mailing address**

**Koryun Petrosyan**

**301 N Belmont St Unit 103**

**Glendale, CA 91206**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|--------|----------------------------------|----------------------------------------|
|        | Name                             |                                        |

---

**3.45
3**

**Nonpriority creditor's name and mailing address**

__Kristen McLachlan__

__4500 Larch Ln__

__Bellaire, TX 77401__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.45
4**

**Nonpriority creditor's name and mailing address**

__KristieGrubbs__

__3105 VIVIAN DRIVE__

__LOVELAND, OH 45140__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **17,425.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.45 5**

**Nonpriority creditor's name and mailing address**

__Kristin Hacker__

__1399 Apple Farm Dr__

__Amelia, OH 45102__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.45 6**

**Nonpriority creditor's name and mailing address**

__Kristine Barklow__

__5534 N Sebastian Ln__

__Fresno, CA 93722__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
| | Name | | |

---

**3.45 7**

**Nonpriority creditor's name and mailing address**

__Kristopher Kersmarki__

__4581 Coyote Ridge Rd__

__Somerset, CA 95684__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**       _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.45 8**

**Nonpriority creditor's name and mailing address**

__Krystall Horne__

__2382 SE 15th Street__

__Homestead, FL 33034__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**       _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.459**

**Nonpriority creditor's name and mailing address**

**Krystie Dupuis**

**1000 Robley Dr Apt 1623**

**Lafayette, LA 70503**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Kyle Bryant**

**1704 Pluto Way**

**Sacramento, CA 95864**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.46 1**

**Nonpriority creditor's name and mailing address**

**Kyle Haroldsen**

**3535 Banbury Dr Apt 16**

**Riverside, CA 92505**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                              **Unknown**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.46 2**

**Nonpriority creditor's name and mailing address**

**Kylie Hart**

**2387 Castlewood Dr**

**Gaylord, MI 49735**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                              **Unknown**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.46 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 19,929.00 |
|---|---|---|
| | *Check all that apply.* | |
| **L. Angela Byles** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **100 NW 193 STREET** | ☐ Disputed | |
| | | |
| **MIAMI, FL 33169** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.46 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 8,442.00 |
|---|---|---|
| | *Check all that apply.* | |
| **Lakesha R. Williams** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **2712 HERRADURA ROAD UNIT E** | ☐ Disputed | |
| | | |
| **SANTA FE, NM 87505** | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.46 5**

**Nonpriority creditor's name and mailing address**

**Latoya Alecia Gohagen-Keddon**

**1351 NW 190 STREET**

**MIAMI, FL 33169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,407.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.46 6**

**Nonpriority creditor's name and mailing address**

**Laura Jones**

**816 SW 37th St**

**Cape Coral, FL 33914**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)*    __25-10562__ |
|---|---|---|
| | Name | |

---

**3.46 7**

**Nonpriority creditor's name and mailing address**

__Laura Ramirez__

__1525 French St__

__Santa Ana, CA 92701__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.46 8**

**Nonpriority creditor's name and mailing address**

__Laura Wright__

__PO BOX 19779__

__CINCINNATI, OH 45219__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __20,138.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.469**

**Nonpriority creditor's name and mailing address**

**Lauren Coughlan**

**312 Markham Ave**

**Vacaville, CA 95688**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.470**

**Nonpriority creditor's name and mailing address**

**Laurie Soper**

**218 Dean Dr**

**Farmersville, OH 45325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.47
1**

**Nonpriority creditor's name and mailing address**

**Lawrence Dnald Hansen**

**3296 NASH AVE**

**CINCINNATI, OH 45226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,226.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.47
2**

**Nonpriority creditor's name and mailing address**

**Lawrence E. Hibbert**

**20584 NW 14TH PLACE**

**MIAMI, FL 33169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,867.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Debtor    __Union Institute & University__                    Case number *(if known)*    __25-10562__
                Name

| 3.47 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____ **Unknown** |

**Layla Piehler**

**Am Schildchen 12**

**Eschweiler, No**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____ **Unknown** |

**Laynette Thierry-Scharlin**

**18449 W Calico Ln**

**Northridge, CA 91325**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.47 5**

**Nonpriority creditor's name and mailing address**

**Lazaro Fernandez**

**7212 S Waterway Dr**

**Miami, FL 33155**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.47 6**

**Nonpriority creditor's name and mailing address**

**Leighton Wood**

**679 Monte Casa St**

**Manteca, CA 95337**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.47 7**

**Nonpriority creditor's name and mailing address**

**Leon Ann'el**

**113 Waterview Way**

**Royal Plm Bch, FL 33411**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.47 8**

**Nonpriority creditor's name and mailing address**

**Leon Mitchell**

**1625 NW 75th St**

**Miami, FL 33147**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Official Form 206E/F
Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.479**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ _____ **Unknown** |

__Leonid Borishkevich__

__501 Gibson Dr Apt 812__

__Roseville, CA 95678__

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| | ☐ Yes |

---

**3.480**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ _____ **Unknown** |

__Leronne Tyrell__

__24B Boundbrook Rd__

__Port Antonio, Po__

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| | ☐ Yes |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.48 1** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie S. Hamilton-Bruewer**

**6122 MAYFLOWER AVE**

**CINCINNATI, OH 45237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Notice Only**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.48 2** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leslie Saharait Quinonez**

**18637 OTILLA ST**

**BLOOMINGTON, CA 92316**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,603.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.48 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **20,754.00** |
|---|---|---|
| **Lew Rita Moore** | ☐ Contingent | |
| **93 DWINELL RD** | ☐ Unliquidated | |
| **MARSHFIELD, VT 05658** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.48 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **Unknown** |
|---|---|---|
| **Lilliana Velasquez** | ☑ Contingent | |
| **20920 Moore St** | ☑ Unliquidated | |
| **Perris, CA 92570** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.48 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,311.00 |
|---|---|---|---|

**Linda Engelhart**

**28887 CLOVER LN**

**EVERGREEN, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number    _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.48 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,428.00 |
|---|---|---|---|

**Linda J. Smith**

**1840 E OAK KNOLL CIRCLE**

**FT LAUDERDALE, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account number    _____

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                                                      BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.48 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __2,040.00__ |
|---|---|---|

__Linda M. Fichtelman__

__4381 YELLOWHAMMER DRIVE__

__WESTERVILLE, OH 43081__

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __Unknown__ |
|---|---|---|

__Linda Mogilnicki__

__6302 Elgin Ave Apt 94__

__Lubbock, TX 79413__

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.489** | | | |

**Nonpriority creditor's name and mailing address**

**Linda Ruelas**

**8119 Alix Ave**

**Los Angeles, CA 90001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| **3.490** | | | |

**Nonpriority creditor's name and mailing address**

**Linwood D. Rumney**

**4363 WEBSTER AVE**

**DEER PARK, OH 45236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **28,748.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.49
1**

**Nonpriority creditor's name and mailing address**

**Lisa D. Schnapp**

**4839 HANLEY ROAD**

**CINCINNATI, OH 45247**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,575.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.49
2**

**Nonpriority creditor's name and mailing address**

**Lisa H. Akers**

**1840 GLANZER COURT**

**HARRISONBURG, VA 22801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29,636.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.49 3** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lisette Rodriguez**

**8842 SW 161 ST**

**MIAMI, FL 33157**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,003.00

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.49 4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Loree M. Miltich**

**28996 CLEARWATER ROAD**

**GRAND RAPIDS, MN 55744**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,202.00

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

---

**3.495**

**Nonpriority creditor's name and mailing address**

**Loren M. Hill**

**3929 DON FELIPE DRIVE**

**LOS ANGELES, CA 90008**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,771.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.496**

**Nonpriority creditor's name and mailing address**

**Loretta Stegall**

**2405 Mulligan Ln**

**Navasota, TX 77868**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.497**

**Nonpriority creditor's name and mailing address**

__Luis Ledesma__

__19451 Worchester Ln__

__Huntingtn Bch, CA 92646__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.498**

**Nonpriority creditor's name and mailing address**

__Luke Chwala__

__1228 RIDGECLIFF DRIVE__

__CINCINNATI, OH 45215__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __28,029.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.499**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | *Check all that apply.* | |

**Madeleine Bott**

**1871 Quivira Rd**

**Washington, KS 66968**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.500**

**Nonpriority creditor's name and mailing address**

**Madhu Kurup**

**305 Ironwood Cir**

**Roseville, CA 95678**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.50 1**

**Nonpriority creditor's name and mailing address**

**Madison Emanuel**

**1029 S Diamond St**

**Ravenna, OH 44266**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.50 2**

**Nonpriority creditor's name and mailing address**

**Madison Turner**

**4404 Hickory Ln**

**Hebron, OH 43025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|--------|----------------------------------|--------------------------|--------------|
|        | Name | | |

---

**3.50 3**

**Nonpriority creditor's name and mailing address**

__Magarita Registre__

__51 Nw 139 St__

__Miami, FL 33168__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ __Unknown__

**Description**

Former Student

---

**3.50 4**

**Nonpriority creditor's name and mailing address**

__Maite Andrea Chauvin__

__1770 BUCKINGHAM DRIVE__

__ROCKINGHAM, VA 22801__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ __16,722.00__

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.50 5**

**Nonpriority creditor's name and mailing address**

__Majalia Gonzalez__

__520 Clark Ave__

__Claremont, CA 91711__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

> Former Student

---

**3.50 6**

**Nonpriority creditor's name and mailing address**

__Makenzie Gholson__

__601 Pelletier Loop Rd Unit C15__

__Swansboro, NC 28584__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

> Former Student

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.50 7** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Malana Hughes**

**14651 Biscayne Blvd # 168**

**North Miami, FL 33181**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

> **Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.50 8** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marc Piazza**

**5108 Mclean Dr**

**Elk Grove, CA 95757**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

> **Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Marcus Moncur**

**20653 Oak Knoll Dr**

**Tehachapi, CA 93561**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**3.510**

**Nonpriority creditor's name and mailing address**

**Maree Mickens**

**1456 Galway Ct**

**Indianapolis, IN 46217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.51
1**

**Nonpriority creditor's name and mailing address**

**Margaret Krafczyk**

**5 N 3rd St**

**Easton, PA 18036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.51
2**

**Nonpriority creditor's name and mailing address**

**Margo Webb**

**45988 Rhodes Dr**

**Macomb, MI 48044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

**3.51 3**

**Nonpriority creditor's name and mailing address**

**Maria Burd**

**2923 Lehman Rd**

**Cincinnati, OH 45204**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.51 4**

**Nonpriority creditor's name and mailing address**

**Maria Espinoza Rodriguez**

**846 Emerson Ave**

**Calexico, CA 92231**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.51 5**

**Nonpriority creditor's name and mailing address**

**Maria Madrid**

**123 Cactus Rd**

**Waxahachie, TX 75165**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.51 6**

**Nonpriority creditor's name and mailing address**

**Maria Soto**

**1410 SW 8th Ave**

**Florida City, FL 33034**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.51
7**

**Nonpriority creditor's name and mailing address**

**Marian Baker**

**6301 Green Ridge Dr**

**Foresthill, CA 95631**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.51
8**

**Nonpriority creditor's name and mailing address**

**Maribel Matamoros**

**3252 State Highway 304**

**Gonzales, TX 78629**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.519** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maricela Castillo**

**2266 N Albright Ave**

**Upland, CA 91784**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.520** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marie Mcgonegle**

**9413 HUNTINGTON CT**

**HARRISON, OH 45030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Notice Only**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

**3.52
1**

**Nonpriority creditor's name and mailing address**

**Marina Golden**

**1908 Roble Dr**

**Atlanta, GA 30349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

| **Former Student** |
|---|

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.52
2**

**Nonpriority creditor's name and mailing address**

**Mario Contreras**

**9898 Bobbell Dr**

**Elk Grove, CA 95757**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

| **Former Student** |
|---|

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

---

**3.52
3**

**Nonpriority creditor's name and mailing address**

**Marissa Orozco**

**10402 Point Reyes Cir**

**Stockton, CA 95209**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.52
4**

**Nonpriority creditor's name and mailing address**

**Marjorie Charles**

**3708 SW 52nd Ave**

**Hollywood, FL 33023**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.52 5 | | | |
|---|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **Unknown** |
|---|---|---|---|

**Marjorie Janvier**

**15 Nw 204th Street**

**Miami, FL 33169**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.52 6 | | | |
|---|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **Unknown** |
|---|---|---|---|

**Marjorie McIntosh**

**PO Box 823802**

**Pembroke Pines, FL 33082**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.52 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 3,242.00 |
|---|---|---|
| **Marjorie Williams-Cooper** | ☐ Contingent | |
| **810 SUN VALLEY WAY** | ☐ Unliquidated | |
| **FLORHAM PARK, NJ 07932** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.52 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Mark Claar** | ☒ Contingent | |
| **13116 Thistle Loop** | ☒ Unliquidated | |
| **Penn Valley, CA 95946** | ☒ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Mark Nelson**

**1621 Brandstatt Ave**

**Yuba City, CA 95991**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.530**

**Nonpriority creditor's name and mailing address**

**Mark Terrill**

**24350 Via Arriba Linda**

**Yorba Linda, CA 92887**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.53
1**

**Nonpriority creditor's name and mailing address**

**Marlene Barragan**

**22981 Charles St**

**Wildomar, CA 92595**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.53
2**

**Nonpriority creditor's name and mailing address**

**Marrkel Smith**

**PO Box 1049**

**Pinole, CA 94564**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.53 3**

**Nonpriority creditor's name and mailing address**

**Martin Deffee**

**1420 East Roseville Parkway**

**Roseville, CA 95661**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.53 4**

**Nonpriority creditor's name and mailing address**

**Martin Munoz**

**6678 King St**

**Chino, CA 91710**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.53 5**

**Nonpriority creditor's name and mailing address**

**Mary A. Amos**

**302 FOREST AVE**

**ERLANGER, KY 41018**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,467.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.53 6**

**Nonpriority creditor's name and mailing address**

**Mary Cook**

**213 Colonial Way**

**Dalton, GA 30721**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

---

**3.53 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Mary Ealey Daray** | ☑ Contingent |
| | ☑ Unliquidated |
| **21093 NW 22nd Ave Apt 140** | ☑ Disputed |
| **Miami Gardens, FL 33056** | |

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

**3.53 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Mary Margaret Kraut** | ☐ Contingent |
| | ☐ Unliquidated |
| **23384 BLUE RIDGE DRIVE** | ☐ Disputed |
| **LAWRENCEBURG, IN 47025** | |

$ _____ **15,042.00**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.539**

**Nonpriority creditor's name and mailing address**

**Maryam Fareed**

**3471 Cornell Pl Apt 3**

**Cincinnati, OH 45220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.540**

**Nonpriority creditor's name and mailing address**

**Maryland DOL**

**1100 North Eutaw Street**

**Baltimore, MD 21201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **175.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Business Debt.**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.54.1** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Marino**

**PO Box 648**

**Pt Pleasant, NJ 08742**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| **3.54.2** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew N. Pappathan**

**70 EASTERN AVENUE**

**KEENE, NH 3431**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **31,390.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.54 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Matthew Novak**

**1021 Colnar St**

**Roseville, CA 95678**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.54 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Matthew Papa**

**1512 Deerfield Cir**

**Roseville, CA 95747**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*    **25-10562** |
|---|---|---|
| | Name | |

---

| **3.54 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Randolph**

**28421 Santa Rosa Ln**

**Santa Clarita, CA 91350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.54 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Swoyer**

**1772 Autumn Meadow Dr**

**Fairfield, CA 94534**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.54 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Matthew Wright** | ☑ Contingent | |
| **PO Box 12651** | ☑ Unliquidated | |
| **Fort Pierce, FL 34979** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**3.54 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Maurice Austin** | ☑ Contingent | |
| **40318 Springpark Ln** | ☑ Unliquidated | |
| **Palmdale, CA 93551** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.549** | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max Dodgion**

**7049 N Hourglass Dr**

**Coeur D Alene, ID 83815**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.550** | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mayra Conception Gonzalez**

**217 W 85TH PLACE**

**LOS ANGELES, CA 90003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **20,066.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.55
1**

**Nonpriority creditor's name and mailing address**

**Megan Efseaff**

**C/O ROTHBERG LAW FIRM
511 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46865**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ 0.00

**Basis for the claim:**

_____

**Description**

Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.55
2**

**Nonpriority creditor's name and mailing address**

**Megan Stone**

**2541 Idaho Ave**

**Grand Island, NE 68803**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ Unknown

**Basis for the claim:**

_____

**Description**

Former Student

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.55
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ Unknown__ |
|---|---|---|

__Meghan Efseaff__

__17240 Drake St__

__Yorba Linda, CA 92886__

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.55
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 1,056.00__ |
|---|---|---|

__Melanie K. Roberts__

__2841 SW 88TH AVENUE__

__MIRAMAR, FL 33025__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.55 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |

**Melanie Maldonado**

**12850 West State Road 84 Lot 2-16**

**Davie, FL 33325**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
| _____ | _____ | **Former Student** |

| Last 4 digits of account number    _____ | Is the claim subject to offset? |

☑ No
☐ Yes

---

| **3.55 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |

**Melisa Nunes**

**24 Goldsmith Ave.**

**East Providence, RI 02914**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
| _____ | _____ | **Former Student** |

| Last 4 digits of account number    _____ | Is the claim subject to offset? |

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.55.7**

**Nonpriority creditor's name and mailing address**

**Melissa Baldwin**

**2236 Sacia Ln**

**Hudson, WI 54016**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **Unknown**

**Description**

**Former Student**

---

**3.55.8**

**Nonpriority creditor's name and mailing address**

**Melissa Elaine Holcombe**

**1214 VIA PALERMO STREET**

**REDLANDS, CA 92374**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **1,421.00**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

---

**3.559**

**Nonpriority creditor's name and mailing address**

**Melissa K. Rankin**

**2224 FELDMAN AVENUE**

**NORWOOD, OH 45212**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.560**

**Nonpriority creditor's name and mailing address**

**Melissa Klosowski**

**2488 W Kinde Rd**

**Kinde, MI 48445**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.56 1**

**Nonpriority creditor's name and mailing address**

**Melissa White**

**101 Garden Street**

**Chapel Hill, NC 27517**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.56 2**

**Nonpriority creditor's name and mailing address**

**Melissa Wolfe**

**224 3rd Ave**

**Circleville, OH 43113**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.56 3**

**Nonpriority creditor's name and mailing address**

**Meredith Coronato**

**22106 Cedar Dr**

**Lawrenceville, NJ 08648**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.56 4**

**Nonpriority creditor's name and mailing address**

**Michael Aguilar**

**5469 E Mono St**

**Fresno, CA 93727**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.56 5**

**Nonpriority creditor's name and mailing address**

**Michael Antonio Washington**

**4023 FERNWOOD DRIVE**

**HOUSTON, TX 77021**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                              6,921.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

---

**3.56 6**

**Nonpriority creditor's name and mailing address**

**Michael Cardoza**

**1851 St Michaels Way**

**Brentwood, CA 94513**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                              Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**          _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.56 7**

**Nonpriority creditor's name and mailing address**

**Michael Charles Williams**

**1005 PARSONS POND DRIVE**

**MYRTLE BEACH, SC 29588**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,995.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.56 8**

**Nonpriority creditor's name and mailing address**

**Michael Edward Grigsby**

**4871 APPLETON ST**

**RIVERSIDE, CA 92504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,457.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 268 of 422

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.569** | | | |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __2,732.00__ |
|---|---|---|
| **Michael EugeneBishop** | ☐ Contingent | |
| **8644 FIRESIDE COURT** | ☐ Unliquidated | |
| **WEST CHESTER, OH 45069** | ☐ Disputed | |

| Date or dates debt was incurred<br>___ | Basis for the claim:<br>___ | Description<br>**Unpaid wages and benefits more than 180 days old prior to petition date.** |
|---|---|---|
| Last 4 digits of account number   ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

| **3.570** | | | |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __2,186.00__ |
|---|---|---|
| **Michael J. Sherzer** | ☐ Contingent | |
| **5400 HAZEL ROAD** | ☐ Unliquidated | |
| **GRASS LAKE, MI 49240** | ☐ Disputed | |

| Date or dates debt was incurred<br>___ | Basis for the claim:<br>___ | Description<br>**Unpaid wages and benefits more than 180 days old prior to petition date.** |
|---|---|---|
| Last 4 digits of account number   ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.57 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Michael Otamendi__ | ☑ Contingent | |
| __8367 Vanport Ave__ | ☑ Unliquidated | |
| __Whittier, CA 90606__ | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**3.57 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **1,913.00** |
|---|---|---|
| __Michael P. Simanga__ | ☐ Contingent | |
| __113 Shadow Creek Court__ | ☐ Unliquidated | |
| __Fairburn, GA 30213__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.57 3**

**Nonpriority creditor's name and mailing address**

**Michael Politano**

**PO Box 4533**

**Lancaster, CA 93539**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.57 4**

**Nonpriority creditor's name and mailing address**

**Michael Sexton**

**3856 Saintsbury Dr**

**Sacramento, CA 95834**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.57 5** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Snakenborg**

**8 Lariat Ln**

**Rllng Hls Est, CA 90274**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| **3.57 6** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Yasutake**

**531 S Shellman Ave**

**San Dimas, CA 91773**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.57 7**

**Nonpriority creditor's name and mailing address**

**Michel A. Coconis**

**3920 ORANGE BLOSSOM LANE**

**COLUMBUS, OH 43230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    2,477.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.57 8**

**Nonpriority creditor's name and mailing address**

**Michelle Budwitz**

**12 EAST END AVENUE**

**ONEONTA, NY 13820**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    1,188.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.579**

**Nonpriority creditor's name and mailing address**

**Michelle L. Kefford**

**7303 NW 113TH AVENUE**

**PARKLAND, FL 33076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                      5,646.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**3.580**

**Nonpriority creditor's name and mailing address**

**Miguel Sanchez**

**8732 Greenleaf Ave**

**Whittier, CA 90602**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                                      Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.58
1**

**Nonpriority creditor's name and mailing address**

**Mikayla Spooner**

**1044 Capp St**

**San Francisco, CA 94110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.58
2**

**Nonpriority creditor's name and mailing address**

**Mike Adhikari**

**175 Olde Half Way Road Suite 130**

**Lincolnshire, IL 60069**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **602.80**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Business Debt.**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.58
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ ___16,546.00__ |
|---|---|---|
| __Miles H. Scott__ | ☐ Contingent | |
| __7 CLEMENT ROAD__ | ☐ Unliquidated | |
| __RUTLAND, VT 05701__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | Unpaid wages and benefits more than 180 days old prior to petition date. |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

**3.58
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ ___3,204.06__ |
|---|---|---|
| __Millenium Business Solutions__ | ☐ Contingent | |
| __4841 Monroe Street Suite 300__ | ☐ Unliquidated | |
| __Toledo, OH 43623__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | Business Debt. |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

| **3.58 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,457.00 |

**Miller Miller**

**1131 VALLEYWOOD DRIVE**

**BATAVIA, OH 45103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

| **3.58 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,311.00 |

**Millie E. Miller**

**1131 VALLEYWOOD DRIVE**

**BATAVIA, OH 45103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.58 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Milton Montes de Oca__ | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| __2113 NE 41 Terrace__ | | |
| __Homestead, FL 33033__ | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

**3.58 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **3,060.00** |
|---|---|---|
| __Mingli Zoe Chang__ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| __22809 HILTON HEAD UNIT #6__ | | |
| __DIAMOND BAR, CA 91765__ | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

**3.589**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **250.00** |

**Minnesota Unemployment Insurance**

**Post Office Box 4629**

**St. Paul, MN 55101-4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | **Business Debt.** |

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **Unknown** |

**Miranda Anderson**

**807 South Street**

**Chenango Forks, NY 13746**

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | **Former Student** |

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.59 1**

**Nonpriority creditor's name and mailing address**

**Miranda Keller**

**132 Dyson Ln**

**Taylorsville, NC 28681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.59 2**

**Nonpriority creditor's name and mailing address**

**Molly Daniels**

**71 Quail Ln**

**Waynesboro, VA 22980**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                    Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.59<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Molly Holm**

**2608 Via Rivera**

**Pls Vrds Est, CA 90274**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.59<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Monica Aleman**

**193 Brownwood Ln**

**Oakdale, CA 95361**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.59 5**

**Nonpriority creditor's name and mailing address**

**Monica Walker**

**4516 College View Dr**

**Dayton, OH 45417**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.59 6**

**Nonpriority creditor's name and mailing address**

**Monique Latrice Skinner**

**7 E LAKE VIEW DRIVE APT 30**

**CINCINNATI, OH 45237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **21,865.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.59 7**

**Nonpriority creditor's name and mailing address**

__Moriah Post-Kinney__

__19020 Ferndale Rd__

__Mineral Point, WI 53565__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____**Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.59 8**

**Nonpriority creditor's name and mailing address**

__Mountasser Billah Kadrie__

__6411 IVY FLS__

__MISSOURI CITY, TX 77459__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____**2,186.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.599** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Muhammad Sial__

__1942 SW 82nd Ct__

__Miami, FL 33155__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.600** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Muswamba A. Mwamba__

__2549 THRESHER CIRCLE__

__PLANO, TX 75075__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **11,338.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.60 1**

**Nonpriority creditor's name and mailing address**

**Myisha Roberson**

**19141 NW 36th Ave**

**Miami Gardens, FL 33056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.60 2**

**Nonpriority creditor's name and mailing address**

**Mykeia Cherry**

**6305 NW 3rd Ct**

**Miami, FL 33150**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.60 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Myriam Renaud**

**2608 N LAKEVIEW AVE #5C**

**CHICAGO, IL 60614**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,457.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| 3.60 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Myshamil L. Walker**

**4136 HIGH PARK TERRACE**

**EAST POINT, GA 30344**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,534.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.60 5**

**Nonpriority creditor's name and mailing address**

**Nadine C. Wheat**

**2580 SUMMER LAKE ROAD APT#1205**

**LITHIA SPRINGS, GA 30122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,836.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.60 6**

**Nonpriority creditor's name and mailing address**

**Nadine R. Wlasiuk**

**1 LOTUS COURT**

**NOVATO, CA 94945**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,952.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.607**

**Nonpriority creditor's name and mailing address**

**Nancy A.Boxill**

**7727 CHARLESTON ST**

**BRADENTON, FL 34201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                14,692.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.608**

**Nonpriority creditor's name and mailing address**

**Nancy Avila**

**1900 Rancho Frontera Unit F46**

**Calexico, CA 92231**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.609**

**Nonpriority creditor's name and mailing address**

**Nancy Rueda**

**725 Renz Ln**

**Gilroy, CA 95020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Naomi Cabrera-Alday**

**127 Quarter Horse Ln**

**San Dimas, CA 91773**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.61 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 375.00 |
|---|---|---|---|

**Nasra Ali Social Media Specialist**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Business Debt. |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** |
|---|---|

☒ No
☐ Yes

---

| 3.61 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ Unknown |
|---|---|---|---|

**Natalie Gomez**

**28249 Stonington Ln**

**Santa Clarita, CA 91350**

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** |
|---|---|

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.61
3**

**Nonpriority creditor's name and mailing address**

**Nathalie Nya**

**19901 VAN AKEN BOULEVARD 104**

**SHAKER HEIGHTS, OH 44122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,823.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.61
4**

**Nonpriority creditor's name and mailing address**

**Nathan Cortez-Littlefield**

**6239 E Ellis St.**

**Mesa, AZ 85205**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.61 5**

**Nonpriority creditor's name and mailing address**

**Nayirie Tashjian**

**121 Paradise Dr**

**Pacifica, CA 94044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.61 6**

**Nonpriority creditor's name and mailing address**

**Neil Patrick Custado**

**10137 Jenny Lynn Way**

**Elk Grove, CA 95757**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.61 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 13,624.00 |
|---|---|---|---|
| **Nelson Edward Soto** | ☐ Contingent | | |
| **URB BUCARE 19 CALLE DIAMANTE** | ☐ Unliquidated | | |
| **GUAYNABO, PR 00969** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No<br>☐ Yes | |

---

**3.61 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 175.52 |
|---|---|---|---|
| **New Jersey Department of Labor Unemployment Benefits** | ☐ Contingent | | |
| **1 John Fitch Plz.** | ☐ Unliquidated | | |
| **Trenton, NJ 08611** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No<br>☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.619**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 387.45 |
|---|---|---|
| __New York State Unemployment Insurance Division__ | ☐ Contingent | |
| __PO Box 4320__ | ☐ Unliquidated | |
| __Binghamton, NY 13902__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Business Debt. |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|
| | ☒ No |
| | ☐ Yes |

---

**3.620**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,000.00 |
|---|---|---|
| __New York State Workers' Compensation Board__ | ☐ Contingent | |
| __328 State Street__ | ☐ Unliquidated | |
| __Schenectady, NY 12305-2318__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Business Debt. |

| Last 4 digits of account number _____ | Is the claim subject to offset? |
|---|---|
| | ☒ No |
| | ☐ Yes |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.62
1**

**Nonpriority creditor's name and mailing address**

**Nexigen**

**229 West 7th Street**

**Cincinnati, OH 45202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **44,545.82**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.62
2**

**Nonpriority creditor's name and mailing address**

**Nicholas Dado**

**3550 Fishinger Mill Dr**

**Hilliard, OH 43026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.62 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                     Unknown |
|---|---|---|
| **Nicholas Rodney** | ☑ Contingent | |
| **28235 SW 159th Pl** | ☑ Unliquidated | |
| **Homestead, FL 33033** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

**3.62 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $                     Unknown |
|---|---|---|
| **Nick Alvarado** | ☑ Contingent | |
| **10554 Oak Glen Ave** | ☑ Unliquidated | |
| **Montclair, CA 91763** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☑ No | |
| | ☐ Yes | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.62 5**

**Nonpriority creditor's name and mailing address**

**Nicki Black**

**249 SERGEANT AVENUE**

**FORT THOMAS, KY 41075**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,430.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.62 6**

**Nonpriority creditor's name and mailing address**

**Nickol Smith**

**843 Lecona Rd**

**Cleveland, OH 44121**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.627**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Nicole Dailey** | ☑ Contingent | |
| **3144 Chartwood Dr** | ☑ Unliquidated | |
| **Sandston, VA 23150** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.628**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Nicole Ferweda** | ☑ Contingent | |
| **1901 Augusta Dr Apt 236** | ☑ Unliquidated | |
| **Houston, TX 77057** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number  _____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

| 3.62 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Nikki Marks**

**6073 DELFAIR LANE**

**MILFORD, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

| 3.63 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Unknown |
|---|---|---|---|

**Noelia Fernandez**

**10821 Canelo Rd**

**Whittier, CA 90604**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.63
1**

**Nonpriority creditor's name and mailing address**

**Noslen Boo**

**18730 SW 92 Ave**

**Cutler Bay, FL 33157**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.63
2**

**Nonpriority creditor's name and mailing address**

**Obidio Alanis**

**3056 Janine Ave**

**Rosamond, CA 93560**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.63 3**

**Nonpriority creditor's name and mailing address**

**Octavia Adams**

**11660 NW 29 Place**

**Sunrise, FL 33323**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.63 4**

**Nonpriority creditor's name and mailing address**

**Ohio Bureau of Workers' Compensation**

**30 West Spring Street**

**Columbus, OH 43215-2256**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **871.48**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Business Debt.**

---

Copyright © Financial Software Solutions, LLC                                                                           BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.63 5**

**Nonpriority creditor's name and mailing address**

**Ohio Department of Education**

**25 South Front Street**

**Columbus, OH 43215-4183**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                          **5,939.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.63 6**

**Nonpriority creditor's name and mailing address**

**Olivia Nance**

**485 E Highland Ave**

**Sierra Madre, CA 91024**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                          **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.637**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ __Unknown__ |

__Oluwatobi Ekunsanmi__

__8300 W 30 1/2 St Apt 201__

__Minneapolis, MN 55426__

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.638**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ __Unknown__ |

__Omar Sanchez__

__600 Calle Buena Vista__

__Morgan Hill, CA 95037__

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.639**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | $ | __299.60__ |

__One Cloud Services__

__DBA Zimcom__
__1080 Nimitzview, Suite 400__

__Cincinnati, OH 45230__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

__Business Debt__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.640**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | $ | __2,756.00__ |

__Parchment LLC__

__7001 North Scottsdale Road Suite 1050__

__Scottsdale, AZ 85253- 326__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

__Business Debt.__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

**3.64 1**

**Nonpriority creditor's name and mailing address**

**Patricia Daley**

**22220 114th Rd**

**Cambria Hts, NY 11411**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.64 2**

**Nonpriority creditor's name and mailing address**

**Patricia Fuerte-Luffi**

**2371 Sw 145 Ave**

**Miami, FL 33175**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.64
3**

**Nonpriority creditor's name and mailing address**

**Patricia J. Burke**

**273 ST AGNES CIRCLE**

**FORT WRIGHT, KY 41011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Only

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.64
4**

**Nonpriority creditor's name and mailing address**

**Patricia M. Berry**

**1110 E PHILADELPHIA ST #1108**

**ONTARIO, CA 91761**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                2,477.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and
benefits more than 180
days old prior to petition
date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.645**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,516.00 |
|---|---|---|

__Patricia Rosales__

__10576 ARLINGTON ST__

__ADELANTO, CA 92301__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.646**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Unknown |
|---|---|---|

__Patrick Balsley__

__2800 Newport Ln__

__Matthews, NC 28105__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.64 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Patrick French**

**4220 Sunrise Ridge Rd**

**Shingle Spgs, CA 95682**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.64 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **18,654.00** |
|---|---|---|---|

**Patrick L. Penney**

**5994 RIDGEVIEW PLACE**

**FERNDALE, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

| **3.649** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul A. Brugman**

**PO BOX 268012**

**WESTON, FL 33326**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,432.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| **3.650** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Freedman**

**PO BOX 455**

**ORCAS, WA 98280**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,186.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.65
1**

**Nonpriority creditor's name and mailing address**

**Paul Medina**

**41041 Robards Way**

**Murrieta, CA 92562**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.65
2**

**Nonpriority creditor's name and mailing address**

**Paul Shaw**

**122 WEST TRINITY PLACE**

**DECATUR, GA 30030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,421.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                                                                        BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.65 3**

**Nonpriority creditor's name and mailing address**

**Paula Nash**

**1525 Howard St**

**Petoskey, MI 49770**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.65 4**

**Nonpriority creditor's name and mailing address**

**Pearllene Ford**

**3945 S FORDHAM PLACE**

**CINCINNATI, OH 45213**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **21,995.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.65 5**

**Nonpriority creditor's name and mailing address**

**Perquida Payne**

**1071 MAGGIE RD**

**NEWBURGH, NY 12550**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,371.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.65 6**

**Nonpriority creditor's name and mailing address**

**Peter J. Caccavari**

**1236 WAYSIDE PLACE**

**CINCINNATI, OH 45230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,283.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.65 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 231,337.56 |
|---|---|---|---|

PF Portfolio 2 LP

2020 L Street 5th Floor

Sacramento, CA 95811

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|
| | | Business Debt. |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.65 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 22,360.00 |
|---|---|---|---|

Pheng Yang

3966 BAINBRIDGE DRIVE

NORTH HIGHLANDS, CA 95660

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|
| | | Unpaid wages and benefits more than 180 days old prior to petition date. |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.65 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 10,491.00 |
|---|---|---|---|

**Philip SnowGang**

**8927 SW 57TH AVE**

**PORTLAND, OR 97219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| **3.66 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 197,825.25 |
|---|---|---|---|

**Playa District - 6701 Center Drive**

**6080 Center Drive Suite 120**

**Los Angeles, CA 90045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Business Debt.** |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.66 1**

**Nonpriority creditor's name and mailing address**

__Porsche Gardner__

__644 Radnor Ln__

__Jacksonville, FL 32221__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.66 2**

**Nonpriority creditor's name and mailing address**

__Posnelli PC__

__7676 Forsyth Blvd. Suite 800__

__Saint Louis, MO 63105__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __28,368.10__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Business Debt.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.66 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 26,960.00 |
|---|---|---|

**Prabhjot S. Gill**

**1778 LAKESHORE CT**

**PLUMAS LAKE, CA 95961**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**3.66 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|

**Preston Snyder**

**18506 W Georgia Ave**

**Litchfield Pk, AZ 85340**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.66 5**

**Nonpriority creditor's name and mailing address**

**ProQuest LLC**

**6216 Paysphere Circle**

**Chicago, IL 60674**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **12,557.19**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.66 6**

**Nonpriority creditor's name and mailing address**

**QuickLaunch LLC**

**936 SW 1st Avenue Suite 426**

**Miami, FL 33130-4520**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **31,673.51**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.667**

**Nonpriority creditor's name and mailing address**

**Rachael Quincel**

**1045 S Court St Apt 16**

**Circleville, OH 43113**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.668**

**Nonpriority creditor's name and mailing address**

**Rachael Reese**

**20271 Haystack Rd**

**Sonora, CA 95370**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.669**

**Nonpriority creditor's name and mailing address**

**Rachael Smith**

**8519 Jackson Rd**

**Midland, GA 31820**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**3.670**

**Nonpriority creditor's name and mailing address**

**Rachel Hunter**

**68 County Road**

**North Springfield, VT 05150**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|--------|--------------------------------|--------------------------|--------------|
|        | Name                           |                          |              |

---

**3.67
1**

**Nonpriority creditor's name and mailing address**

**Rachel RR Daigle**

**6233 OSGOOD PARKWAY SOUTH**

**FARGO, ND 58104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Notice Only**

---

**3.67
2**

**Nonpriority creditor's name and mailing address**

**Ramiro Arreola**

**PO Box 343225**

**Florida City, FL 33034**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.67 3**

**Nonpriority creditor's name and mailing address**

**Randy P. Findley**

**3618 ROBB AVE APT #5**

**CINCINNATI, OH 45211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,028.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.67 4**

**Nonpriority creditor's name and mailing address**

**Raul Elias**

**1429 W Lockeford St**

**Lodi, CA 95242**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.67 5**

**Nonpriority creditor's name and mailing address**

**Raul Magadan**

**13042 Charleston Ct**

**Chino, CA 91710**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.67 6**

**Nonpriority creditor's name and mailing address**

**Raymond Edward Bolin**

**5310 CHATELAINE COURT**

**CINCINNATI, OH 45247**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.67 7**

**Nonpriority creditor's name and mailing address**

**Raymond Gonzales**

**PO Box 2286**

**Irwindale, CA 91706**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.67 8**

**Nonpriority creditor's name and mailing address**

**Reagan Robertson**

**4933 Beauregard St Apt T2**

**Alexandria, VA 22312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.679**

**Nonpriority creditor's name and mailing address**

**Rebecca Cortez**

**7440 Marine Ave**

**Rch Cucamonga, CA 91730**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.680**

**Nonpriority creditor's name and mailing address**

**Rebecca Daigle**

**924 22nd Ave S**

**Moorhead, MN 56560**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.68 1**

**Nonpriority creditor's name and mailing address**

**Rebecca Elefson**

**505 Vernon St**

**Buckner, MO 64016**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.68 2**

**Nonpriority creditor's name and mailing address**

**Rebecca Jo Morrissey**

**5809 KUGLER MILL RD**

**CINCINNATI, OH 45236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Notice Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.68 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Rebecca White**

**C/O ROTHBERG LAW FIRM**
**512 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46866**

☒ Contingent
☒ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☒ No<br>☐ Yes |

---

| 3.68 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 2,855.48 |
|---|---|---|---|

**Regus**

**8200 Beckett Park Drive**

**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☒ No<br>☐ Yes |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.68 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ 5,140.00 |

**Reminger & Co.**

**200 Public Square, Suite 1200**

**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Professional Services** |

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.68 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $ 23,457.00 |

**Renee D. Cave**

**3987 PARKER PLACE**

**CINCINNATI, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.68 7**

**Nonpriority creditor's name and mailing address**

**Rhonda Brinkley-Kennedy**

**22553 BREAKWATER WAY**

**SANTA CLARITA, CA 91350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **44,856.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.68 8**

**Nonpriority creditor's name and mailing address**

**Rhonda Ramirez**

**10318 Shaw Dr.**

**Spotsylvania, VA 22553**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.689** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Rhonda S. Finch**

**2097 IRETON TREES RD**

**MOSCOW, OH 45153**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 19,913.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| **3.690** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Barnes**

**1200 Sorrento Dr**

**Weston, FL 33326**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.69 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **3,497.00** |
|---|---|---|---|

**Richard M. Taylor**

**298 NW HARRIS LOOP**

**LAKE CITY, FL 32055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.69 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **Unknown** |
|---|---|---|---|

**Richard Rivoli**

**22342 Festividad Dr**

**Saugus, CA 91350**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.69 3**

**Nonpriority creditor's name and mailing address**

**Richard Robinson**

**2813 SW 16th St**

**Ft Lauderdale, FL 33312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.69 4**

**Nonpriority creditor's name and mailing address**

**Rina Bricio**

**16960 SW 301st St**

**Homestead, FL 33030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.69 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert B. Knight**

**2105 KEYSTONE BLVD**

**NORTH MIAMI, FL 33181**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 13,850.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

| **3.69 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Boyman**

**1035 E OAKS ST**

**COMPTON, CA 90221**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,749.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|--------|----------------------------------|---------------------------|--------------|
|        | Name |  |  |

---

**3.69 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **56,816.22** |
|---|---|---|---|

**Robert Half**

**2884 Sand Hill Road Suite 200**

**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Business Debt.** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **25,196.00** |
|---|---|---|---|

**Robert M. Cotter**

**5 AVON FIELDS PLACE**

**CINCINNATI, OH 45229**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.699**

**Nonpriority creditor's name and mailing address**

**Robert Matthews**

**383 Bergin Dr Apt B**

**Monterey, CA 93940**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.700**

**Nonpriority creditor's name and mailing address**

**Robert Mcclure**

**163 Molly Way**

**Santa Cruz, CA 95065**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.70 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ Unknown__ |
|---|---|---|
| **Robert McGriff** | ☑ Contingent | |
| **2992 Pickford Way** | ☑ Unliquidated | |
| **Hayward, CA 94541** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**3.70 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 3,643.00__ |
|---|---|---|
| **Robert O. Kirkland** | ☐ Contingent | |
| **5710 BLACKBIRD LANE** | ☐ Unliquidated | |
| **LA VERNE, CA 91750** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.70 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Robert Sanders**

**2375 S Park Dr Ste 420**

**Hebron, KY 41048**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.70 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Robert Smith**

**2931 Flannery Rd**

**San Pablo, CA 94806**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.70.5**

**Nonpriority creditor's name and mailing address**

**Robert Stockmeier**

**13504 Carroll Turner Rd**

**Rising Sun, IN 47040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.70.6**

**Nonpriority creditor's name and mailing address**

**Robin Pinkard**

**24828 SW 128th Path**

**Homestead, FL 33032**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| **3.70 7** | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| __Robyn Dean__ | ☑ Contingent | |
| __13725 Normande Bell__ | ☑ Unliquidated | |
| __San Antonio, TX 78254__ | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | Former Student |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

| **3.70 8** | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **546.00** |
|---|---|---|
| __Rocie S. Clark__ | ☐ Contingent | |
| __813 NW 16TH TERRACE__ | ☐ Unliquidated | |
| __FORT LAUDERDALE, FL 33311__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | Unpaid wages and benefits more than 180 days old prior to petition date. |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.709**

**Nonpriority creditor's name and mailing address**

**Rodney Ucles Flores**

**509 S Flower St  Apt 4**

**Inglewood, CA 90301-2881**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.710**

**Nonpriority creditor's name and mailing address**

**Roger Sublet**

**7504 Kousa Court**

**Mason, OH 45040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **160,000.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Business Debt**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.71
1**

**Nonpriority creditor's name and mailing address**

**Roland Pandolfi**

**182 NEWPORT DRIVE NO 1003**

**NAPLES, FL 34114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __12,289.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.71
2**

**Nonpriority creditor's name and mailing address**

**Romario Gayle**

**9 Candlewood Place, Pleasanton Gardens**

**Kingston, Sa**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.71
3**

**Nonpriority creditor's name and mailing address**

**Romel Cuellar**

**20245 Starr King Dr**

**Soulsbyville, CA 95372**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.71
4**

**Nonpriority creditor's name and mailing address**

**Ron L. Cave**

**3489 JASMINE HILL ROAD**

**TALLAHASSEE, FL 32311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,348.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number (if known) __25-10562__ |
|---|---|---|
| | Name | |

---

**3.71 5**

**Nonpriority creditor's name and mailing address**

__Ron Santo__

__8052 CALIFORNIA AVENUE__

__WHITTIER, CA 90602__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,881.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.71 6**

**Nonpriority creditor's name and mailing address**

__Ronald Navarrete__

__241 S Olive Ave Apt 7__

__Alhambra, CA 91801__

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.71 7** | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **26,636.00** |
|---|---|---|---|

**Rosalyn Y. Brown Beatty**

**2508 SPINDLEHILL DRIVE #6**

**CINCINNATI, OH 45230**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|

**Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.71 8** | | |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **2,076.00** |
|---|---|---|---|

**Rosita Catherina Curry**

**5702 SHERWOOD LAKE COURT**

**BAKERSFIELD, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | **Description** |
|---|---|---|

**Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.71 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Ruba Al-Serhan__

__1220 Edgewater Way__

__Alexandria, KY 41001__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Ruben Munoz__

__10980 SW 91st St__

__Miami, FL 33176__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>

**3.72
1**

</td><td>

**Nonpriority creditor's name and mailing address**

**Ryan Allen Worthen**

**4948 STRATHMORE DR. APT 6**

**CINCINNATI, OH 45227**

</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

</td><td>

$ _____ 0.00

</td></tr>
</table>

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
| |
|---|
| **Notice Only** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

<table>
<tr><td>

**3.72
2**

</td><td>

**Nonpriority creditor's name and mailing address**

**Ryan Patrick**

**604 Garfield Dr**

**Petaluma, CA 94954**

</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

</td><td>

$ _____ **Unknown**

</td></tr>
</table>

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
| |
|---|
| **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.72 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Ryan Peterson**

**3780 Robinson Ave**

**Clearlake, CA 95422**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.72 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Ryan Smith**

**2040 Edgebrook Dr**

**Modesto, CA 95354**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.72 5**

**Nonpriority creditor's name and mailing address**

**Sabrina Christopher**

**25325 Ivanhoe**

**Redford, MI 48239**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.72 6**

**Nonpriority creditor's name and mailing address**

**Sabrina Veargis**

**21213 NW 14th Pl Apt 121**

**Miami, FL 33169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.727**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ Unknown |
|---|---|---|
| **Sam Dang** | ☑ Contingent | |
| **342 Sequoia Ave** | ☑ Unliquidated | |
| **Brea, CA 92821** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.728**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 2,404.00 |
|---|---|---|
| **Sam Liss** | ☐ Contingent | |
| **859 KANSAS RD.** | ☐ Unliquidated | |
| **EAST ARLINGTON, VT 05252** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |
|---|---|---|---|

**Samantha Surprenant**

**2827 Telek Pl Apt 108**

**Alexandria, VA 22314**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **7,104.00** |
|---|---|---|---|

**Samuel A. Jones**

**3132 STONEHURST CIRCLE**

**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.73
1**

**Nonpriority creditor's name and mailing address**

**Samuel Adabla**

**453 MISSOURI AVE APT 4**

**CINCINNATI, OH 45226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 4,626.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.73
2**

**Nonpriority creditor's name and mailing address**

**Samuel Aldama**

**16676 E Greenhaven St**

**Covina, CA 91722**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
| | Name | | | |

---

**3.73 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|
| | | $ _____ **Unknown** |
| **Samuel Carranza** | ☑ Contingent | |
| | ☑ Unliquidated | |
| **433 S Grande Vista Ave** | ☑ Disputed | |
| | | |
| **Los Angeles, CA 90063** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

**3.73 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|
| | | $ _____ **874.00** |
| **Samuel Marvin Crowell** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **60 WINOOSKI FALLS WAY #1106** | ☐ Disputed | |
| | | |
| **WINOOSKI, VT 05404** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.73 5**

**Nonpriority creditor's name and mailing address**

**Samuel Tomlinson**

**13566 S Baroque Ave**

**Nampa, ID 83651**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Former Student

---

**3.73 6**

**Nonpriority creditor's name and mailing address**

**Sandra Akhareyi**

**545 W 500 N Apt 5**

**Salt Lake Cty, UT 84116**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.73 7**

**Nonpriority creditor's name and mailing address**

**Sandra Alicia Gonzales**

**4471 RUBY LANDING WAY**

**RANCHO CORDOVA, CA 95742**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$ 6,616.00

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.73 8**

**Nonpriority creditor's name and mailing address**

**Sandra Lee**

**5751 HONOR PARKWAY**

**SACRAMENTO, CA 95835**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$ 0.00

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.739**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                56,757.00 |
|---|---|---|
| __Sandra Marie Mills__ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| __2 HEDGEROW LANE__ | | |
| __CINCINNATI, OH 45220__ | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

**3.740**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                Unknown |
|---|---|---|
| __Sara Jones__ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| __8701 Hermitage Trace Cir__ | | |
| __Henrico, VA 23228__ | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.74 1**

**Nonpriority creditor's name and mailing address**

__Sara Kipp__

__424 4th Street__

__New Cumberland, PA 17070__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.74 2**

**Nonpriority creditor's name and mailing address**

__Sara Kipp__

__C/O ROTHBERG LAW FIRM__
__513 E WASHINGTON BLVD.__

__FORT WAYNE, IN 46867__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Notice Only**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>

**3.74 3**

</td><td>

**Nonpriority creditor's name and mailing address**

**Sara Tamsukhin**

**590 LODGEPOLE DRIVE**

**MILFORD, OH 45150**

</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

</td><td>

$ _____ 4,444.00

</td></tr>
<tr><td></td><td>

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

</td><td>

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

</td><td>

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

</td></tr>
</table>

<table>
<tr><td>

**3.74 4**

</td><td>

**Nonpriority creditor's name and mailing address**

**Sarah C.Wallis**

**115 WEST CENTER COLLEGE ST**

**YELLOW SPRINGS, OH 45387**

</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

</td><td>

$ _____ 14,767.00

</td></tr>
<tr><td></td><td>

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

</td><td>

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

</td><td>

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

</td></tr>
</table>

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

| 3.74 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ __Unknown__ |
|---|---|---|---|

**Sarah Fehribach**

**2205 Sieger Villa Ct**

**Louisville, KY 40218**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ __3,924.00__ |
|---|---|---|---|

**Sarah G. Bergh**

**283 GREENHOE ROAD**

**E DUMMERSTON, VT 5346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | __Union Institute & University__ | Case number (if known)   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.74 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ Unknown |
| __Saran Kour__ | ☒ Contingent | |
| __3731 Douglas Fir Ct__ | ☒ Unliquidated | |
| __Antelope, CA 95843__ | ☒ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No   ☐ Yes | |

---

**3.74 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 2,878.00 |
| __Sarkis Ohannessian__ | ☐ Contingent | |
| __10950 ARROW ROUTE APARTMENT 1214__ | ☐ Unliquidated | |
| __RANCHO CUCAMONGA, CA 91729__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Unpaid wages and benefits more than 180 days old prior to petition date. |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No   ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.749**

**Nonpriority creditor's name and mailing address**

**Sarra Flickinger**

**154 Miles Ave Nw**

**Canton, OH 44708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.750**

**Nonpriority creditor's name and mailing address**

**Sasha Gay Mullings**

**8 Havendale Mews**

**Kingston 19, Sa**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.75 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Savannah Fidalgo__

__2743 Forbes Dr__

__Bellevue, NE 68123__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**Nonpriority creditor's name and mailing address**

| 3.75 2 | |
|---|---|

__Scenario LLC (Vector Solutions)__

__4890 West Kennedy Blvd. Suite 300__

__Tampa, FL 33609__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **15,100.00**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Business Debt.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.75 3** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Smith**

**6131 Fenley Dr**

**Huntingtn Bch, CA 92647**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| **3.75 4** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Serhan Ali NaieshAl-Serhan**

**6077 BLACKBERRY COURT**

**LIBERTY TOWNSHIP, OH 45011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **19,725.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.75 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Shane Tholcke**

**4922 Little John Rd**

**Copperopolis, CA 95228**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
| Former Student |

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.75 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Shanice Nelson**

**605 Scholar House Court  Apt 301**

**Louisville, KY 40217**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description
| Former Student |

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.75 7**

**Nonpriority creditor's name and mailing address**

**Shanrae Wilson**

**5295 Riverchase Dr Apt 1612**

**Phenix City, AL 36867**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.75 8**

**Nonpriority creditor's name and mailing address**

**Shantell Mitchell**

**2645 SW 150th Ct**

**Miami, FL 33185**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.759**

**Nonpriority creditor's name and mailing address**

**Sheila A. Costello**

**7025 SW 40 STREET**

**MIRAMAR, FL 33023**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,157.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.760**

**Nonpriority creditor's name and mailing address**

**Sheila M. Ingram**

**10736 JEFFERSON BLVD #1039**

**CULVER CITY, CA 90230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,384.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.76
1**

**Nonpriority creditor's name and mailing address**

**Sherman Vernon**

**540 N Central Ave Apt 106**

**Glendale, CA 91203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.76
2**

**Nonpriority creditor's name and mailing address**

**Shiri Perl**

**96 Deerfield Road**

**West Caldwell, NJ 07006**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.76 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ 474.00 |
|---|---|---|
| **Shirley Patricia Murillo** | ☐ Contingent | |
| **6780 GLORIA DRIVE # 47** | ☐ Unliquidated | |
| **SACRAMENTO, CA 95831** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.76 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ Unknown |
|---|---|---|
| **Sierre Slevin** | ☑ Contingent | |
| **8372 Seattle Ave Apt 20210** | ☑ Unliquidated | |
| **Columbus, OH 43240** | ☑ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.76 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Sigfred Neri**

**1294 Kestrel Ct**

**Concord, CA 94521**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| _____ | _____ | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.76 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Skylar Guinn**

**3854 Robbins Brook Dr**

**Winston Salem, NC 27107**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| _____ | _____ | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.76 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,000.00 |
|---|---|---|
| **SOCHE (Society of Ohio Council for Higher Education)** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| __3155 Research Blvd. Suite 204__ | | |
| __Dayton, OH 45420__ | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt.** |

| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

**3.76 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,122.00 |
|---|---|---|
| __Soghra Ali-Sayeed__ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| __9625 MARTIN RD.__ | | |
| __CLARENCE CENTER, NY 14032__ | | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.769**

**Nonpriority creditor's name and mailing address**

**Sonia Magana**

**86 Cutter Drive**

**Watsonville, CA 95076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.770**

**Nonpriority creditor's name and mailing address**

**Sophia Rasmussen**

**145 Japonica Ct.**

**Camarillo, CA 93012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.77 1**

**Nonpriority creditor's name and mailing address**

**SP Plus**

**6080 Center Drive Suite 120**

**Los Angeles, CA 90045**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __16,250.00__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Business Debt.**

---

**3.77 2**

**Nonpriority creditor's name and mailing address**

**Stella Marrie**

**240 DIMICK ROAD**

**EAST HARDWICK, VT 5836**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __3,163.00__

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.77 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __Unknown__ |
|---|---|---|---|

__Stephania Collazos__

__528 N 24th Ave__

__Hollywood, FL 33020__

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | Description |
|---|---|---|
| | | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.77 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ __0.00__ |
|---|---|---|---|

__Stephanie A. Schramm__

__7148 GARDEN RD__

__CINCINNATI, OH 45236__

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | Description |
|---|---|---|
| | | **Notice Only** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| 3.77 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Stephanie Elam**

**95 E Meadow Dr**

**Batavia, OH 45103**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.77 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Stephanie Hile**

**13177 Hedda Dr**

**Cerritos, CA 90703**

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.77 7**

**Nonpriority creditor's name and mailing address**

__Stephanie Sanchez__

__24914 Newhall Ave__

__Newhall, CA 91321__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.77 8**

**Nonpriority creditor's name and mailing address**

__Stephen Bucheli Bayne__

__11850 65TH STREET__

__JURUPA VALLEY, CA 91752__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __7,104.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| Debtor | __Union Institute & University__ | | Case number *(if known)* __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.779**

**Nonpriority creditor's name and mailing address**

__Stevem P. Simpkins__

__84 BEAR PLACE__

__CLAYTON, CA 94517__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __4,954.00__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.780**

**Nonpriority creditor's name and mailing address**

__Steven Broseus__

__125 Andover Rd Apt D__

__Heath, OH 43056__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.78
1**

**Nonpriority creditor's name and mailing address**

__Steven Busch__

__19803 Squire D__

__Covina, CA 91724__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.78
2**

**Nonpriority creditor's name and mailing address**

__Steven Oberlander__

__1352 Champagne Cir__

__Roseville, CA 95747__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**        _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.78 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **14,692.00** |

**Steward Timothy Burns**

**48 HOLBROOK STREET**

**NORTH ADAMS, MA 1247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

**Description**

> **Unpaid wages and benefits more than 180 days old prior to petition date.**

Last 4 digits of account number  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| **3.78 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |

**Sumaia Raian**

**1601 Broadway St Apt 418**

**Concord, CA 94520**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

**Description**

> **Former Student**

Last 4 digits of account number  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | | Case number *(if known)*  __25-10562__ |
|---|---|---|---|
| | Name | | |

---

| 3.78 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Suprenna Harris__

__9940 Placer St Apt A__

__Rch Cucamonga, CA 91730__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.78 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Susan E. Whitehead__

__60 COLLEGE STREET UNIT 3__

__MONTPELIER, VT 5602__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __19,639.00__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.78 7**

**Nonpriority creditor's name and mailing address**

**Susan Grace**

**640 MASON ROAD**

**TAYLOR MILL, KY 41015**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,319.00

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.78 8**

**Nonpriority creditor's name and mailing address**

**Ta-Wanda Miles**

**6931 Hillshire Drive**

**Memphis, TN 38133**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.789**

**Nonpriority creditor's name and mailing address**

**Taft Stettinius & Hollister LLP**

**425 Walnut Street Suite 1800**

**Cincinnati, OH 45202-3957**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,187.70**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Business Debt.**

---

**3.790**

**Nonpriority creditor's name and mailing address**

**Tamika Walker**

**2264 Meadow Glade Ln Apt 3**

**Memphis, TN 38134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.79
1**

**Nonpriority creditor's name and mailing address**

**Tammy Gilligan**

**31 JOHNS VALLEY DRIVE**

**FISHERSVILLE, VA 22939**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,550.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.79
2**

**Nonpriority creditor's name and mailing address**

**Tammy Sue Lapsley Oesting**

**1425 BROADWAY # 22505**

**SEATTLE, WA 98122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 874.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 380 of 422

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.79
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ 5,829.00 |
|---|---|---|
| __Tangela Lynn Boyd__ | ☐ Contingent | |
| __13624 ERIDANUS DRIVE__ | ☐ Unliquidated | |
| __ORLANDO, FL 32828__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Unpaid wages and benefits more than 180 days old prior to petition date. |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

**3.79
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ Unknown |
|---|---|---|
| __Tarhesha English__ | ☒ Contingent | |
| __921 NW 34th Way__ | ☒ Unliquidated | |
| __Lauderhill, FL 33311__ | ☒ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.79 5**

**Nonpriority creditor's name and mailing address**

**Tarja Lewis**

**5211 Dix Street NE**

**Washington, DC 20019**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.79 6**

**Nonpriority creditor's name and mailing address**

**Taylor Hitson**

**720 Caliente Dr**

**Brandon, FL 33511**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

| 3.79 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tera Frudakis**

**4224 Birchwood Ave**

**Seal Beach, CA 90740**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$                              **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.79 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teresa F. Wilkins**

**3396 STARBOARD LANE**

**ERLANGER, KY 41018**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              **13,760.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

> **Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.799**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | *Check all that apply.* | $ _____ **Unknown** |
| **Terrena Smith** | ☑ Contingent | |
| **2903 Lisage Way** | ☑ Unliquidated | |
| **Silver Spring, MD 20904** | ☑ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Former Student** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

**3.800**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | *Check all that apply.* | $ _____ **2,987.00** |
| **Terri E. Mendoza** | ☐ Contingent | |
| **58 MEADOW STREET** | ☐ Unliquidated | |
| **FRAMINGHAM, MA 1701** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.80
1**

**Nonpriority creditor's name and mailing address**

**Thalia Thomas**

**44 Chestnut Ave**

**Webster Grvs, MO 63119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.80
2**

**Nonpriority creditor's name and mailing address**

**The Ohio State University**

**15 East 15th Avenue Fifth Floor**

**Columbus, OH 43201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **5,939.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Business Debt.**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.80 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 18,316.36 |
|---|---|---|
| **The Virtual Care Group LLC** | ☐ Contingent | |
| **15332 Antioch Street Suite 411** | ☐ Unliquidated | |
| **Los Angeles, CA 90272** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Business Debt.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.80 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 17,298.00 |
|---|---|---|
| **Theresa A. Warren** | ☐ Contingent | |
| **9186 CANAL WY** | ☐ Unliquidated | |
| **WEST CHESTER, OH 45069** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

<table>
<tr><td>

**3.80<br>5**
</td><td>

**Nonpriority creditor's name and mailing address**

**Theron A. Clark**

**813 NW 16TH TERRACE**

**FORT LAUDERDALE, FL 33311**
</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed
</td><td>

$ __4,371.00__
</td></tr>
</table>

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No<br>☐ Yes | |

---

<table>
<tr><td>

**3.80<br>6**
</td><td>

**Nonpriority creditor's name and mailing address**

**Thomas Capps**

**925 Pala Mesa Dr**

**Corona, CA 92879**
</td><td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent<br>
☒ Unliquidated<br>
☒ Disputed
</td><td>

$ __Unknown__
</td></tr>
</table>

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No<br>☐ Yes | |

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.80 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **44,056.00** |
|---|---|---|---|

**Thomas W. Frederick**

**266 Old Field Run**

**Richmond Hill, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.80 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |
|---|---|---|---|

**Tiasia Cockrell**

**11705 Harden Ct**

**Cincinnati, OH 45240**

☒ Contingent
☒ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.80 9**

**Nonpriority creditor's name and mailing address**

**Tiasia J. Cockrell**

**11705 HARDEN COURT**

**CINCINNATI, OH 45240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **20,454.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.81 0**

**Nonpriority creditor's name and mailing address**

**Tiera Buie**

**790 S Biscayne River Dr**

**Miami, FL 33169**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.81
1**

**Nonpriority creditor's name and mailing address**

**TIES**

**2025 East River Parkway**

**Minneapolis, MN 55414**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **70,000.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Business Debt.

---

**3.81
2**

**Nonpriority creditor's name and mailing address**

**Tiffany Hall**

**515 Girard Blvd SE Apt H**

**Albuquerque, NM 87106**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Former Student

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.81 3**

**Nonpriority creditor's name and mailing address**

**Tiffiany Meeks**

**4885 Sheffield Way**

**Grove City, OH 43123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.81 4**

**Nonpriority creditor's name and mailing address**

**Tiffinee Allen**

**7880 Sequoia Ct Apt 6**

**Cincinnati, OH 45239**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.81 5**

**Nonpriority creditor's name and mailing address**

**Timothy Keyes**

**PO 36**

**Colfax, CA 95713**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.81 6**

**Nonpriority creditor's name and mailing address**

**Tina Zollo**

**28 Colony Dr**

**Holbrook, NY 11741**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.81 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Todd Turney** | ☒ Contingent | |
| **5558 N Delbert Ave** | ☒ Unliquidated | |
| **Fresno, CA 93722** | ☒ Disputed | |

| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | **Description** |
|---|---|---|
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | **Former Student** |

---

**3.81 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **765.00** |
|---|---|---|
| **Tom Maloney** | ☐ Contingent | |
| **3334 E COAST HWY #320** | ☐ Unliquidated | |
| **CORONA DEL MAR, CA 92625** | ☐ Disputed | |

| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | **Description** |
|---|---|---|
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | **Unpaid wages and benefits more than 180 days old prior to petition date.** |

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

| 3.81 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tonya R. Tate**

**6834 KERRI VALLEY**

**CORDOVA, TN 38018**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Notice Only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.82 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Torre Williams**

**5970 Fairlane Ave**

**Eastvale, CA 92880**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.82**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,020.00 |
|---|---|---|
| **Tracey L. Tiller** | ☐ Contingent | |
| **3601 FOREST PARK DRIVE** | ☐ Unliquidated | |
| **CINCINNATI, OH 45229** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Unpaid wages and benefits more than 180 days old prior to petition date.** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.82**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Unknown |
|---|---|---|
| **Traci Houston** | ☒ Contingent | |
| **611 Pebble Beach Dr** | ☒ Unliquidated | |
| **Jacksonville, TX 75766** | ☒ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | **Former Student** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

| 3.82 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                  3,716.00 |
|---|---|---|---|

**Tracy M. Neher**

**W1076 SPLEAS SKONEY RD**

**EAST TROY, WI 53120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

| 3.82 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                  Unknown |
|---|---|---|---|

**Trevor Gordon**

**4252 Valtara Rd**

**Cameron Park, CA 95682**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

---

**3.82 5**

**Nonpriority creditor's name and mailing address**

__Troy Armstrong__

__519 E 4th Ave__

__Garnett, KS 66032__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

**3.82 6**

**Nonpriority creditor's name and mailing address**

__Troy Burch__

__1399 9th Ave Apt 817__

__San Diego, CA 92101__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Former Student

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.82 7**

**Nonpriority creditor's name and mailing address**

**Tyfanee Klebba**

**5419 Smith St**

**Russellville, MO 65074**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.82 8**

**Nonpriority creditor's name and mailing address**

**Tyler Bengard**

**1036 Montrose Dr**

**Lk Havasu Cty, AZ 86406**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.829**

**Nonpriority creditor's name and mailing address**

**Tyler Camigi**

**379 Manzanita Ave**

**Fairfield, CA 94533**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.830**

**Nonpriority creditor's name and mailing address**

**Tyler Konkel**

**2630 Darwin Pl**

**El Dorado Hls, CA 95762**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
| | Name | | |

---

| **3.83** **1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **6,400.00** |

**Nonpriority creditor's name and mailing address**

**U-Haul Moving & Storage of Walnut Hills**

**2320 Gilbert Avenue**

**Cincinnati, OH 45206**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   **6,400.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Business Debt**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.83 2**

**Nonpriority creditor's name and mailing address**

**U.S. Dept. of Education**

**830 First Street, NE**

**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   **772,645.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Student loans.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.83 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 332,331.00 |
|---|---|---|
| **U.S. Dept. of Education** | ☐ Contingent | |
| **830 First Street, NE** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Outstanding Perkins loans.** |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.83 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,490,075.00 |
|---|---|---|
| **U.S. Dept. of Education** | ☐ Contingent | |
| **830 First Street, NE** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Fines and other charges.** |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.83 5**

**Nonpriority creditor's name and mailing address**

**Um S. Ramos**

**14522 SW 125 PLACE**

**MIAMI, FL 33186**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                1,020.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.83 6**

**Nonpriority creditor's name and mailing address**

**Undraya Jones**

**2774 Riverview Rd**

**Macon, GA 31204**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.83 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,061.62 |
|---|---|---|
| __University Accounting Services__ | ☐ Contingent | |
| __500 Virginia Drive Suite 514C__ | ☐ Unliquidated | |
| __Ft. Washington, PA 19034__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Business Debt. |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.83 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 88.00 |
|---|---|---|
| __US Post Office__ | ☐ Contingent | |
| __2344 Kemper Lane__ | ☐ Unliquidated | |
| __Cincinnati, OH 45206__ | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | Business Debt. |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.839**

**Nonpriority creditor's name and mailing address**

**Valerie Ibarra**

**2043 Swift Circle**

**San Jacinto, CA 92583**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

**3.840**

**Nonpriority creditor's name and mailing address**

**Valerie Queen**

**3505 W Clark Rd Apt R203**

**Dewitt, MI 48820**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Former Student

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.84
1**

**Nonpriority creditor's name and mailing address**

**Valerie Vasquez**

**13924 Mcclure Ave Unit 119**

**Paramount, CA 90723**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.84
2**

**Nonpriority creditor's name and mailing address**

**Vanessa Graves**

**1112 Wellington St Apt 201**

**Greenville, MI 48838**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.84
3**

**Nonpriority creditor's name and mailing address**

**Vanessa Morrison**

**15902 Sharonhill Dr**

**Whittier, CA 90604**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.84
4**

**Nonpriority creditor's name and mailing address**

**Vanessa Tortora**

**4428 E 6th St. Apt. C**

**Long Beach, CA 90814**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.84 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vanessa Tortora**

**C/O ROTHBERG LAW FIRM**
**514 E WASHINGTON BLVD.**

**FORT WAYNE, IN 46868**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ 0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.84 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vedad Caus**

**1652 Islesworth Way**

**Plumas Lake, CA 95961**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Former Student**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.84
7**

**Nonpriority creditor's name and mailing address**

**Verizon**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Business debt.

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.84
8**

**Nonpriority creditor's name and mailing address**

**Vernisha Waters**

**24 Heritage Dr**

**Dover, DE 19904**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

Former Student

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)*  **25-10562** |
|---|---|---|
| | Name | |

---

**3.84 9**

**Nonpriority creditor's name and mailing address**

**Veronica De La Rosa**

**1301 Valeview Ave**

**Glendora, CA 91740**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.85 0**

**Nonpriority creditor's name and mailing address**

**Vicki Harless**

**1910 Sunset Hwy**

**E Wenatchee, WA 98802**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **3.85** **1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |

**Vicky Antunez**

**618 N Plum St**

**Ontario, CA 91764**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.85** **2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |

**Victoria Carty**

**59 Clearwater Dr**

**Brunswick, OH 44212**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Former Student** |

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

---

**3.85 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ 0.00 |
|---|---|---|
| __Victoria Elayne Hall Doty__ | ☐ Contingent | |
| __8560 NW 15TH STREET__ | ☐ Unliquidated | |
| __PEMBROKE PINES, FL 33024__ | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Notice Only |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

**3.85 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ Unknown |
|---|---|---|
| __Victoria Moore__ | ☒ Contingent | |
| __2854 Joyce Ave Apt A__ | ☒ Unliquidated | |
| __Columbus, OH 43211__ | ☒ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | Former Student |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.85
5**

**Nonpriority creditor's name and mailing address**

**Victoria Raygoza**

**430856 E Highway 60 Lot 7**

**Vinita, OK 74301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.85
6**

**Nonpriority creditor's name and mailing address**

**Virginia Reeves**

**13811 Glenoaks Blvd Apt 220**

**Rnch Cascades, CA 91342**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|--------|----------------------------------|--------------------------|--------------|
|        | Name |  |  |

---

**3.85 7**

**Nonpriority creditor's name and mailing address**

**Vitaly Morozov**

**11117 JARDIN PL**

**CINCINNATI, OH 45241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Notice Only**

---

**3.85 8**

**Nonpriority creditor's name and mailing address**

**Vitaly Zanko**

**2017 Fairhaven St**

**Roseville, CA 95747**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.859**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **Unknown** |
|---|---|---|---|

**Wade Carr**

**691 Alamo Ct**

**Oakdale, CA 95361**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**
Former Student

---

**3.860**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **12,450.75** |
|---|---|---|---|

**Wells Fargo**

**420 Montgomery Street**

**San Francisco, CA 94104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**
Business Debt.

---

Copyright © Financial Software Solutions, LLC                                                                                     BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

**3.86 1**

**Nonpriority creditor's name and mailing address**

**Wendy Vazquez**

**69 Monroe St**

**Lodi, NJ 07644**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Former Student**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.86 2**

**Nonpriority creditor's name and mailing address**

**William A. Lipps**

**490 ANDERSON FERRY**

**CINCINNATI, OH 45238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **19,920.00**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)* | __25-10562__ |
|---|---|---|---|
| | Name | | |

---

**3.86
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __2,769.00__ |
|---|---|---|

__William Lindsay Smyser__

__16417 VALLEY SPRINGS ROAD__

__CHINO HILLS, CA 91709__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.86
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ __Unknown__ |
|---|---|---|

__William Morris__

__1789 Rosewood Way__

__Upland, CA 91784__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | __Union Institute & University__ | Case number *(if known)*    __25-10562__ |
|---|---|---|
| | Name | |

---

| **3.86 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,679.00 |
|---|---|---|---|

**Woden S. Teachout**

**393 BROOK ROAD**

**MIDDLESEX, VT 5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.86 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Unknown |
|---|---|---|---|

**Yasmin Vargas**

**515 Lewis Perkins Rd**

**Leesville, LA 71446**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Former Student**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.86 7**

**Nonpriority creditor's name and mailing address**

**Yesenia Hernandez**

**81600 Fred Waring Dr**

**Indio, CA 92201**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Former Student**

---

**3.86 8**

**Nonpriority creditor's name and mailing address**

**Yolanda Carlos**

**PO BOX 3563**

**VICTORVILLE, CA 92393**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,348.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

---

**3.869**

**Nonpriority creditor's name and mailing address**

__Yolanda Rochelle Villa__

__9414 SUMMER RIVER DR__

__RICHMOND, TX 77406__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    8,961.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Unpaid wages and benefits more than 180 days old prior to petition date.

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.870**

**Nonpriority creditor's name and mailing address**

__Ysabel Mills__

__30605 8th Pl S__

__Federal Way, WA 98003__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**3.87 1**

**Nonpriority creditor's name and mailing address**

**Yulia Tolstikov-Mast**

**11019 KNIGHTSBRIDGE LN**

**FISHERS, IN 46037**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **21,396.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Unpaid wages and benefits more than 180 days old prior to petition date.**

---

**3.87 2**

**Nonpriority creditor's name and mailing address**

**Zachary Quicuti**

**15222 SW 138th Ter**

**Miami, FL 33196**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Former Student**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

---

| 3.87 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|---|

**Zohaib Shaikh**

**8 Rainwood Ct**

**Sacramento, CA 95823**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Former Student

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.87 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 0.00 |
|---|---|---|---|

**Zongliang Dong**

**6133 ORVIETO CT**

**RANCHO CUCAMONGA, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Only

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*  __25-10562__ |
|---|---|---|
| | Name | |

| 3.87<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Zuriah Mcknight**

**4264 Windspring Cir**

**Corona, CA 92883**

☒ Contingent
☒ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| _____ | _____ | **Former Student** |

| Last 4 digits of account number  _____ | Is the claim subject to offset? |
|---|---|

☒ No
☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.**  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ _____ **0.00** |
| 5b. | Total claims from Part 2 | 5b. **+** | $ _____ **26,794,992.52** |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **26,794,992.52** |

---

Copyright © Financial Software Solutions, LLC
BlueStylus