**Fill in this information to identify your case:**

Debtor Name  __Union Institute & University__

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (*If known*):  __25-10562__

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................................  $ **191,336.10**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................  $ **191,336.10**

### Part 2:  Summarize Your Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D..........................  $ **1,707,415.80**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  + $ **26,794,992.52**

4. **Total liabilities** .........................................................................................................................................  $ **28,502,408.32**
   Lines 2 + 3a + 3b