**Fill in this information to identify your case:**

Debtor name    __Union Institute & University__

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (If known): __25-10562__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **7/1/2024** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ **0.00** |
| For prior year: | From **7/1/2023** to **6/30/2024**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ **1,458,313.00** |
| For the year before that: | From **7/1/2022** to **6/30/2023**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ **12,736,431.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ___ to Filing date<br>MM/DD/YYYY | ___ | $ ___ |
| For prior year: | From ___ to ___<br>MM/DD/YYYY    MM/DD/YYYY | ___ | $ ___ |
| For the year before that: | From ___ to ___<br>MM/DD/YYYY    MM/DD/YYYY | ___ | $ ___ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor  __Union Institute & University_____      Case number *(if known)*  __25-10562__
Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| **3.1** | | _____ | $ _____ | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Number      Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | City           State   ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | | _____ | $ _____ | |
| | Insider's Name | | | |
| | Number      Street | | | |
| | City           State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | **CDW** | **Computer Equipment** | **4/1/2024** | $ 0.00 |
| | Creditor's Name | | | |
| | **75 Tristate Int'l.** | | | |
| | Number      Street | | | |
| | **Lincolnshire      IL    60069** | | | |
| | City           State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)*   __25-10562__ |
|---|---|---|
| | Name | |

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1 | Creditor's Name<br><br>Number      Street<br><br>City                    State   ZIP Code | | _____ | $ _____ |

Last 4 digits of account number: XXXX– _____

---

| Part 3: | Legal Actions or Assignments |
|---|---|

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Barlow, Trustee v. UIU | Declaratory Judgment | **18th Judicial Circuit Court**<br>Creditor's Name<br><br>**DuPage County**<br>**505 N. County Farm Rd.**<br>Number      Street<br><br>**Wheaton          IL     60187**<br>City              State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case Number<br>**24CH000321** | | | |
| 7.2 | ERC Adv. v. UIU | MCA Loan Default | **Delaware Chancery Court**<br>Creditor's Name<br><br>**34 The Circle**<br>Number      Street<br><br>**Georgetown       DE    19947**<br>City              State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case Number<br>**2023-0534-PRW** | | | |
| 7.3 | Cedar Adv v. UIU | MCA Loan Default | **Hamilton County  Common Pleas Court**<br>Creditor's Name<br><br>**138 E. Court Street**<br>Number      Street<br><br>**Cincinnati       OH    45202**<br>City              State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case Number<br>**A2302075** | | | |

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.4  Eden 500 v. UIU** | **Eviction from 2090 Florence Ave.** | **Hamilton County Common Pleas Court** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **A2303566** | | **138 E. Court Street** <br> Number      Street | |
| | | **Cincinnati      OH   45202** <br> City                State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.5  Corporex v. UIU** | **Loan Default. Note - $13,367.81 is being held by the Hamilton County Clerk pursuant to a garnishment paid 3/7/25** | **Hamilton County Common Pleas Court** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **A2304748** | | **138 E. Court Street** <br> Number      Street | |
| | | **Cincinnati      OH   45202** <br> City                State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.6  PF Portfolio 2 v. UIU** | **Nonpayment of Rent, Sacramento** | **Superior Court of California** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **34-2023-00337431** | | **County of Sacramento** <br> **720 Ninth Street** <br> Number      Street | |
| | | **Sacramento      CA   95814** <br> City                State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.7  Cloudfund v. UIU** | **MCA Loan Default** | **Supreme Court of the State of New York** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **609308/2023** | | **County of Nassau** <br> Number      Street | |
| | | **Mineola      NY   11501** <br> City                State  ZIP Code | |

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | Union Institute & University | Case number (if known) | 25-10562 |
|---|---|---|---|
| | Name | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.8** **Diverse Capital v. UIU** | **MCA Loan Default** | **Supreme Court of the State of New York** | ☐ Pending |
| | | | ☐ On appeal |
| | | Creditor's Name | ☒ Concluded |
| **Case Number** | | **County of Kings** | |
| **511340/2023** | | **360 Adams Street** | |
| | | Number    Street | |
| | | **Brooklyn**      **NY**   **11201** | |
| | | City          State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.9** **In the Matter of Union Institute & University** | | **U.S. Dept. of Education** | ☐ Pending |
| | | | ☐ On appeal |
| | | Creditor's Name | ☒ Concluded |
| **Case Number** | | | |
| **Dkt Nos. 23-36-EA; 23-37-ST; 23-38-SF** | | **400 Maryland Ave. SW** | |
| | | Number    Street | |
| | | **Washington**      **DC**   **20202** | |
| | | City          State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.10** **Lebron v. UIU** | | **U.S. Dept. of Education** | ☐ Pending |
| | | Creditor's Name | ☐ On appeal |
| **Case Number** | | **Office for Civil Rights** | ☐ Concluded |
| **Dkt. # 15-23-2174** | | **400 Maryland Ave. SW** | |
| | | Number    Street | |
| | | **Washington**      **DC**   **20202** | |
| | | City          State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.11** **Walton v. UIU** | **Discrimination** | **U.S. Dept. of Justice** | ☐ Pending |
| | | Creditor's Name | ☐ On appeal |
| **Case Number** | | **Civil Rights Division** | ☐ Concluded |
| **23 DRS-12-32** | | **950 Pennsylvania Ave. NW** | |
| | | Number    Street | |
| | | **Washington**      **DC**   **20530** | |
| | | City          State   ZIP Code | |

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.12** **Allerdyce, et al v. UIU** | **Employee Class Action** | **U.S. District Court** Creditor's Name | ☒ Pending ☐ On appeal ☐ Concluded |
| **Case Number** **1:23-CV-796** | | **Southern District of Ohio** **Potter Stewart Courthouse** **100 East Fifth Street, Room 103** Number      Street | |
| | | **Cincinnati      OH   45202** City      State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.13** **Sanchez, et al. v. UIU** | **Employee Class Action** | **U.S. District Court** Creditor's Name | ☒ Pending ☐ On appeal ☐ Concluded |
| **Case Number** **1:25-CV-00170** | | **Southern District of Ohio** **Potter Stewart Courthouse** **100 East Fifth Street** Number      Street | |
| | | **Cincinnati      OH   45202** City      State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.14** **McGonegle, et al. v. UIU** | **FLSA Class Action** | **U.S. District Court** Creditor's Name | ☐ Pending ☐ On appeal ☒ Concluded |
| **Case Number** **1:23-CV-199** | | **Southern District of Ohio** **Potter Stewart Courthouse** **100 East Fifth Street** Number      Street | |
| | | **Cincinnati      OH   45202** City      State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.15** **Alon, et al. v. UIU** | **Student Class Action** | **U.S. District Court** Creditor's Name | ☒ Pending ☐ On appeal ☐ Concluded |
| **Case Number** **1:24-CV-0334** | | **Southern District of Ohio** **Potter Stewart Courthouse** **100 East Fifth Street, Room 103** Number      Street | |
| | | **Cincinnati      OH   45202** City      State   ZIP Code | |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.
    ☒ None

Debtor    **Union Institute & University**        Case number *(if known)*   **25-10562**
Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Number   Street | **Case number** | Court's Name |
| _____ | _____ | _____ |
| City    State   ZIP Code | **Date of order or assignment** | Number   Street |
| | _____ | _____ |
| | | City    State   ZIP Code |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | **Jenesse Center** | Office equipment and furnishings. | **8/13/24** | $ **8,565.00** |
| | Recipient's Name | | | |
| | **PO Box 8476** | | | |
| | Number    Street | | | |
| | **Los Angeles**    **CA**    **90008** | | | |
| | City    State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **None** | | | |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| 10.1 | _____ | _____ | $ _____ |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 **Allen Stovall Neuman & Ashton LLP** | **See Attached** | _____ | $ **70,050.00** |
| Recipient's Name | | | |
| **10 West Broad Street, Ste. 2400** | | | |
| Number        Street | | | |
| **Columbus              OH    43215** | | | |
| City                State   ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| **Last payment made by donors** | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.2** | **Blackwell Hollinger & Co.** | **See Attached.** | | $   **85,362.50** |
| | Recipient's Name | | | |
| | **580 Fifth Avenue, Suite 820** | | | |
| | Number      Street | | | |
| | **New York          NY   10036** | | | |
| | City            State   ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.3** | **Frost Brown Todd** | **Transferred to Allen Stovall Neuman & Ashton LLP** | **4/12/24** | $   **50,000.00** |
| | Recipient's Name | | | |
| | **Great American Tower** | | | |
| | **301 East 4th Street, Suite 3300** | | | |
| | Number      Street | | | |
| | **Cincinnati          OH   45202** | | | |
| | City            State   ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | | | | $ |
| | Trustee | | | |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

**13.    Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | | | | $ |
| | Recipient's Name | | | |
| | | | | |
| | Number        Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| **14.1** | **160 Promenade Circle, Suite 115** | | From | **10/1/2009** | To    **5/1/2016** |
| | Number        Street | | | | |
| | **Sacramento**                                    **CA**    **95834** | | | | |
| | City                                            State    ZIP Code | | | | |

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| **14.2** | **4601 Sheridan Street** | | From | **10/1/2016** | To    **9/1/2023** |
| | Number        Street | | | | |
| | **Hollywood**                                    **FL**    **33021** | | | | |
| | City                                            State    ZIP Code | | | | |

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| **14.3** | **6701 Center West, Suite 1200** | | From | **1/1/2018** | To    **7/1/2024** |
| | Number        Street | | | | |
| | **Los Angeles**                                    **CA**    **90045** | | | | |
| | City                                            State    ZIP Code | | | | |

| Debtor | **Union Institute & University** | | Case number *(if known)* | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| **14.4** | **2090 Florence Avenue** | | From **4/1/2021** | To **4/1/2024** |
| | Number    Street | | | |
| | **Cincinnati** | **OH**  **45206** | | |
| | City | State   ZIP Code | | |

---

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** _____<br>Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>Number    Street | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| _____<br>City       State   ZIP Code | | |

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes.  State the nature of the information collected and retained.    **Student names, addresses and social security numbers**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☒ Yes

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Union Institute & University Retirement Plan, Plan ID #499 | |

Has the plan been terminated?

☐ No

☒ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Fifth Third Bank** <br> Name <br><br> **38 Fountain Square Plaza** <br> Number    Street <br><br> **Cincinnati    OH    45202** <br> City    State    ZIP Code | XXXX– **6203** | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **3/15/2024** | $ 0.00 |
| 18.2 | **Fifth Third Bank** <br> Name <br><br> **38 Fountain Square Plaza** <br> Number    Street <br><br> **Cincinnati    OH    45202** <br> City    State    ZIP Code | XXXX– **6237** | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **3/15/2024** | $ 2.88 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Union Institute & University | Case number *(if known)* | 25-10562 |
|---|---|---|---|
| | Name | | |

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3 | **Fifth Third Bank**<br>Name | XXXX– **6252** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **3/15/2024** | $ **0.00** |
| | **38 Fountain Square Plaza**<br>Number    Street | | | | |
| | **Cincinnati       OH    45202**<br>City           State   ZIP Code | | | | |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name | | | ☑ No<br>☐ Yes |
| | | **Address** | | |
| | _____<br>Number    Street | | | |
| | _____<br>City           State   ZIP Code | | | |

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | **U-Haul Moving & Storage of Walnut Hills**<br>Name | | **Filing cabinets, memorabilia, etc.** | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | **2320 Gilbert Avenue**<br>Number    Street | | | |
| | **Cincinnati       OH    45206**<br>City           State   ZIP Code | | | |

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **Union Institute & University**                                          Case number *(if known)*    **25-10562**
         Name

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** _____ <br> Owner's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City              State   ZIP Code | | | $ _____ |

---

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** _____ <br><br> **Case Number** <br> _____ | Name <br> _____ <br><br> Number    Street <br> _____ <br><br> City              State   ZIP Code | _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

---

Debtor    **Union Institute & University**                                    Case number *(if known)*   **25-10562**
_____
Name

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | |
| | Name | Name | | |
| | Number     Street | Number     Street | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | |
| | Name | Name | | |
| | Number     Street | Number     Street | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25.   **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number     Street | | From _____ To **Present** |
| | City          State   ZIP Code | | |

26.   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | __Union Institute & University__ | Case number *(if known)* __25-10562__ |
|---|---|---|
| | Name | |

| | Name and address | | Dates of service |
|---|---|---|---|
| **26a.1** | _____ <br> Name | | From _____ To __Present__ |
| | _____ <br> Number        Street | | |
| | _____ <br> City                            State    ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐ None

| | Name and address | | Dates of service |
|---|---|---|---|
| **26b.1** | __Lee Blackwell, Interim CFO__ <br> Name | | From __9/1/2023__ To __Present__ |
| | __580 Fifth Avenue__ <br> Number        Street | | |
| | __New York__                            __NY__    __10036__ <br> City                            State    ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1** | __U-Haul Moving & Storage of Walnut Hills__ <br> Name | |
| | __2320 Gilbert Avenue__ <br> Number        Street | |
| | __Cincinnati__            __OH__    __45206__ <br> City                  State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| **26d.1** | _____ <br> Name |
| | _____ <br> Number        Street |
| | _____ <br> City                            State    ZIP Code |

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Union Institute & University** | | Case number (*if known*) | **25-10562** |
|---|---|---|---|---|
| | Name | | | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1 _____
Name

_____
Number          Street

_____
City                                    State   ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Christine Van Duelmen | 25 George Street, Suite 603 Toronto, ON M5A 4L8, Canada | Trustee | 0.00 |
| 28.2 | Edgar Smith | 1821 Summit Road, Suite 317 Cincinnati, OH 45237 | Trustee | 0.00 |
| 28.3 | Gladys Hankins | 4026 Clifton Edge Drive Cincinnati, OH 45220 | Trustee | 0.00 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☒ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Dr. Karen Webb | 4049 East Bennington Road Bloomington, IN 47401 | President | From _____ To **Present** |
| 29.2 | Dr. Thomas Frederick | 266 Old Field  Run Richmond Hill, GA 31324 | VP Academic Affairs | From _____ To **Present** |
| 29.3 | Roger Albee | 627 Brookline Road Townshend, VT 05353 | Trustee, 15+ years | From _____ To **Present** |

Debtor   **Union Institute & University**                                    Case number *(if known)*   **25-10562**
Name

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1  Dr. Karen Webb**<br>Recipient's Name<br><br><br>**4049 E. Bennington Blvd.**<br>Number       Street<br><br>**Bloomington          IN     47401**<br>City                        State    ZIP Code<br><br>**Relationship to debtor**<br><br>**Former President** | 4/19/24 $20,000<br>5/31/24 $10,000<br>7/1/24 $10,000<br>7/17/24 $10,000<br>8/16/24 $3,000<br>8/19/24 $350<br>8/24/24 $7,500<br>9/13/24 $10,000 | | **Contract work for Debtor** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Debtor | **Union Institute & University** | Case number *(if known)* | **25-10562** |
|---|---|---|---|
| | Name | | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/11/2025**
                     MM/DD/YYYY

✗   **/s/ Lee Blackwell**                                    Printed name   **Lee Blackwell**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor   **Interim Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Statement of Financial Affairs

Q 11.   Payment Related to bankruptcy
         Dates and Payments

| | |
|---|---|
| 4/15/24 | - $50,000 into Trust from Frost Brown Todd |
| 6/7/24 | - $3,599.50 payment of invoice from Trust |
| 7/10/24 | - $12,744.50 payment of invoice from Trust |
| 8/2/24 | - $11,879.00 payment of invoice from Trust |
| 9/4/24 | - $15,222.50 payment of invoice from Trust |
| 9/13/24 | - $10,000 addition deposit to Trust |
| 10/16/24 | - $7,114.50 payment of invoice from Trust |
| 11/14/24 | - $6,353.72 payment of invoice from Trust |
| 1/16/25 | - $3,086.28 payment of invoice from Trust |
| 3/11/25 | – Payment of $10,050 for Chapter 7 |

Statement of Financial Affairs

Q. 11.3.  Payments related to Bankruptcy

**Blackwell Hollinger & Company**

| | |
|---|---|
| 5/17/2024 | 7,500.00 |
| 5/31/2024 | 10,000.00 |
| 6/18/2024 | 7,150.00 |
| 6/20/2024 | 15,000.00 |
| 7/29/2024 | 15,000.00 |
| 8/21/2024 | 1,500.00 |
| 9/5/2024 | 19,212.50 |
| 3/7/2025 | 10,000 (from donors) |