UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

In re:                                              Case No.:   25-10562
Union Institute & University                        Chapter:    7

**Debtors(s)**

CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1, <u>**Union Institute & University**</u>, a

☒ Corporate Debtor
☐ Party to an adversary proceeding
☐ Party to a contested matter
☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

| | |
|---|---|
| 4/11/2025 | By: /s/ James A. Coutinho |
| Date | **James A. Coutinho** |
| | Signature of Attorney or Litigant |
| | Counsel for **Union Institute & University** |
| | **Allen Stovall Neuman & Ashton LLP** |
| | **10 West Broad Street, Suite 2400** |
| | **Columbus, OH 43215** |
| | Telephone: **(614) 221-8500** |