UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| IN RE: THE MATTER OF | ) | |
| | ) | CASE NO. 1:25-bk-10562 |
| UNION INSTITUTE & UNIVERSITY | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY TO PURSUE INSURANCE PROCEEDS AND ABANDONMENT OF INSURANCE PROCEEDS

Diane Richard-Allerdyce, Karen Baird, Carol Barrett Sargent, Sarah Bergh, Nancy Boxill, Gregory Luke Chwala, Daniel Diaz, Debby Flickinger, Elden Golden, Daniel G. Ogbaharya, Matthew N. Pappathan, Linwood Rumney, Woden Teachout, Yulia Tolstijov-Mast, Chris Voparil, Charlotte Thornton, Robert Cotter, Tracy Neher, Mary Amos, Frances Carter, Nicki Black, Brian Dragoo, Jonina Anderson Lopez, Ana Ines-Hernandez, Amy Obszarski, Jennifer Raymond, Theresa Warren, Katrian Bales, Susan Grace, Covia Boyd, Adam Wickert, Kathryn Class et. al. ("Teacher Claimants I"), and Alexis Sanchez, Ami Bryant, Andrew Harsh, Beryl Watnick, Ciana Jones, Corina Smith, Crystal Powell, Cynthia Blocksom, Daneesha Tillman, David McDonnell, David Verdonck, Dr. Roland Pandolfi, Jennifer Rothrock, Julia Crandall, Karen Walsh, Kongpheng Yang, Laura Wright, Lawrence Hibbert, Linda Smith, Lisette Rodriguez, Loree Miltich, Marjorie Williams-Cooper, Mary Miller, Bonnie Hipp, Michael Simanga, Michelle Kefford, Monique Skinner, Nadine Wheat, Patrick Penney, Paul Brugman, Pearllene Ford, Rachel Daigle, Renee Cave, Robert Knight and Terri Mendoza ("Teacher Claimants II"), and Jasmine Thomas, Ana Ramos, Megan Efseaff, Sara Kipp, Kevin Daniels, Jennifer Rothrock, Elizabeth Hilton, Chelsea Mannion and Vanessa Tortora, ("Student Claimants") and Thomas Wesley Frederick and such other unnamed but qualifying claimants, files their Motion for Relief From Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds ("Motion") pursuant to 11 U.S.C. §§ 362 and 554, Federal Rules of Bankruptcy Procedure

Page 2

4001 and 6007; LBR 4001-1, 9013-1, and 9013-3 (collectively Teacher Claimants I, Teacher Claimants II, Student Claimants, and Thomas Wesley Frederick and such other unnamed but qualifying claimants are referred to collectively as the "Claimants"),

And the Court having examined same, the Court now GRANTS said Motion for Relief From Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds. The automatic stay as applicable to the insurance proceeds as it pertains to the Claimants and any and all successors, trustees, heirs, and/or assigns is hereby terminated, and the insurance proceeds are abandoned from the estate. Further, it is ordered that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

SO ORDERED.

Dated: _____    _____
JUDGE,
United States Bankruptcy Court