## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  25-10562 |
| Union Institute & University | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

## NOTICE OF NEW CREDITORS AND OF AMENDMENT TO AFFECTED PARTIES AND CERTIFICATE OF SERVICE FOR 341 NOTICE TO NEW CREDITORS

In conjunction with this filing, Debtor Union Institute & University (the "Debtor") has filed an amendment to the Verification of Creditor Matrix (Original Doc. 2, Amendment at Doc. 32) setting forth additional creditors that were added at the time of the filing of the Debtor's Schedules of Assets and Liabilities (Doc. 19). Pursuant to LBR 1009-1(a), attached to this notice is a list of the new creditors that have been added, each of which having also been added pursuant to LBR 1007-2(e) to the mailing matrix maintained by the Clerk of Court.

The undersigned further certifies in accordance with LBR 1009-1(a)(1) that the *Notice of Chapter 7 Bankruptcy Case* (Doc. 13) was served on each of the new creditors on April 18, 2025.

Respectfully submitted,

  /s/  James A. Coutinho
Thomas R. Allen          (0017513)
James A. Coutinho        (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500      F: (614) 221-5988
allen@asnalaw.com; coutinho@asnalaw.com
*Counsel for Debtor*

Antoine Abinader
501 Crest View Ave
Belmont, CA 94002

Brandon Acosta
1559 Sandpiper Cir
Weston, FL 33327

Octavia Adams
11660 NW 29 Place
Sunrise, FL 33323

Kendall Adams
717 Merengue Ct
Roseville, CA 95747

Michael Aguilar
5469 E Mono St
Fresno, CA 93727

Sandra Akhareyi
545 W 500 N Apt 5
Salt Lake Cty, UT 84116

Obidio Alanis
3056 Janine Ave
Rosamond, CA 93560

Alex Alas
333 W 4th St
San Dimas, CA 91773

Javier Albite
16452 NW 82nd Pl
Hialeah, FL 33016

Samuel Aldama
16676 E Greenhaven St
Covina, CA 91722

Ashley Alejandre
17155 2550 Rd
Cedaredge, CO 81413

Monica Aleman
193 Brownwood Ln
Oakdale, CA 95361

Katlyn Alexander
10461 Tamme Road
Winchester, OH 45697

Amy Alio
435 Seguine Ave
Staten Island, NY 10309

Tiffinee Allen
7880 Sequoia Ct Apt 6
Cincinnati, OH 45239

Ruba Al-Serhan
1220 Edgewater Way
Alexandria, KY 41001

Nick Alvarado
10554 Oak Glen Ave
Montclair, CA 91763

Jonathan Alvarado
PO Box 12026
Fresno, CA 93776

Emilia Alvarado
91941 Plonski Rd
Mecca, CA 92254

Miranda Anderson
807 South Street
Chenango Forks, NY 13746

Gregory Anderson
8245 Northwind Way
Orangevale, CA 95628

Adnnan Anjum
11771 SW 250th St
Homestead, FL 33032

Leon Ann'el
113 Waterview Way
Royal Plm Bch, FL 33411

Vicky Antunez
618 N Plum St
Ontario, CA 91764

Troy Armstrong
519 E 4th Ave
Garnett, KS 66032

Aaron Arora
7717 Inverness Lakes Trl
Fort Wayne, IN 46804

Ramiro Arreola
PO Box 343225
Florida City, FL 33034

Guadalupe Arreola
625 W Grondahl St
Covina, CA 91722

Jshnaee Asberry
7440 Fairpark Ave
Cincinnati, OH 45216

Maurice Austin
40318 Springpark Ln
Palmdale, CA 93551

Nancy Avila
1900 Rancho Frontera Unit F46
Calexico, CA 92231

Guadalupe Ayon
473 Rosewood Ct
Lindsay, CA 93247

Ifdal Backour
19648 Botany Bay Rd
Riverside, CA 92508

Marian Baker
6301 Green Ridge Dr
Foresthill, CA 95631

Melissa Baldwin
2236 Sacia Ln
Hudson, WI 54016

Katrina Bales
1841 Windingvine Ct
Florence, KY 41042

Patrick Balsley
2800 Newport Ln
Matthews, NC 28105

Kristine Barklow
5534 N Sebastian Ln
Fresno, CA 93722

Richard Barnes
1200 Sorrento Dr
Weston, FL 33326

Marlene Barragan
22981 Charles St
Wildomar, CA 92595

Crystal Barton
82 Florence Hall Boulevard
Falmouth, Tr

Dyneisha Bender
3178 Herrenhut Rd
Lithonia, GA 30038

Amanda Benedict
912 Rougemont Ave
Charlottesville, VA 22902

Tyler Bengard
1036 Montrose Dr
Lk Havasu Cty, AZ 86406

Ashle Berry
4770 Teel Pkwy
Frisco, TX 75034

David Berry
1037 Powell Dr
Placentia, CA 92870

Elizabeth Block
1560 157th Ave NE
Ham Lake, MN 55304

Austin Blythe
817 Taft Way
Galt, CA 95632

Chelsea Bolling
3711 Julep Dr
S Chesterfld, VA 23834

Noslen Boo
18730 SW 92 Ave
Cutler Bay, FL 33157

Leonid Borishkevich
501 Gibson Dr Apt 812
Roseville, CA 95678

Madeleine Bott
1871 Quivira Rd
Washington, KS 66968

Jean-Paul Bottega
18875 Heritage Ct
Salinas, CA 93908

Amanda Boulton
4665 Amarosa Hts Apt 103
Colorado Spgs, CO 80920

Christina Boyer
31 Downey Oak Cir
Wyoming, DE 19934

Rina Bricio
16960 SW 301st St
Homestead, FL 33030

Kathrine Britvec
35 Trago Ave
Jackson, OH 45640

Heidi Brooks
2210 Ridge St
Yorktown Heights, NY 10598

Steven Broseus
125 Andover Rd Apt D
Heath, OH 43056

Jimeika Brown
9223 168th St.
Jamaica, NY 11433

Adelin Brownell
82 Turnpike Rd
Eagle Bridge, NY 12057

Kyle Bryant
1704 Pluto Way
Sacramento, CA 95864

Dennis Bueso
4403 Running Brook Dr
Virginia Beach, VA 23462

Tiera Buie
790 S Biscayne River Dr
Miami, FL 33169

Jonathan Burch
2917 Grange St
Oakdale, CA 95361

Troy Burch
1399 9th Ave Apt 817
San Diego, CA 92101

Maria Burd
2923 Lehman Rd
Cincinnati, OH 45204

Caitlyn Burton
54 Chelmsford Ct
Middle River, MD 21220

Steven Busch
19803 Squire D
Covina, CA 91724

Gary Butler Jr.
22701 SW 88th Pl Unit 102
Cutler Bay, FL 33190

Naomi Cabrera-Alday
127 Quarter Horse Ln
San Dimas, CA 91773

Tyler Camigi
379 Manzanita Ave
Fairfield, CA 94533

Thomas Capps
925 Pala Mesa Dr
Corona, CA 92879

Michael Cardoza
1851 St Michaels Way
Brentwood, CA 94513

Kaylie Carlton
903 S Daugherty Ave
Eastland, TX 76448

Courtney Carlton
50410 Lazy K Trl
Ballston Spa, NY 12020

Wade Carr
691 Alamo Ct
Oakdale, CA 95361

John Carr
201 W Mission St
San Jose, CA 95110

Samuel Carranza
433 S Grande Vista Ave
Los Angeles, CA 90063

April Carter
5200 Clark Ave #579
Lakewood, CA 90714

Victoria Carty
59 Clearwater Dr
Brunswick, OH 44212

Alexander Cassitta
1237 Terrystone Ct
Weston, FL 33326

Maricela Castillo
2266 N Albright Ave
Upland, CA 91784

Vedad Caus
1652 Islesworth Way
Plumas Lake, CA 95961

Heather Ceballos
214 Yearling Loop
Jacksonville, NC 28540

Jaime Cerna
854 Sw 172 Ter
Pembroke Pines, FL 33029

Marjorie Charles
3708 SW 52nd Ave
Hollywood, FL 33023

Mykeia Cherry
6305 NW 3rd Ct
Miami, FL 33150

Christopher Childs
15317 De La Cruz Dr
Rncho Murieta, CA 95683

Eric Chin
4145 Tyrone Way
Carmichael, CA 95608

Ephrem Choi
5595 Latin Way
Fair Oaks, CA 95628

Sabrina Christopher
25325 Ivanhoe
Redford, MI 48239

Mark Claar
13116 Thistle Loop
Penn Valley, CA 95946

April Clark
1527 Howe Rd
Kent, OH 44240

Jesse Cloyd
10568 Sky Cir
Grass Valley, CA 95949

Tiasia Cockrell
11705 Harden Ct
Cincinnati, OH 45240

Stephania Collazos
528 N 24th Ave
Hollywood, FL 33020

Dayna Comstock
N8820 County Road J
Elkhart Lake, WI 53020

Mario Contreras
9898 Bobbell Dr
Elk Grove, CA 95757

Mary Cook
213 Colonial Way
Dalton, GA 30721

Brook Cook
311 Devon Rd
Cinnaminson, NJ 08077

Jesse Cook
635 Seminary Ave
Oakdale, PA 15071

Ferdy Cordero
95 W 48th St
Long Beach, CA 90805

Meredith Coronato
22106 Cedar Dr
Lawrenceville, NJ 08648

Jonathan Correa
1132 NE 179th Ter
N Miami Beach, FL 33162

Blake Corrigan
10219 Devon St
Rch Cucamonga, CA 91730

Rebecca Cortez
7440 Marine Ave
Rch Cucamonga, CA 91730

Nathan Cortez-Littlefield
6239 E Ellis St.
Mesa, AZ 85205

Andrew Costamagna
5020 Bear Creek Rd
Lodi, CA 95240

Lauren Coughlan
312 Markham Ave
Vacaville, CA 95688

Jesse Crockett
3129 Sagewood Ln
Corona, CA 92882

Romel Cuellar
20245 Starr King Dr
Soulsbyville, CA 95372

Neil Patrick Custado
10137 Jenny Lynn Way
Elk Grove, CA 95757

Nicholas Dado
3550 Fishinger Mill Dr
Hilliard, OH 43026

Rebecca Daigle
924 22nd Ave S
Moorhead, MN 56560

Nicole Dailey
3144 Chartwood Dr
Sandston, VA 23150

Patricia Daley
22220 114th Rd
Cambria Hts, NY 11411

Ivy Dandurand
26431 W 108th St
Olathe, KS 66061

Sam Dang
342 Sequoia Ave
Brea, CA 92821

Kevin Daniels
1505 Blackcombe St
Las Vegas, NV 89128

Molly Daniels
71 Quail Ln
Waynesboro, VA 22980

Greg Dart
1578 W 550 N
Price, UT 84501

Bernice Davis
483 Marion Rd
Cincinnati, OH 45215

Jenica Davis
8864 United Ln Apt 52
Athens, OH 45701

Veronica De La Rosa
1301 Valeview Ave
Glendora, CA 91740

Robyn Dean
13725 Normande Bell
San Antonio, TX 78254

Jessica Deese
507 Lohnes Dr
Fairborn, OH 45324

Martin Deffee
1420 East Roseville Parkway
Roseville, CA 95661

Emily DeHart
6520 Madrona Ave
Lewis Mcchord, WA 98433

Hope Demonte
8167 Summerset Dr Apt E
Colorado Spgs, CO 80920

Edwens Deruisseau
725 NW 42nd Ave
Plantation, FL 33317

Dylan Dixon
3982 Rice Rd
Riverside, CA 92506

Max Dodgion
7049 N Hourglass Dr
Coeur D Alene, ID 83815

George Dominguez
4255 San Ramon Dr
Corona, CA 92882-7931

Ilea Dugger
2200 Link Side Drive
Cincinnati, OH 45245-2958

Ebone Dumond
3766 Pear Orchard Way
Suffolk, VA 23435

Krystie Dupuis
1000 Robley Dr Apt 1623
Lafayette, LA 70503

Benjamin Dyer
10413 Happydale Rd
Cambridge, OH 43725

Mary Ealey Daray
21093 NW 22nd Ave Apt 140
Miami Gardens, FL 33056

Byron Eby
3132 Spinning Rod Way
Sacramento, CA 95833

Darell Edwards
24391 Reserve Ct
Menifee, CA 92584

Meghan Efseaff
17240 Drake St
Yorba Linda, CA 92886

Oluwatobi Ekunsanmi
8300 W 30 1/2 St Apt 201
Minneapolis, MN 55426

Stephanie Elam
95 E Meadow Dr
Batavia, OH 45103

Kaci Elder
PO Box 110
O Brien, OR 97534

Rebecca Elefson
505 Vernon St
Buckner, MO 64016

Raul Elias
1429 W Lockeford St
Lodi, CA 95242

Katrina Ellis
10335 Bowman Ave
Cranesville, PA 16410

James Ellis
4600 Alameda Rd
Placerville, CA 95667

Madison Emanuel
1029 S Diamond St
Ravenna, OH 44266

Brittney England
881 Mono St
Manteca, CA 95337

Tarhesha English
921 NW 34th Way
Lauderhill, FL 33311

Jessica Escobar
442a Casselman Street
Chula Vista, CA 91910

Maria Espinoza Rodriguez
846 Emerson Ave
Calexico, CA 92231

Alexander Estevez
9215 SW 212th Ter
Cutler Bay, FL 33189

Carley Evenson
6 Songsparrow
Irvine, CA 92604

Khylan Fair
13581 NW 6th St Apt 202
Pembroke Pnes, FL 33028

Maryam Fareed
3471 Cornell Pl Apt 3
Cincinnati, OH 45220

Caitlin Farkas
5802 Lookout Blvd.
Grove City, OH 43123

Sarah Fehribach
2205 Sieger Villa Ct
Louisville, KY 40218

Brooke Ferguson
295 Hcr 3379
Hubbard, TX 76648

Noelia Fernandez
10821 Canelo Rd
Whittier, CA 90604

Lazaro Fernandez
7212 S Waterway Dr
Miami, FL 33155

Nicole Ferweda
1901 Augusta Dr Apt 236
Houston, TX 77057

Savannah Fidalgo
2743 Forbes Dr
Bellevue, NE 68123

Jordan Finestone
520 La Baree Dr
Morgan Hill, CA 95037

Kimberly Fitch
3068 Jeffersonville Rd Apt 3D
Macon, GA 31217

Joseph Fleming
19221 Merryweather Dr
Santa Clarita, CA 91351

Sarra Flickinger
154 Miles Ave Nw
Canton, OH 44708

Ariana Fort
Po Box 392
Three Bridges, NJ 08887

Chrishara Franklin
11901 4th St N Apt 12301
St Petersburg, FL 33716

Jeremy Franklin
5349 Vivian Ct
Atwater, CA 95301

Patrick French
4220 Sunrise Ridge Rd
Shingle Spgs, CA 95682

Joseph Frenes
26349 Seville Ln
Loma Linda, CA 92354

Breanna Frensko
1155 W. Elliott Rd. - #2089
Tempe, AZ 85284

Daniel Friedman
1852 Carpentier St
San Leandro, CA 94577

Kayla Frohlich
20877 Escudo Dr
Boca Raton, FL 33433

Jasmine Fromm
1725 Brown Ave NW
Cleveland, TN 37311

Tera Frudakis
4224 Birchwood Ave
Seal Beach, CA 90740

Candy Fuentevilla Vasquez
1130 Morgan Glen Dr
Burlington, NC 27217

Patricia Fuerte-Luffi
2371 Sw 145 Ave
Miami, FL 33175

Evens Gabriel
11408 SW 17 Court
Miramar, FL 33025

Gabriel Garcia
36473 Amateur Way
Beaumont, CA 92223

Anna Garcia
263 Foxtrail Dr
El Centro, CA 92243

Porsche Gardner
644 Radnor Ln
Jacksonville, FL 32221

Kayla Gatten
119 Allen St.
Goldsboro, NC 27534

Romario Gayle
9 Candlewood Place, Pleasanton Gardens
Kingston, Sa

Makenzie Gholson
601 Pelletier Loop Rd Unit C15
Swansboro, NC 28584

Joseph Gillis
404 Royal Circle
Corona, CA 92870

Crystal Giuliano
175 Dean Rd
Spencerport, NY 14559

Dominique Glisson
265 Mitchell Rd Unit 564
Norcross, GA 30071

Fernando Godinez
1261 Coronado St
Upland, CA 91786

Brandi Godlove
443 Lee Ln
Mansfield, OH 44905

Marina Golden
1908 Roble Dr
Atlanta, GA 30349

Natalie Gomez
28249 Stonington Ln
Santa Clarita, CA 91350

Jessi Gomez
2478 E Katrina Trl
Casa Grande, AZ 85194

Raymond Gonzales
PO Box 2286
Irwindale, CA 91706

Jose Gonzalez
15542 Goodhue St
Whittier, CA 90604

Alicia Gonzalez
331 E Carson St Apt D
Long Beach, CA 90807

Kennedi Gonzalez
3045 Waring Pl
Fairfield, CA 94533

Majalia Gonzalez
520 Clark Ave
Claremont, CA 91711

Trevor Gordon
4252 Valtara Rd
Cameron Park, CA 95682

Vanessa Graves
1112 Wellington St Apt 201
Greenville, MI 48838

Deonne Green
126 W Hicks St
Hicksville, OH 43526

Joseph Greenberg
73-1070 Makamaka St
Kailua Kona, HI 96740

Kory Grigsby
2082 W Bryman St
Hanford, CA 93230

Andrew Grijalva
481 Barbri Ln
Davie, FL 33325

Cassandra Grum
416 S Dartmouth Ln
Altoona, PA 16602

Juan Guerrero
1927 Valance St
San Diego, CA 92154

Skylar Guinn
3854 Robbins Brook Dr
Winston Salem, NC 27107

Evelyn Gutierrez
1214 Stichman Ave
La Puente, CA 91746

Andrew Ha
2633A Garfield Ave
Carmichael, CA 95608

Kristin Hacker
1399 Apple Farm Dr
Amelia, OH 45102

Aaron Hague
4011 Hollyhock Ln
Maumee, OH 43537

Tiffany Hall
515 Girard Blvd SE Apt H
Albuquerque, NM 87106

Jamie Hall
1919 E. Main Street
Millville, NJ 08332

Jeremy Hansen
5060 Regency Isles Way
Cooper City, FL 33330

Vicki Harless
1910 Sunset Hwy
E Wenatchee, WA 98802

Brandon Haroldsen
1005 Blue Ravine Rd Apt 121
Folsom, CA 95630

Kyle Haroldsen
3535 Banbury Dr Apt 16
Riverside, CA 92505

Suprenna Harris
9940 Placer St Apt A
Rch Cucamonga, CA 91730

Araceli Harrison
2323 Kerrysdale Dr SE
Olympia, WA 98513

Kylie Hart
2387 Castlewood Dr
Gaylord, MI 49735

Brian Heischuber
19201 Graham Ln
Saugus, CA 91350

Kimeia Hemmati
2440 NE Holmes Rd Apt 28
Lincoln City, OR 97367

Yesenia Hernandez
81600 Fred Waring Dr
Indio, CA 92201

Bryant Hernandez
700 NE 124th St
North Miami, FL 33161

Javier Hernandez
14724 S Atlantic Ave Apt E
Compton, CA 90221

Keila Hernandez
4877 Effingham Place
Riverside, OH 45431

Alfred Hernandez
581 SW 182nd Way
Pembroke Pnes, FL 33029

Enrique Herrera
1575 NE 35th Ave
Homestead, FL 33033

Jason Hibbert
20584 NW 14th Pl
Miami Gardens, FL 33169

Joshua Hickey
9340 SW 19th St
Miami, FL 33165

Stephanie Hile
13177 Hedda Dr
Cerritos, CA 90703

Elizabeth Hilton
408 Walnut
Wentworth, MO 64873

Christopher Hita
28514 Avocado Pl
Santa Clarita, CA 91390

Taylor Hitson
720 Caliente Dr
Brandon, FL 33511

Molly Holm
2608 Via Rivera
Pls Vrds Est, CA 90274

Krystall Horne
2382 SE 15th Street
Homestead, FL 33034

Traci Houston
611 Pebble Beach Dr
Jacksonville, TX 75766

James Huggins
20 Claret
Rancho Mirage, CA 92270

Malana Hughes
14651 Biscayne Blvd # 168
North Miami, FL 33181

Rachel Hunter
68 County Road
North Springfield, VT 05150

Jaime Ibarra
641 Garnet St
Imperial, CA 92251

Valerie Ibarra
2043 Swift Circle
San Jacinto, CA 92583

John Isidro
29237 Windflower
Lake Elsinore, CA 92530

Carla Izquierdo
21641 Westfield Ave
Hayward, CA 94541

Jerence James
2 Trevennion Towers
Kingston, OT

Marjorie Janvier
15 Nw 204th Street
Miami, FL 33169

Amanda Jaramillo
6772 9th Ave
Sacramento, CA 95820

David Jarrett
PO Box 606
Placentia, CA 92871

Fatima Jawed
10154 Berkshire St
Pickerington, OH 43147

Antwan Johnson
7013 Nw 21st Ave
Miami, FL 33147

Alicia Jones
3105 Varcroft Rd
Knightdale, NC 27545

Laura Jones
816 SW 37th St
Cape Coral, FL 33914

Sara Jones
8701 Hermitage Trace Cir
Henrico, VA 23228

Undraya Jones
2774 Riverview Rd
Macon, GA 31204

Christopher Joseph
4346 Norwalk Cir
Mather, CA 95655

Emily Jump
5227 Crystal Dr
Fairfield, OH 45014

Brittny Keefer
338 Manor Drive
East Stroudsburg, PA 18301

Carrie Keith
94 Washington St
Coalport, PA 16627

Miranda Keller
132 Dyson Ln
Taylorsville, NC 28681

Kristopher Kersmarki
4581 Coyote Ridge Rd
Somerset, CA 95684

Timothy Keyes
PO 36
Colfax, CA 95713

Eunia Kidd
3467 Woodburne Dr
Virginia Bch, VA 23452

Colleen Kilbreath
PO Box 337
Quechee, VT 05059

Jason Kimbrell
3732 Pullman Dr
Sacramento, CA 95827

Jessica Kimler
525 US Highway 13 N
Gates, NC 27937

Sara Kipp
424 4th Street
New Cumberland, PA 17070

Tyfanee Klebba
5419 Smith St
Russellville, MO 65074

Melissa Klosowski
2488 W Kinde Rd
Kinde, MI 48445

Josh Knotts
230 S C St. Apt B
Springfield, OR 97477

Brian Knox
5405 Segovia Way
Bakersfield, CA 93306

Tyler Konkel
2630 Darwin Pl
El Dorado Hls, CA 95762

Saran Kour
3731 Douglas Fir Ct
Antelope, CA 95843

Margaret Krafczyk
5 N 3rd St
Easton, PA 18036

Madhu Kurup
305 Ironwood Cir
Roseville, CA 95678

Gopika La Berge
8108 Horseshoe Cottage Cir
Lorton, VA 22079

Gregory Laborie
37062 Tail Feather Dr
N Ridgeville, OH 44039

Jovon Laffite
2040 NW 188th Ter
Miami Gardens, FL 33056

Cynthia Larios
14890 Perris Blvd Spc 20
Moreno Valley, CA 92553

Constance Laufersky
9023 Diceman Dr
Dallas, TX 75218

Cassandra Leadbeater
644 Allenview Dr
Mechanicsburg, PA 17055

Janelle Leatherwood
4662 N Pebblestone Ln
Lehi, UT 84043

Jonathan Lebel
27105 Rio Prado Dr
Valencia, CA 91354

Luis Ledesma
19451 Worchester Ln
Huntingtn Bch, CA 92646

Jessica Leopaldi
252 Camino Cortina
Camarillo, CA 93010

Tarja Lewis
5211 Dix Street NE
Washington, DC 20019

Dwight Lindsey
1412 El Centro Ave
Napa, CA 94558

Ioannys Llanes
13342 SW 61st St
Miami, FL 33183

Kaitlyn Lopez
3845 Prospect Point Dr
Oakwood, GA 30566

Jacob Lorigan
9401 Ringe Cir
Elk Grove, CA 95624

Johnetta Loyd
14252 Tawney Ridge Ln
Victorville, CA 92394

Elizabeth Lute
1114 Wainwright Rd SE
New Phila, OH 44663

Kiana Madera
2306 Monroe St Apt 7
Hollywood, FL 33020

Maria Madrid
123 Cactus Rd
Waxahachie, TX 75165

Raul Magadan
13042 Charleston Ct
Chino, CA 91710

Sonia Magana
86 Cutter Drive
Watsonville, CA 95076

Melanie Maldonado
12850 West State Road 84 Lot 2-16
Davie, FL 33325

Chelsea Mannion
7055 Oakes Rd
Brecksville, OH 44141

Araceli Manrriquez
16217 SW 306th St
Homestead, FL 33033

John Marin
400 N.W. 2nd Avenue
Miami, FL 33128

Matt Marino
PO Box 648
Pt Pleasant, NJ 08742

Brittany Marshall
422 Creekside Curve Road
New Braunfels, TX 78130

Maribel Matamoros
3252 State Highway 304
Gonzales, TX 78629

Joerry Mathieu
2516 Raleigh St
Hollywood, FL 33020

Robert Matthews
383 Bergin Dr Apt B
Monterey, CA 93940

Hunter Matthews
66 N Walnut St Apt 3
Chillicothe, OH 45601

Jaquita May
313 W Kerr Dr
Midwest City, OK 73110

Ashlynn Mccarty
212 W Pinehurst St
Sidney, OH 45365

Robert Mcclure
163 Molly Way
Santa Cruz, CA 95065

Robert McGriff
2992 Pickford Way
Hayward, CA 94541

Marjorie McIntosh
PO Box 823802
Pembroke Pines, FL 33082

Zuriah Mcknight
4264 Windspring Cir
Corona, CA 92883

Kristen McLachlan
4500 Larch Ln
Bellaire, TX 77401

Aliya McLemore
1714 Auburn Ave
Dayton, OH 45406

Joel McVey
4800 Westlake Pkwy, Unit 1101
Sacramento, CA 95835

Paul Medina
41041 Robards Way
Murrieta, CA 92562

Tiffiany Meeks
4885 Sheffield Way
Grove City, OH 43123

Carlos Mejia
1822 Santa Ynez St
Los Angeles, CA 90026

Kevin Melao
1702 Joeys Ave
Atwater, CA 95301

John David Mezger
366 E Tompkins St
Columbus, OH 43202

Alexis Michals
15029 Ashby Way E
Carrollton, VA 23314

Maree Mickens
1456 Galway Ct
Indianapolis, IN 46217

Bradlee Middleton
110 Amigo Rd
Danville, CA 94526

Hannah Miedema
614 W Fargo Ave Apt C
Hanford, CA 93230

Daniel Mielke
5791 Monroe Ct
Fontana, CA 92336

Ta-Wanda Miles
6931 Hillshire Drive
Memphis, TN 38133

Ysabel Mills
30605 8th Pl S
Federal Way, WA 98003

Shantell Mitchell
2645 SW 150th Ct
Miami, FL 33185

Leon Mitchell
1625 NW 75th St
Miami, FL 33147

Linda Mogilnicki
6302 Elgin Ave Apt 94
Lubbock, TX 79413

Marcus Moncur
20653 Oak Knoll Dr
Tehachapi, CA 93561

Milton Montes de Oca
2113 NE 41 Terrace
Homestead, FL 33033

Alicia Montgomery
2821 Colonial Ridge Ct
Cincinnati, OH 45212

Damaian Moore
13194 SW 30th St
Miramar, FL 33027

Victoria Moore
2854 Joyce Ave Apt A
Columbus, OH 43211

Carissa Morales
27 Lancaster Ave
Nesconset, NY 11767

Brittany Morefield-Sherron
180 Leslie Ave
Clarksville, TN 37042

William Morris
1789 Rosewood Way
Upland, CA 91784

Vanessa Morrison
15902 Sharonhill Dr
Whittier, CA 90604

Brian Muller
26782 Venado Dr
Mission Viejo, CA 92691

Sasha Gay Mullings
8 Havendale Mews
Kingston 19, Sa

Ruben Munoz
10980 SW 91st St
Miami, FL 33176

Martin Munoz
6678 King St
Chino, CA 91710

Catherine Murillo
4849 Manzanita Ave Apt 39
Carmichael, CA 95608

James Mylonakis
6952 Verlene Cir
Huntingtn Bch, CA 92647

Olivia Nance
485 E Highland Ave
Sierra Madre, CA 91024

Paula Nash
1525 Howard St
Petoskey, MI 49770

Ronald Navarrete
241 S Olive Ave Apt 7
Alhambra, CA 91801

Albert Nazaryan
15105 Providence Ln
North Hills, CA 91343

Cyndi Neagu
7803 Marbil Ln
Riverside, CA 92504

Holly Neal
10127 Shanaclear Avenue
Concord, NC 28027

Jacob Nedelcu
4613 North Ave
Sacramento, CA 95821

Shanice Nelson
605 Scholar House Court  Apt 301
Louisville, KY 40217

Mark Nelson
1621 Brandstatt Ave
Yuba City, CA 95991

Sigfred Neri
1294 Kestrel Ct
Concord, CA 94521

Jenna Newton
5346 Colonade Ct
Cape Coral, FL 33904

Arianna Nicolaysen
4946 Galena St
Chubbuck, ID 83202

Colossus Nixon
PSC 10 Box 1133
APO, AE 09142

Elizabeth Nobles
455 Turner Rd
Prosperity, SC 29127

Matthew Novak
1021 Colnar St
Roseville, CA 95678

Arrenz Nulud
2821 Calle Loreto
Palm Springs, CA 92264

Melisa Nunes
24 Goldsmith Ave.
East Providence, RI 02914

Kara O'Toole
2065 Buckler Rd
New Richmond, OH 45157

David Oakes
3091 Cedar Ravine Rd
Placerville, CA 95667

Steven Oberlander
1352 Champagne Cir
Roseville, CA 95747

Kirstie O'Hara
6241 Islington St
Middle River, MD 21220

Christy Oldham
1314 S Perry Ave
E Wenatchee, WA 98802

James O'Neal
177 Warren Dr
Vacaville, CA 95687

Marissa Orozco
10402 Point Reyes Cir
Stockton, CA 95209

Abby Orsini
1065 Lake Park Ave
Galt, CA 95632

Michael Otamendi
8367 Vanport Ave
Whittier, CA 90606

Elise Owen
660 Tanasee Gap Rd
Balsam Grove, NC 28708

Alicia Pangelinan
1098 Ironwood St
Plumas Lake, CA 95961

Alysenne Pano
1315 16th St Apt B
Oceano, CA 93445

Khasim Panton
11 Old Golden Spring Road
Kingston, OT

Matthew Papa
1512 Deerfield Cir
Roseville, CA 95747

Kelly Parrish
17 Vesey Rd
Randolph, MA 02368

Ryan Patrick
604 Garfield Dr
Petaluma, CA 94954

Christopher Paulenich
4431 Aldrich Rd
Bellingham, WA 98226

Ewa Pawelko
1121 Castle Dr
Glenview, IL 60025

Catalina Paz
5860 French Plum Ln
Tamarac, FL 33321

Alicia Pearcy
PO Box 1072
Lawai, HI 96765

Ashley Pearson
16672 Selby Dr
San Leandro, CA 94578

Amber Penn
411 Catherine Ave Apt 2
Cincinnati, OH 45229

Shiri Perl
96 Deerfield Road
West Caldwell, NJ 07006

Donn Peterson
5118 Ave Maria Blvd
Ave Maria, FL 34142

Ryan Peterson
3780 Robinson Ave
Clearlake, CA 95422

Koryun Petrosyan
301 N Belmont St Unit 103
Glendale, CA 91206

Marc Piazza
5108 Mclean Dr
Elk Grove, CA 95757

Gianna Piccoli
2645 S 15th St
Philadelphia, PA 19145

Layla Piehler
Am Schildchen 12
Eschweiler, No

Chilernz Pierre
235 NE 150st
Miami, FL 33161

Adanily Piggott
14306 Paradise Tree Dr
Orlando, FL 32828

Anthony Pimentel
8807 Jacmar Ave
Whittier, CA 90605

Devan Pingree
719 Sutter Ln
Ione, CA 95640

Robin Pinkard
24828 SW 128th Path
Homestead, FL 33032

Michael Politano
PO Box 4533
Lancaster, CA 93539

Alexis Porter
14338 Bonnett Lane
Laurel, MD 20707

Moriah Post-Kinney
19020 Ferndale Rd
Mineral Point, WI 53565

Alberto Pulles
134 W 32nd St
Hialeah, FL 33012

Courtney Putnam
1000 S Orlando Ave Apt A27
Maitland, FL 32751

Valerie Queen
3505 W Clark Rd Apt R203
Dewitt, MI 48820

Zachary Quicuti
15222 SW 138th Ter
Miami, FL 33196

Rachael Quincel
1045 S Court St Apt 16
Circleville, OH 43113

Jorge Quintana
6541 SW 31st St
Miami, FL 33155

Sumaia Raian
1601 Broadway St Apt 418
Concord, CA 94520

Laura Ramirez
1525 French St
Santa Ana, CA 92701

Rhonda Ramirez
10318 Shaw Dr.
Spotsylvania, VA 22553

Arturo Ramos
7704 Alderwood Ave
Eastvale, CA 92880

Ana Ramos
2450 E 6th St Apt 7
Long Beach, CA 90814

Matthew Randolph
28421 Santa Rosa Ln
Santa Clarita, CA 91350

Sophia Rasmussen
145 Japonica Ct.
Camarillo, CA 93012

Victoria Raygoza
430856 E Highway 60 Lot 7
Vinita, OK 74301

Rachael Reese
20271 Haystack Rd
Sonora, CA 95370

Virginia Reeves
13811 Glenoaks Blvd Apt 220
Rnch Cascades, CA 91342

Andrea Regan
10775 Lavender St
Ventura, CA 93004

Imani Reginald
42 Aspen Hl Apt B
Deptford, NJ 08096

Magarita Registre
51 Nw 139 St
Miami, FL 33168

Jesyka Ricker
2900 22nd St N
St Petersburg, FL 33713

Corey Rinaldi
608 Kevin Ct
Ridgecrest, CA 93555

Richard Rivoli
22342 Festividad Dr
Saugus, CA 91350

Myisha Roberson
19141 NW 36th Ave
Miami Gardens, FL 33056

Reagan Robertson
4933 Beauregard St Apt T2
Alexandria, VA 22312

Richard Robinson
2813 SW 16th St
Ft Lauderdale, FL 33312

Nicholas Rodney
28235 SW 159th Pl
Homestead, FL 33033

Cristian Rodriguez
2087 N Frontier St
Hanford, CA 93230

Emilee Rogers
151 Brattleboro Rd
Hinsdale, NH 03451

Joanna Roman
2414 Ponderosa St. Apt B
Santa Ana, CA 92705

Andre Romo
27260 SW 136th Path
Homestead, FL 33032

Nancy Rueda
725 Renz Ln
Gilroy, CA 95020

Linda Ruelas
8119 Alix Ave
Los Angeles, CA 90001

Alexis Ryan
806 Sleepy Harbour Dr.
Ocoee, FL 34761

Stephanie Sanchez
24914 Newhall Ave
Newhall, CA 91321

Miguel Sanchez
8732 Greenleaf Ave
Whittier, CA 90602

Omar Sanchez
600 Calle Buena Vista
Morgan Hill, CA 95037

Atha Sanders
1802 Quarry Ridge Dr
Columbus, OH 43232

Robert Sanders
2375 S Park Dr Ste 420
Hebron, KY 41048

Javier Sarmiento
9850 SW 166th Ct
Miami, FL 33196

Danielle Sawyers
1440 Sicily Rd
Mount Orab, OH 45154

Anthony Schoen
3478 Harborway Dr
Sharonville, OH 45241

Kayla Schregardus
3102 SE 52nd Ave
Portland, OR 97206

Amber Scott
1820 Losantiville Avenue
Cincinnati, OH 45237

Audrey Scott
1106 Solid Rock Blvd Apt 11
Wshngtn Ct HS, OH 43160

Ashlyn Sendler
5901 Williamson Rd
Jupiter, FL 33458

Michael Sexton
3856 Saintsbury Dr
Sacramento, CA 95834

Zohaib Shaikh
8 Rainwood Ct
Sacramento, CA 95823

Amir Shariat
458 Raymond Ave
San Jose, CA 95128

Janee Sheffield
2440 NW 159th Ter
Opa Locka, FL 33054

Muhammad Sial
1942 SW 82nd Ct
Miami, FL 33155

Kenneth Sisk
3200 Ardenridge Dr
Sacramento, CA 95864

Sierre Slevin
8372 Seattle Ave Apt 20210
Columbus, OH 43240

Robert Smith
2931 Flannery Rd
San Pablo, CA 94806

Marrkel Smith
PO Box 1049
Pinole, CA 94564

Delaney Smith
3550 Lebon Drive Unit #6103
San Diego, CA 92122

Nickol Smith
843 Lecona Rd
Cleveland, OH 44121

Terrena Smith
2903 Lisage Way
Silver Spring, MD 20904

Scott Smith
6131 Fenley Dr
Huntingtn Bch, CA 92647

Rachael Smith
8519 Jackson Rd
Midland, GA 31820

Ryan Smith
2040 Edgebrook Dr
Modesto, CA 95354

Michael Snakenborg
8 Lariat Ln
Rllng Hls Est, CA 90274

Diamond Snow
2690 Lafeuille Cir Apt 6
Cincinnati, OH 45211

Preston Snyder
18506 W Georgia Ave
Litchfield Pk, AZ 85340

Laurie Soper
218 Dean Dr
Farmersville, OH 45325

Alan Soroka
14712 Excaliber Dr
Morgan Hill, CA 95037

Maria Soto
1410 SW 8th Ave
Florida City, FL 33034

Mikayla Spooner
1044 Capp St
San Francisco, CA 94110

Eric St Denis
3183 E Olympic Dr
Ontario, CA 91762

Loretta Stegall
2405 Mulligan Ln
Navasota, TX 77868

Cody Stephens
18342 Oak St
Tuolumne, CA 95379

Robert Stockmeier
13504 Carroll Turner Rd
Rising Sun, IN 47040

Heidi Stomsvik
8309 Cirque Dr W Unit 2
University Pl, WA 98467

Megan Stone
2541 Idaho Ave
Grand Island, NE 68803

Annmarie Sulaiman
1842 Bella Lago Dr
Stockton, CA 95206

Concetta Surace
19 Clinton Ave # C
Norwalk, CT 06854

Samantha Surprenant
2827 Telek Pl Apt 108
Alexandria, VA 22314

Donisha Sutton
31 E Archwood Ave
Akron, OH 44301

Matthew Swoyer
1772 Autumn Meadow Dr
Fairfield, CA 94534

Cody Tapley
7331 Windfall Way
Citrus Hts, CA 95621

Nayirie Tashjian
121 Paradise Dr
Pacifica, CA 94044

Harlan Taylor
6961 Verlene Circle
Huntington Beach, CA 92647

Kelsey Tchamkoriyski
5845 Monassas Run Rd
Milford, OH 45150

Mark Terrill
24350 Via Arriba Linda
Yorba Linda, CA 92887

Laynette Thierry-Scharlin
18449 W Calico Ln
Northridge, CA 91325

Shane Tholcke
4922 Little John Rd
Copperopolis, CA 95228

Jasmine Thomas
6122 Wild Iris Ct
Concord, NC 28027

Thalia Thomas
44 Chestnut Ave
Webster Grvs, MO 63119

Kevin Thompson
8234 Traveller St
Chino, CA 91708

Christopher Thoreson
14591 Baylor Ave
Chino, CA 91710

Samuel Tomlinson
13566 S Baroque Ave
Nampa, ID 83651

Vanessa Tortora
4428 E 6th St. Apt. C
Long Beach, CA 90814

Jessica Travis
629 Union St
Ginter, PA 16651

Madison Turner
4404 Hickory Ln
Hebron, OH 43025

Todd Turney
5558 N Delbert Ave
Fresno, CA 93722

Leronne Tyrell
24B Boundbrook Rd
Port Antonio, Po

Rodney Ucles Flores
509 S Flower St  Apt 4
Inglewood, CA 90301-2881

Jorge Urbieta
5444 W Dayton Ave
Fresno, CA 93722

Daniel Valladares
6957 SW 158th Ave
Miami, FL 33193

Eden Vallely
6058 Honey Hollow Rd
Doylestown, PA 18902

Brenn Vallin
2308 W Ella St
Hanford, CA 93230

Andrea Vance
3088 Chatfield Dr
Highland Park, IL 60035

Yasmin Vargas
515 Lewis Perkins Rd
Leesville, LA 71446

Valerie Vasquez
13924 Mcclure Ave Unit 119
Paramount, CA 90723

Wendy Vazquez
69 Monroe St
Lodi, NJ 07644

Sabrina Veargis
21213 NW 14th Pl Apt 121
Miami, FL 33169

Lilliana Velasquez
20920 Moore St
Perris, CA 92570

Bryan Vernay
329 S Sparks St
Burbank, CA 91506

Sherman Vernon
540 N Central Ave Apt 106
Glendale, CA 91203

Forrest Vernon
3089 Ridgecrest Way
Pollock Pines, CA 95726

Alexis Waldrop
11200 Sean Haggerty Dr Apt 14206
El Paso, TX 79934

Monica Walker
4516 College View Dr
Dayton, OH 45417

Tamika Walker
2264 Meadow Glade Ln Apt 3
Memphis, TN 38134

Fiona Wang
3620 E Superior St
Duluth, MN 55804

Alicia Warner
1149 James Ave
Deltona, FL 32738

Vernisha Waters
24 Heritage Dr
Dover, DE 19904

Francesca Watkins
1400 Indian Falls Rd
Corfu, NY 14036-9738

Margo Webb
45988 Rhodes Dr
Macomb, MI 48044

Jessica Wesson
2030 Hancock St
San Bernardino, CA 92411

Melissa White
101 Garden Street
Chapel Hill, NC 27517

Hannah Whitehurst
23 Canterbury Dr
Grantville, GA 30220

Torre Williams
5970 Fairlane Ave
Eastvale, CA 92880

Brianna Wilson
5520 Deans Rd
Battleboro, NC 27809

Shanrae Wilson
5295 Riverchase Dr Apt 1612
Phenix City, AL 36867

Melissa Wolfe
224 3rd Ave
Circleville, OH 43113

Leighton Wood
679 Monte Casa St
Manteca, CA 95337

Matthew Wright
PO Box 12651
Fort Pierce, FL 34979

Michael Yasutake
531 S Shellman Ave
San Dimas, CA 91773

Janeen Yates
514 Stetson Dr
Oakdale, CA 95361

Christopher Yuriar
877 Savi Dr Unit 101
Corona, CA 92878

Audri Zanatta
13036 SW 67th Ave
Ocala, FL 34473

Vitaly Zanko
2017 Fairhaven St
Roseville, CA 95747

Jill Zlaket
1484 W Roberta Ave
Fullerton, CA 92833

Tina Zollo
28 Colony Dr
Holbrook, NY 11741

Thomas Frederick
266 Old Field Run
Richmond Hill, GA 31324

TIES
2025 East River Parkway
Minneapolis MN 55414

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Notice of New Creditors and of Amendment to Affected Parties and Certificate of Service for 341 Notice to New Creditors* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on April 18, 2025, to the following:

None.

 /s/  James A. Coutinho                      
James A. Coutinho      (0082430)