# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-10562 |
|     Union Institute & University | : | Chapter 7 |
| | : | |
|     Debtor. | : | Judge Beth A. Buchanan |

## **NOTICE OF CONTINUED MEETING OF CREDITORS**

Notice is hereby given that the § 341 Meeting of Creditors in this case has been continued to May 2, 2025, at 2:00 PM EST. The Zoom information for the Meeting of Creditors remains the same as the original meeting notice.

Respectfully submitted,

/s/ James A. Coutinho
Thomas R. Allen     (0017513)
James A. Coutinho     (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500     F: (614) 221-5988
allen@asnalaw.com; coutinho@asnalaw.com
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing *Notice of Continued Meeting of Creditors* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on April 18, 2025, to those creditors set forth on the attached mailing matrix. The creditors listed are those that were recently added by amendment and whom did not receive notice of the original § 341 meeting prior to it being held.

                                                              /s/ James A. Coutinho
                                                            James A. Coutinho   (0082430)

Antoine Abinader  
501 Crest View Ave  
Belmont, CA 94002

Brandon Acosta  
1559 Sandpiper Cir  
Weston, FL 33327

Octavia Adams  
11660 NW 29 Place  
Sunrise, FL 33323

Kendall Adams  
717 Merengue Ct  
Roseville, CA 95747

Michael Aguilar  
5469 E Mono St  
Fresno, CA 93727

Sandra Akhareyi  
545 W 500 N Apt 5  
Salt Lake Cty, UT 84116

Obidio Alanis  
3056 Janine Ave  
Rosamond, CA 93560

Alex Alas  
333 W 4th St  
San Dimas, CA 91773

Javier Albite  
16452 NW 82nd Pl  
Hialeah, FL 33016

Samuel Aldama  
16676 E Greenhaven St  
Covina, CA 91722

Ashley Alejandre  
17155 2550 Rd  
Cedaredge, CO 81413

Monica Aleman  
193 Brownwood Ln  
Oakdale, CA 95361

Katlyn Alexander  
10461 Tamme Road  
Winchester, OH 45697

Amy Alio  
435 Seguine Ave  
Staten Island, NY 10309

Tiffinee Allen  
7880 Sequoia Ct Apt 6  
Cincinnati, OH 45239

Ruba Al-Serhan  
1220 Edgewater Way  
Alexandria, KY 41001

Nick Alvarado  
10554 Oak Glen Ave  
Montclair, CA 91763

Jonathan Alvarado  
PO Box 12026  
Fresno, CA 93776

Emilia Alvarado  
91941 Plonski Rd  
Mecca, CA 92254

Miranda Anderson  
807 South Street  
Chenango Forks, NY 13746

Gregory Anderson  
8245 Northwind Way  
Orangevale, CA 95628

Adnnan Anjum  
11771 SW 250th St  
Homestead, FL 33032

Leon Ann'el  
113 Waterview Way  
Royal Plm Bch, FL 33411

Vicky Antunez  
618 N Plum St  
Ontario, CA 91764

Troy Armstrong  
519 E 4th Ave  
Garnett, KS 66032

Aaron Arora  
7717 Inverness Lakes Trl  
Fort Wayne, IN 46804

Ramiro Arreola  
PO Box 343225  
Florida City, FL 33034

Guadalupe Arreola  
625 W Grondahl St  
Covina, CA 91722

Jshnaee Asberry  
7440 Fairpark Ave  
Cincinnati, OH 45216

Maurice Austin  
40318 Springpark Ln  
Palmdale, CA 93551

Nancy Avila
1900 Rancho Frontera Unit F46
Calexico, CA 92231

Guadalupe Ayon
473 Rosewood Ct
Lindsay, CA 93247

Ifdal Backour
19648 Botany Bay Rd
Riverside, CA 92508

Marian Baker
6301 Green Ridge Dr
Foresthill, CA 95631

Melissa Baldwin
2236 Sacia Ln
Hudson, WI 54016

Katrina Bales
1841 Windingvine Ct
Florence, KY 41042

Patrick Balsley
2800 Newport Ln
Matthews, NC 28105

Kristine Barklow
5534 N Sebastian Ln
Fresno, CA 93722

Richard Barnes
1200 Sorrento Dr
Weston, FL 33326

Marlene Barragan
22981 Charles St
Wildomar, CA 92595

Crystal Barton
82 Florence Hall Boulevard
Falmouth, Tr

Dyneisha Bender
3178 Herrenhut Rd
Lithonia, GA 30038

Amanda Benedict
912 Rougemont Ave
Charlottesville, VA 22902

Tyler Bengard
1036 Montrose Dr
Lk Havasu Cty, AZ 86406

Ashle Berry
4770 Teel Pkwy
Frisco, TX 75034

David Berry
1037 Powell Dr
Placentia, CA 92870

Elizabeth Block
1560 157th Ave NE
Ham Lake, MN 55304

Austin Blythe
817 Taft Way
Galt, CA 95632

Chelsea Bolling
3711 Julep Dr
S Chesterfld, VA 23834

Noslen Boo
18730 SW 92 Ave
Cutler Bay, FL 33157

Leonid Borishkevich
501 Gibson Dr Apt 812
Roseville, CA 95678

Madeleine Bott
1871 Quivira Rd
Washington, KS 66968

Jean-Paul Bottega
18875 Heritage Ct
Salinas, CA 93908

Amanda Boulton
4665 Amarosa Hts Apt 103
Colorado Spgs, CO 80920

Christina Boyer
31 Downey Oak Cir
Wyoming, DE 19934

Rina Bricio
16960 SW 301st St
Homestead, FL 33030

Kathrine Britvec
35 Trago Ave
Jackson, OH 45640

Heidi Brooks
2210 Ridge St
Yorktown Heights, NY 10598

Steven Broseus
125 Andover Rd Apt D
Heath, OH 43056

Jimeika Brown
9223 168th St.
Jamaica, NY 11433

| | | |
|---|---|---|
| Adelin Brownell<br>82 Turnpike Rd<br>Eagle Bridge, NY 12057 | Kyle Bryant<br>1704 Pluto Way<br>Sacramento, CA 95864 | Dennis Bueso<br>4403 Running Brook Dr<br>Virginia Beach, VA 23462 |
| Tiera Buie<br>790 S Biscayne River Dr<br>Miami, FL 33169 | Jonathan Burch<br>2917 Grange St<br>Oakdale, CA 95361 | Troy Burch<br>1399 9th Ave Apt 817<br>San Diego, CA 92101 |
| Maria Burd<br>2923 Lehman Rd<br>Cincinnati, OH 45204 | Caitlyn Burton<br>54 Chelmsford Ct<br>Middle River, MD 21220 | Steven Busch<br>19803 Squire D<br>Covina, CA 91724 |
| Gary Butler Jr.<br>22701 SW 88th Pl Unit 102<br>Cutler Bay, FL 33190 | Naomi Cabrera-Alday<br>127 Quarter Horse Ln<br>San Dimas, CA 91773 | Tyler Camigi<br>379 Manzanita Ave<br>Fairfield, CA 94533 |
| Thomas Capps<br>925 Pala Mesa Dr<br>Corona, CA 92879 | Michael Cardoza<br>1851 St Michaels Way<br>Brentwood, CA 94513 | Kaylie Carlton<br>903 S Daugherty Ave<br>Eastland, TX 76448 |
| Courtney Carlton<br>50410 Lazy K Trl<br>Ballston Spa, NY 12020 | Wade Carr<br>691 Alamo Ct<br>Oakdale, CA 95361 | John Carr<br>201 W Mission St<br>San Jose, CA 95110 |
| Samuel Carranza<br>433 S Grande Vista Ave<br>Los Angeles, CA 90063 | April Carter<br>5200 Clark Ave #579<br>Lakewood, CA 90714 | Victoria Carty<br>59 Clearwater Dr<br>Brunswick, OH 44212 |
| Alexander Cassitta<br>1237 Terrystone Ct<br>Weston, FL 33326 | Maricela Castillo<br>2266 N Albright Ave<br>Upland, CA 91784 | Vedad Caus<br>1652 Islesworth Way<br>Plumas Lake, CA 95961 |
| Heather Ceballos<br>214 Yearling Loop<br>Jacksonville, NC 28540 | Jaime Cerna<br>854 Sw 172 Ter<br>Pembroke Pines, FL 33029 | Marjorie Charles<br>3708 SW 52nd Ave<br>Hollywood, FL 33023 |
| Mykeia Cherry<br>6305 NW 3rd Ct<br>Miami, FL 33150 | Christopher Childs<br>15317 De La Cruz Dr<br>Rncho Murieta, CA 95683 | Eric Chin<br>4145 Tyrone Way<br>Carmichael, CA 95608 |

| | | |
|---|---|---|
| Ephrem Choi<br>5595 Latin Way<br>Fair Oaks, CA 95628 | Sabrina Christopher<br>25325 Ivanhoe<br>Redford, MI 48239 | Mark Claar<br>13116 Thistle Loop<br>Penn Valley, CA 95946 |
| April Clark<br>1527 Howe Rd<br>Kent, OH 44240 | Jesse Cloyd<br>10568 Sky Cir<br>Grass Valley, CA 95949 | Tiasia Cockrell<br>11705 Harden Ct<br>Cincinnati, OH 45240 |
| Stephania Collazos<br>528 N 24th Ave<br>Hollywood, FL 33020 | Dayna Comstock<br>N8820 County Road J<br>Elkhart Lake, WI 53020 | Mario Contreras<br>9898 Bobbell Dr<br>Elk Grove, CA 95757 |
| Mary Cook<br>213 Colonial Way<br>Dalton, GA 30721 | Brook Cook<br>311 Devon Rd<br>Cinnaminson, NJ 08077 | Jesse Cook<br>635 Seminary Ave<br>Oakdale, PA 15071 |
| Ferdy Cordero<br>95 W 48th St<br>Long Beach, CA 90805 | Meredith Coronato<br>22106 Cedar Dr<br>Lawrenceville, NJ 08648 | Jonathan Correa<br>1132 NE 179th Ter<br>N Miami Beach, FL 33162 |
| Blake Corrigan<br>10219 Devon St<br>Rch Cucamonga, CA 91730 | Rebecca Cortez<br>7440 Marine Ave<br>Rch Cucamonga, CA 91730 | Nathan Cortez-Littlefield<br>6239 E Ellis St.<br>Mesa, AZ 85205 |
| Andrew Costamagna<br>5020 Bear Creek Rd<br>Lodi, CA 95240 | Lauren Coughlan<br>312 Markham Ave<br>Vacaville, CA 95688 | Jesse Crockett<br>3129 Sagewood Ln<br>Corona, CA 92882 |
| Romel Cuellar<br>20245 Starr King Dr<br>Soulsbyville, CA 95372 | Neil Patrick Custado<br>10137 Jenny Lynn Way<br>Elk Grove, CA 95757 | Nicholas Dado<br>3550 Fishinger Mill Dr<br>Hilliard, OH 43026 |
| Rebecca Daigle<br>924 22nd Ave S<br>Moorhead, MN 56560 | Nicole Dailey<br>3144 Chartwood Dr<br>Sandston, VA 23150 | Patricia Daley<br>22220 114th Rd<br>Cambria Hts, NY 11411 |
| Ivy Dandurand<br>26431 W 108th St<br>Olathe, KS 66061 | Sam Dang<br>342 Sequoia Ave<br>Brea, CA 92821 | Kevin Daniels<br>1505 Blackcombe St<br>Las Vegas, NV 89128 |

| | | |
|---|---|---|
| Molly Daniels<br>71 Quail Ln<br>Waynesboro, VA 22980 | Greg Dart<br>1578 W 550 N<br>Price, UT 84501 | Bernice Davis<br>483 Marion Rd<br>Cincinnati, OH 45215 |
| Jenica Davis<br>8864 United Ln Apt 52<br>Athens, OH 45701 | Veronica De La Rosa<br>1301 Valeview Ave<br>Glendora, CA 91740 | Robyn Dean<br>13725 Normande Bell<br>San Antonio, TX 78254 |
| Jessica Deese<br>507 Lohnes Dr<br>Fairborn, OH 45324 | Martin Deffee<br>1420 East Roseville Parkway<br>Roseville, CA 95661 | Emily DeHart<br>6520 Madrona Ave<br>Lewis Mcchord, WA 98433 |
| Hope Demonte<br>8167 Summerset Dr Apt E<br>Colorado Spgs, CO 80920 | Edwens Deruisseau<br>725 NW 42nd Ave<br>Plantation, FL 33317 | Dylan Dixon<br>3982 Rice Rd<br>Riverside, CA 92506 |
| Max Dodgion<br>7049 N Hourglass Dr<br>Coeur D Alene, ID 83815 | George Dominguez<br>4255 San Ramon Dr<br>Corona, CA 92882-7931 | Ilea Dugger<br>2200 Link Side Drive<br>Cincinnati, OH 45245-2958 |
| Ebone Dumond<br>3766 Pear Orchard Way<br>Suffolk, VA 23435 | Krystie Dupuis<br>1000 Robley Dr Apt 1623<br>Lafayette, LA 70503 | Benjamin Dyer<br>10413 Happydale Rd<br>Cambridge, OH 43725 |
| Mary Ealey Daray<br>21093 NW 22nd Ave Apt 140<br>Miami Gardens, FL 33056 | Byron Eby<br>3132 Spinning Rod Way<br>Sacramento, CA 95833 | Darell Edwards<br>24391 Reserve Ct<br>Menifee, CA 92584 |
| Meghan Efseaff<br>17240 Drake St<br>Yorba Linda, CA 92886 | Oluwatobi Ekunsanmi<br>8300 W 30 1/2 St Apt 201<br>Minneapolis, MN 55426 | Stephanie Elam<br>95 E Meadow Dr<br>Batavia, OH 45103 |
| Kaci Elder<br>PO Box 110<br>O Brien, OR 97534 | Rebecca Elefson<br>505 Vernon St<br>Buckner, MO 64016 | Raul Elias<br>1429 W Lockeford St<br>Lodi, CA 95242 |
| Katrina Ellis<br>10335 Bowman Ave<br>Cranesville, PA 16410 | James Ellis<br>4600 Alameda Rd<br>Placerville, CA 95667 | Madison Emanuel<br>1029 S Diamond St<br>Ravenna, OH 44266 |

Brittney England
881 Mono St
Manteca, CA 95337

Tarhesha English
921 NW 34th Way
Lauderhill, FL 33311

Jessica Escobar
442a Casselman Street
Chula Vista, CA 91910

Maria Espinoza Rodriguez
846 Emerson Ave
Calexico, CA 92231

Alexander Estevez
9215 SW 212th Ter
Cutler Bay, FL 33189

Carley Evenson
6 Songsparrow
Irvine, CA 92604

Khylan Fair
13581 NW 6th St Apt 202
Pembroke Pnes, FL 33028

Maryam Fareed
3471 Cornell Pl Apt 3
Cincinnati, OH 45220

Caitlin Farkas
5802 Lookout Blvd.
Grove City, OH 43123

Sarah Fehribach
2205 Sieger Villa Ct
Louisville, KY 40218

Brooke Ferguson
295 Hcr 3379
Hubbard, TX 76648

Noelia Fernandez
10821 Canelo Rd
Whittier, CA 90604

Lazaro Fernandez
7212 S Waterway Dr
Miami, FL 33155

Nicole Ferweda
1901 Augusta Dr Apt 236
Houston, TX 77057

Savannah Fidalgo
2743 Forbes Dr
Bellevue, NE 68123

Jordan Finestone
520 La Baree Dr
Morgan Hill, CA 95037

Kimberly Fitch
3068 Jeffersonville Rd Apt 3D
Macon, GA 31217

Joseph Fleming
19221 Merryweather Dr
Santa Clarita, CA 91351

Sarra Flickinger
154 Miles Ave Nw
Canton, OH 44708

Ariana Fort
Po Box 392
Three Bridges, NJ 08887

Chrishara Franklin
11901 4th St N Apt 12301
St Petersburg, FL 33716

Jeremy Franklin
5349 Vivian Ct
Atwater, CA 95301

Patrick French
4220 Sunrise Ridge Rd
Shingle Spgs, CA 95682

Joseph Frenes
26349 Seville Ln
Loma Linda, CA 92354

Breanna Frensko
1155 W. Elliott Rd. - #2089
Tempe, AZ 85284

Daniel Friedman
1852 Carpentier St
San Leandro, CA 94577

Kayla Frohlich
20877 Escudo Dr
Boca Raton, FL 33433

Jasmine Fromm
1725 Brown Ave NW
Cleveland, TN 37311

Tera Frudakis
4224 Birchwood Ave
Seal Beach, CA 90740

Candy Fuentevilla Vasquez
1130 Morgan Glen Dr
Burlington, NC 27217

Patricia Fuerte-Luffi
2371 Sw 145 Ave
Miami, FL 33175

Evens Gabriel
11408 SW 17 Court
Miramar, FL 33025

Gabriel Garcia
36473 Amateur Way
Beaumont, CA 92223

Anna Garcia
263 Foxtrail Dr
El Centro, CA 92243

Porsche Gardner
644 Radnor Ln
Jacksonville, FL 32221

Kayla Gatten
119 Allen St.
Goldsboro, NC 27534

Romario Gayle
9 Candlewood Place, Pleasanton Gardens
Kingston, Sa

Makenzie Gholson
601 Pelletier Loop Rd Unit C15
Swansboro, NC 28584

Joseph Gillis
404 Royal Circle
Corona, CA 92870

Crystal Giuliano
175 Dean Rd
Spencerport, NY 14559

Dominique Glisson
265 Mitchell Rd Unit 564
Norcross, GA 30071

Fernando Godinez
1261 Coronado St
Upland, CA 91786

Brandi Godlove
443 Lee Ln
Mansfield, OH 44905

Marina Golden
1908 Roble Dr
Atlanta, GA 30349

Natalie Gomez
28249 Stonington Ln
Santa Clarita, CA 91350

Jessi Gomez
2478 E Katrina Trl
Casa Grande, AZ 85194

Raymond Gonzales
PO Box 2286
Irwindale, CA 91706

Jose Gonzalez
15542 Goodhue St
Whittier, CA 90604

Alicia Gonzalez
331 E Carson St Apt D
Long Beach, CA 90807

Kennedi Gonzalez
3045 Waring Pl
Fairfield, CA 94533

Majalia Gonzalez
520 Clark Ave
Claremont, CA 91711

Trevor Gordon
4252 Valtara Rd
Cameron Park, CA 95682

Vanessa Graves
1112 Wellington St Apt 201
Greenville, MI 48838

Deonne Green
126 W Hicks St
Hicksville, OH 43526

Joseph Greenberg
73-1070 Makamaka St
Kailua Kona, HI 96740

Kory Grigsby
2082 W Bryman St
Hanford, CA 93230

Andrew Grijalva
481 Barbri Ln
Davie, FL 33325

Cassandra Grum
416 S Dartmouth Ln
Altoona, PA 16602

Juan Guerrero
1927 Valance St
San Diego, CA 92154

Skylar Guinn
3854 Robbins Brook Dr
Winston Salem, NC 27107

Evelyn Gutierrez
1214 Stichman Ave
La Puente, CA 91746

Andrew Ha
2633A Garfield Ave
Carmichael, CA 95608

Kristin Hacker
1399 Apple Farm Dr
Amelia, OH 45102

Aaron Hague
4011 Hollyhock Ln
Maumee, OH 43537

Tiffany Hall
515 Girard Blvd SE Apt H
Albuquerque, NM 87106

Jamie Hall
1919 E. Main Street
Millville, NJ 08332

Jeremy Hansen
5060 Regency Isles Way
Cooper City, FL 33330

Vicki Harless
1910 Sunset Hwy
E Wenatchee, WA 98802

Brandon Haroldsen
1005 Blue Ravine Rd Apt 121
Folsom, CA 95630

Kyle Haroldsen
3535 Banbury Dr Apt 16
Riverside, CA 92505

Suprenna Harris
9940 Placer St Apt A
Rch Cucamonga, CA 91730

Araceli Harrison
2323 Kerrysdale Dr SE
Olympia, WA 98513

Kylie Hart
2387 Castlewood Dr
Gaylord, MI 49735

Brian Heischuber
19201 Graham Ln
Saugus, CA 91350

Kimeia Hemmati
2440 NE Holmes Rd Apt 28
Lincoln City, OR 97367

Yesenia Hernandez
81600 Fred Waring Dr
Indio, CA 92201

Bryant Hernandez
700 NE 124th St
North Miami, FL 33161

Javier Hernandez
14724 S Atlantic Ave Apt E
Compton, CA 90221

Keila Hernandez
4877 Effingham Place
Riverside, OH 45431

Alfred Hernandez
581 SW 182nd Way
Pembroke Pnes, FL 33029

Enrique Herrera
1575 NE 35th Ave
Homestead, FL 33033

Jason Hibbert
20584 NW 14th Pl
Miami Gardens, FL 33169

Joshua Hickey
9340 SW 19th St
Miami, FL 33165

Stephanie Hile
13177 Hedda Dr
Cerritos, CA 90703

Elizabeth Hilton
408 Walnut
Wentworth, MO 64873

Christopher Hita
28514 Avocado Pl
Santa Clarita, CA 91390

Taylor Hitson
720 Caliente Dr
Brandon, FL 33511

Molly Holm
2608 Via Rivera
Pls Vrds Est, CA 90274

Krystall Horne
2382 SE 15th Street
Homestead, FL 33034

Traci Houston
611 Pebble Beach Dr
Jacksonville, TX 75766

| | | |
|---|---|---|
| James Huggins<br>20 Claret<br>Rancho Mirage, CA 92270 | Malana Hughes<br>14651 Biscayne Blvd # 168<br>North Miami, FL 33181 | Rachel Hunter<br>68 County Road<br>North Springfield, VT 05150 |
| Jaime Ibarra<br>641 Garnet St<br>Imperial, CA 92251 | Valerie Ibarra<br>2043 Swift Circle<br>San Jacinto, CA 92583 | John Isidro<br>29237 Windflower<br>Lake Elsinore, CA 92530 |
| Carla Izquierdo<br>21641 Westfield Ave<br>Hayward, CA 94541 | Jerence James<br>2 Trevennion Towers<br>Kingston, OT | Marjorie Janvier<br>15 Nw 204th Street<br>Miami, FL 33169 |
| Amanda Jaramillo<br>6772 9th Ave<br>Sacramento, CA 95820 | David Jarrett<br>PO Box 606<br>Placentia, CA 92871 | Fatima Jawed<br>10154 Berkshire St<br>Pickerington, OH 43147 |
| Antwan Johnson<br>7013 Nw 21st Ave<br>Miami, FL 33147 | Alicia Jones<br>3105 Varcroft Rd<br>Knightdale, NC 27545 | Laura Jones<br>816 SW 37th St<br>Cape Coral, FL 33914 |
| Sara Jones<br>8701 Hermitage Trace Cir<br>Henrico, VA 23228 | Undraya Jones<br>2774 Riverview Rd<br>Macon, GA 31204 | Christopher Joseph<br>4346 Norwalk Cir<br>Mather, CA 95655 |
| Emily Jump<br>5227 Crystal Dr<br>Fairfield, OH 45014 | Brittny Keefer<br>338 Manor Drive<br>East Stroudsburg, PA 18301 | Carrie Keith<br>94 Washington St<br>Coalport, PA 16627 |
| Miranda Keller<br>132 Dyson Ln<br>Taylorsville, NC 28681 | Kristopher Kersmarki<br>4581 Coyote Ridge Rd<br>Somerset, CA 95684 | Timothy Keyes<br>PO 36<br>Colfax, CA 95713 |
| Eunia Kidd<br>3467 Woodburne Dr<br>Virginia Bch, VA 23452 | Colleen Kilbreath<br>PO Box 337<br>Quechee, VT 05059 | Jason Kimbrell<br>3732 Pullman Dr<br>Sacramento, CA 95827 |
| Jessica Kimler<br>525 US Highway 13 N<br>Gates, NC 27937 | Sara Kipp<br>424 4th Street<br>New Cumberland, PA 17070 | Tyfanee Klebba<br>5419 Smith St<br>Russellville, MO 65074 |

| | | |
|---|---|---|
| Melissa Klosowski<br>2488 W Kinde Rd<br>Kinde, MI 48445 | Josh Knotts<br>230 S C St. Apt B<br>Springfield, OR 97477 | Brian Knox<br>5405 Segovia Way<br>Bakersfield, CA 93306 |
| Tyler Konkel<br>2630 Darwin Pl<br>El Dorado Hls, CA 95762 | Saran Kour<br>3731 Douglas Fir Ct<br>Antelope, CA 95843 | Margaret Krafczyk<br>5 N 3rd St<br>Easton, PA 18036 |
| Madhu Kurup<br>305 Ironwood Cir<br>Roseville, CA 95678 | Gopika La Berge<br>8108 Horseshoe Cottage Cir<br>Lorton, VA 22079 | Gregory Laborie<br>37062 Tail Feather Dr<br>N Ridgeville, OH 44039 |
| Jovon Laffite<br>2040 NW 188th Ter<br>Miami Gardens, FL 33056 | Cynthia Larios<br>14890 Perris Blvd Spc 20<br>Moreno Valley, CA 92553 | Constance Laufersky<br>9023 Diceman Dr<br>Dallas, TX 75218 |
| Cassandra Leadbeater<br>644 Allenview Dr<br>Mechanicsburg, PA 17055 | Janelle Leatherwood<br>4662 N Pebblestone Ln<br>Lehi, UT 84043 | Jonathan Lebel<br>27105 Rio Prado Dr<br>Valencia, CA 91354 |
| Luis Ledesma<br>19451 Worchester Ln<br>Huntingtn Bch, CA 92646 | Jessica Leopaldi<br>252 Camino Cortina<br>Camarillo, CA 93010 | Tarja Lewis<br>5211 Dix Street NE<br>Washington, DC 20019 |
| Dwight Lindsey<br>1412 El Centro Ave<br>Napa, CA 94558 | Ioannys Llanes<br>13342 SW 61st St<br>Miami, FL 33183 | Kaitlyn Lopez<br>3845 Prospect Point Dr<br>Oakwood, GA 30566 |
| Jacob Lorigan<br>9401 Ringe Cir<br>Elk Grove, CA 95624 | Johnetta Loyd<br>14252 Tawney Ridge Ln<br>Victorville, CA 92394 | Elizabeth Lute<br>1114 Wainwright Rd SE<br>New Phila, OH 44663 |
| Kiana Madera<br>2306 Monroe St Apt 7<br>Hollywood, FL 33020 | Maria Madrid<br>123 Cactus Rd<br>Waxahachie, TX 75165 | Raul Magadan<br>13042 Charleston Ct<br>Chino, CA 91710 |
| Sonia Magana<br>86 Cutter Drive<br>Watsonville, CA 95076 | Melanie Maldonado<br>12850 West State Road 84 Lot 2-16<br>Davie, FL 33325 | Chelsea Mannion<br>7055 Oakes Rd<br>Brecksville, OH 44141 |

| | | |
|---|---|---|
| Araceli Manrriquez<br>16217 SW 306th St<br>Homestead, FL 33033 | John Marin<br>400 N.W. 2nd Avenue<br>Miami, FL 33128 | Matt Marino<br>PO Box 648<br>Pt Pleasant, NJ 08742 |
| Brittany Marshall<br>422 Creekside Curve Road<br>New Braunfels, TX 78130 | Maribel Matamoros<br>3252 State Highway 304<br>Gonzales, TX 78629 | Joerry Mathieu<br>2516 Raleigh St<br>Hollywood, FL 33020 |
| Robert Matthews<br>383 Bergin Dr Apt B<br>Monterey, CA 93940 | Hunter Matthews<br>66 N Walnut St Apt 3<br>Chillicothe, OH 45601 | Jaquita May<br>313 W Kerr Dr<br>Midwest City, OK 73110 |
| Ashlynn Mccarty<br>212 W Pinehurst St<br>Sidney, OH 45365 | Robert Mcclure<br>163 Molly Way<br>Santa Cruz, CA 95065 | Robert McGriff<br>2992 Pickford Way<br>Hayward, CA 94541 |
| Marjorie McIntosh<br>PO Box 823802<br>Pembroke Pines, FL 33082 | Zuriah Mcknight<br>4264 Windspring Cir<br>Corona, CA 92883 | Kristen McLachlan<br>4500 Larch Ln<br>Bellaire, TX 77401 |
| Aliya McLemore<br>1714 Auburn Ave<br>Dayton, OH 45406 | Joel McVey<br>4800 Westlake Pkwy, Unit 1101<br>Sacramento, CA 95835 | Paul Medina<br>41041 Robards Way<br>Murrieta, CA 92562 |
| Tiffany Meeks<br>4885 Sheffield Way<br>Grove City, OH 43123 | Carlos Mejia<br>1822 Santa Ynez St<br>Los Angeles, CA 90026 | Kevin Melao<br>1702 Joeys Ave<br>Atwater, CA 95301 |
| John David Mezger<br>366 E Tompkins St<br>Columbus, OH 43202 | Alexis Michals<br>15029 Ashby Way E<br>Carrollton, VA 23314 | Maree Mickens<br>1456 Galway Ct<br>Indianapolis, IN 46217 |
| Bradlee Middleton<br>110 Amigo Rd<br>Danville, CA 94526 | Hannah Miedema<br>614 W Fargo Ave Apt C<br>Hanford, CA 93230 | Daniel Mielke<br>5791 Monroe Ct<br>Fontana, CA 92336 |
| Ta-Wanda Miles<br>6931 Hillshire Drive<br>Memphis, TN 38133 | Ysabel Mills<br>30605 8th Pl S<br>Federal Way, WA 98003 | Shantell Mitchell<br>2645 SW 150th Ct<br>Miami, FL 33185 |

Leon Mitchell
1625 NW 75th St
Miami, FL 33147

Linda Mogilnicki
6302 Elgin Ave Apt 94
Lubbock, TX 79413

Marcus Moncur
20653 Oak Knoll Dr
Tehachapi, CA 93561

Milton Montes de Oca
2113 NE 41 Terrace
Homestead, FL 33033

Alicia Montgomery
2821 Colonial Ridge Ct
Cincinnati, OH 45212

Damaian Moore
13194 SW 30th St
Miramar, FL 33027

Victoria Moore
2854 Joyce Ave Apt A
Columbus, OH 43211

Carissa Morales
27 Lancaster Ave
Nesconset, NY 11767

Brittany Morefield-Sherron
180 Leslie Ave
Clarksville, TN 37042

William Morris
1789 Rosewood Way
Upland, CA 91784

Vanessa Morrison
15902 Sharonhill Dr
Whittier, CA 90604

Brian Muller
26782 Venado Dr
Mission Viejo, CA 92691

Sasha Gay Mullings
8 Havendale Mews
Kingston 19, Sa

Ruben Munoz
10980 SW 91st St
Miami, FL 33176

Martin Munoz
6678 King St
Chino, CA 91710

Catherine Murillo
4849 Manzanita Ave Apt 39
Carmichael, CA 95608

James Mylonakis
6952 Verlene Cir
Huntingtn Bch, CA 92647

Olivia Nance
485 E Highland Ave
Sierra Madre, CA 91024

Paula Nash
1525 Howard St
Petoskey, MI 49770

Ronald Navarrete
241 S Olive Ave Apt 7
Alhambra, CA 91801

Albert Nazaryan
15105 Providence Ln
North Hills, CA 91343

Cyndi Neagu
7803 Marbil Ln
Riverside, CA 92504

Holly Neal
10127 Shanaclear Avenue
Concord, NC 28027

Jacob Nedelcu
4613 North Ave
Sacramento, CA 95821

Shanice Nelson
605 Scholar House Court Apt 301
Louisville, KY 40217

Mark Nelson
1621 Brandstatt Ave
Yuba City, CA 95991

Sigfred Neri
1294 Kestrel Ct
Concord, CA 94521

Jenna Newton
5346 Colonade Ct
Cape Coral, FL 33904

Arianna Nicolaysen
4946 Galena St
Chubbuck, ID 83202

Colossus Nixon
PSC 10 Box 1133
APO, AE 09142

| | | |
|---|---|---|
| Elizabeth Nobles<br>455 Turner Rd<br>Prosperity, SC 29127 | Matthew Novak<br>1021 Colnar St<br>Roseville, CA 95678 | Arrenz Nulud<br>2821 Calle Loreto<br>Palm Springs, CA 92264 |
| Melisa Nunes<br>24 Goldsmith Ave.<br>East Providence, RI 02914 | Kara O'Toole<br>2065 Buckler Rd<br>New Richmond, OH 45157 | David Oakes<br>3091 Cedar Ravine Rd<br>Placerville, CA 95667 |
| Steven Oberlander<br>1352 Champagne Cir<br>Roseville, CA 95747 | Kirstie O'Hara<br>6241 Islington St<br>Middle River, MD 21220 | Christy Oldham<br>1314 S Perry Ave<br>E Wenatchee, WA 98802 |
| James O'Neal<br>177 Warren Dr<br>Vacaville, CA 95687 | Marissa Orozco<br>10402 Point Reyes Cir<br>Stockton, CA 95209 | Abby Orsini<br>1065 Lake Park Ave<br>Galt, CA 95632 |
| Michael Otamendi<br>8367 Vanport Ave<br>Whittier, CA 90606 | Elise Owen<br>660 Tanasee Gap Rd<br>Balsam Grove, NC 28708 | Alicia Pangelinan<br>1098 Ironwood St<br>Plumas Lake, CA 95961 |
| Alysenne Pano<br>1315 16th St Apt B<br>Oceano, CA 93445 | Khasim Panton<br>11 Old Golden Spring Road<br>Kingston, OT | Matthew Papa<br>1512 Deerfield Cir<br>Roseville, CA 95747 |
| Kelly Parrish<br>17 Vesey Rd<br>Randolph, MA 02368 | Ryan Patrick<br>604 Garfield Dr<br>Petaluma, CA 94954 | Christopher Paulenich<br>4431 Aldrich Rd<br>Bellingham, WA 98226 |
| Ewa Pawelko<br>1121 Castle Dr<br>Glenview, IL 60025 | Catalina Paz<br>5860 French Plum Ln<br>Tamarac, FL 33321 | Alicia Pearcy<br>PO Box 1072<br>Lawai, HI 96765 |
| Ashley Pearson<br>16672 Selby Dr<br>San Leandro, CA 94578 | Amber Penn<br>411 Catherine Ave Apt 2<br>Cincinnati, OH 45229 | Shiri Perl<br>96 Deerfield Road<br>West Caldwell, NJ 07006 |
| Donn Peterson<br>5118 Ave Maria Blvd<br>Ave Maria, FL 34142 | Ryan Peterson<br>3780 Robinson Ave<br>Clearlake, CA 95422 | Koryun Petrosyan<br>301 N Belmont St Unit 103<br>Glendale, CA 91206 |

| | | |
|---|---|---|
| Marc Piazza<br>5108 Mclean Dr<br>Elk Grove, CA 95757 | Gianna Piccoli<br>2645 S 15th St<br>Philadelphia, PA 19145 | Layla Piehler<br>Am Schildchen 12<br>Eschweiler, No |
| Chilernz Pierre<br>235 NE 150st<br>Miami, FL 33161 | Adanily Piggott<br>14306 Paradise Tree Dr<br>Orlando, FL 32828 | Anthony Pimentel<br>8807 Jacmar Ave<br>Whittier, CA 90605 |
| Devan Pingree<br>719 Sutter Ln<br>Ione, CA 95640 | Robin Pinkard<br>24828 SW 128th Path<br>Homestead, FL 33032 | Michael Politano<br>PO Box 4533<br>Lancaster, CA 93539 |
| Alexis Porter<br>14338 Bonnett Lane<br>Laurel, MD 20707 | Moriah Post-Kinney<br>19020 Ferndale Rd<br>Mineral Point, WI 53565 | Alberto Pulles<br>134 W 32nd St<br>Hialeah, FL 33012 |
| Courtney Putnam<br>1000 S Orlando Ave Apt A27<br>Maitland, FL 32751 | Valerie Queen<br>3505 W Clark Rd Apt R203<br>Dewitt, MI 48820 | Zachary Quicuti<br>15222 SW 138th Ter<br>Miami, FL 33196 |
| Rachael Quincel<br>1045 S Court St Apt 16<br>Circleville, OH 43113 | Jorge Quintana<br>6541 SW 31st St<br>Miami, FL 33155 | Sumaia Raian<br>1601 Broadway St Apt 418<br>Concord, CA 94520 |
| Laura Ramirez<br>1525 French St<br>Santa Ana, CA 92701 | Rhonda Ramirez<br>10318 Shaw Dr.<br>Spotsylvania, VA 22553 | Arturo Ramos<br>7704 Alderwood Ave<br>Eastvale, CA 92880 |
| Ana Ramos<br>2450 E 6th St Apt 7<br>Long Beach, CA 90814 | Matthew Randolph<br>28421 Santa Rosa Ln<br>Santa Clarita, CA 91350 | Sophia Rasmussen<br>145 Japonica Ct.<br>Camarillo, CA 93012 |
| Victoria Raygoza<br>430856 E Highway 60 Lot 7<br>Vinita, OK 74301 | Rachael Reese<br>20271 Haystack Rd<br>Sonora, CA 95370 | Virginia Reeves<br>13811 Glenoaks Blvd Apt 220<br>Rnch Cascades, CA 91342 |
| Andrea Regan<br>10775 Lavender St<br>Ventura, CA 93004 | Imani Reginald<br>42 Aspen Hl Apt B<br>Deptford, NJ 08096 | Magarita Registre<br>51 Nw 139 St<br>Miami, FL 33168 |

| | | |
|---|---|---|
| Jesyka Ricker<br>2900 22nd St N<br>St Petersburg, FL 33713 | Corey Rinaldi<br>608 Kevin Ct<br>Ridgecrest, CA 93555 | Richard Rivoli<br>22342 Festividad Dr<br>Saugus, CA 91350 |
| Myisha Roberson<br>19141 NW 36th Ave<br>Miami Gardens, FL 33056 | Reagan Robertson<br>4933 Beauregard St Apt T2<br>Alexandria, VA 22312 | Richard Robinson<br>2813 SW 16th St<br>Ft Lauderdale, FL 33312 |
| Nicholas Rodney<br>28235 SW 159th Pl<br>Homestead, FL 33033 | Cristian Rodriguez<br>2087 N Frontier St<br>Hanford, CA 93230 | Emilee Rogers<br>151 Brattleboro Rd<br>Hinsdale, NH 03451 |
| Joanna Roman<br>2414 Ponderosa St. Apt B<br>Santa Ana, CA 92705 | Andre Romo<br>27260 SW 136th Path<br>Homestead, FL 33032 | Nancy Rueda<br>725 Renz Ln<br>Gilroy, CA 95020 |
| Linda Ruelas<br>8119 Alix Ave<br>Los Angeles, CA 90001 | Alexis Ryan<br>806 Sleepy Harbour Dr.<br>Ocoee, FL 34761 | Stephanie Sanchez<br>24914 Newhall Ave<br>Newhall, CA 91321 |
| Miguel Sanchez<br>8732 Greenleaf Ave<br>Whittier, CA 90602 | Omar Sanchez<br>600 Calle Buena Vista<br>Morgan Hill, CA 95037 | Atha Sanders<br>1802 Quarry Ridge Dr<br>Columbus, OH 43232 |
| Robert Sanders<br>2375 S Park Dr Ste 420<br>Hebron, KY 41048 | Javier Sarmiento<br>9850 SW 166th Ct<br>Miami, FL 33196 | Danielle Sawyers<br>1440 Sicily Rd<br>Mount Orab, OH 45154 |
| Anthony Schoen<br>3478 Harborway Dr<br>Sharonville, OH 45241 | Kayla Schregardus<br>3102 SE 52nd Ave<br>Portland, OR 97206 | Amber Scott<br>1820 Losantiville Avenue<br>Cincinnati, OH 45237 |
| Audrey Scott<br>1106 Solid Rock Blvd Apt 11<br>Wshngtn Ct HS, OH 43160 | Ashlyn Sendler<br>5901 Williamson Rd<br>Jupiter, FL 33458 | Michael Sexton<br>3856 Saintsbury Dr<br>Sacramento, CA 95834 |
| Zohaib Shaikh<br>8 Rainwood Ct<br>Sacramento, CA 95823 | Amir Shariat<br>458 Raymond Ave<br>San Jose, CA 95128 | Janee Sheffield<br>2440 NW 159th Ter<br>Opa Locka, FL 33054 |

| | | |
|---|---|---|
| Muhammad Sial<br>1942 SW 82nd Ct<br>Miami, FL 33155 | Kenneth Sisk<br>3200 Ardenridge Dr<br>Sacramento, CA 95864 | Sierre Slevin<br>8372 Seattle Ave Apt 20210<br>Columbus, OH 43240 |
| Robert Smith<br>2931 Flannery Rd<br>San Pablo, CA 94806 | Marrkel Smith<br>PO Box 1049<br>Pinole, CA 94564 | Delaney Smith<br>3550 Lebon Drive Unit #6103<br>San Diego, CA 92122 |
| Nickol Smith<br>843 Lecona Rd<br>Cleveland, OH 44121 | Terrena Smith<br>2903 Lisage Way<br>Silver Spring, MD 20904 | Scott Smith<br>6131 Fenley Dr<br>Huntingtn Bch, CA 92647 |
| Rachael Smith<br>8519 Jackson Rd<br>Midland, GA 31820 | Ryan Smith<br>2040 Edgebrook Dr<br>Modesto, CA 95354 | Michael Snakenborg<br>8 Lariat Ln<br>Rllng Hls Est, CA 90274 |
| Diamond Snow<br>2690 Lafeuille Cir Apt 6<br>Cincinnati, OH 45211 | Preston Snyder<br>18506 W Georgia Ave<br>Litchfield Pk, AZ 85340 | Laurie Soper<br>218 Dean Dr<br>Farmersville, OH 45325 |
| Alan Soroka<br>14712 Excaliber Dr<br>Morgan Hill, CA 95037 | Maria Soto<br>1410 SW 8th Ave<br>Florida City, FL 33034 | Mikayla Spooner<br>1044 Capp St<br>San Francisco, CA 94110 |
| Eric St Denis<br>3183 E Olympic Dr<br>Ontario, CA 91762 | Loretta Stegall<br>2405 Mulligan Ln<br>Navasota, TX 77868 | Cody Stephens<br>18342 Oak St<br>Tuolumne, CA 95379 |
| Robert Stockmeier<br>13504 Carroll Turner Rd<br>Rising Sun, IN 47040 | Heidi Stomsvik<br>8309 Cirque Dr W Unit 2<br>University Pl, WA 98467 | Megan Stone<br>2541 Idaho Ave<br>Grand Island, NE 68803 |
| Annmarie Sulaiman<br>1842 Bella Lago Dr<br>Stockton, CA 95206 | Concetta Surace<br>19 Clinton Ave # C<br>Norwalk, CT 06854 | Samantha Surprenant<br>2827 Telek Pl Apt 108<br>Alexandria, VA 22314 |
| Donisha Sutton<br>31 E Archwood Ave<br>Akron, OH 44301 | Matthew Swoyer<br>1772 Autumn Meadow Dr<br>Fairfield, CA 94534 | Cody Tapley<br>7331 Windfall Way<br>Citrus Hts, CA 95621 |

| | | |
|---|---|---|
| Nayirie Tashjian<br>121 Paradise Dr<br>Pacifica, CA 94044 | Harlan Taylor<br>6961 Verlene Circle<br>Huntington Beach, CA 92647 | Kelsey Tchamkoriyski<br>5845 Monassas Run Rd<br>Milford, OH 45150 |
| Mark Terrill<br>24350 Via Arriba Linda<br>Yorba Linda, CA 92887 | Laynette Thierry-Scharlin<br>18449 W Calico Ln<br>Northridge, CA 91325 | Shane Tholcke<br>4922 Little John Rd<br>Copperopolis, CA 95228 |
| Jasmine Thomas<br>6122 Wild Iris Ct<br>Concord, NC 28027 | Thalia Thomas<br>44 Chestnut Ave<br>Webster Grvs, MO 63119 | Kevin Thompson<br>8234 Traveller St<br>Chino, CA 91708 |
| Christopher Thoreson<br>14591 Baylor Ave<br>Chino, CA 91710 | Samuel Tomlinson<br>13566 S Baroque Ave<br>Nampa, ID 83651 | Vanessa Tortora<br>4428 E 6th St. Apt. C<br>Long Beach, CA 90814 |
| Jessica Travis<br>629 Union St<br>Ginter, PA 16651 | Madison Turner<br>4404 Hickory Ln<br>Hebron, OH 43025 | Todd Turney<br>5558 N Delbert Ave<br>Fresno, CA 93722 |
| Leronne Tyrell<br>24B Boundbrook Rd<br>Port Antonio, Po | Rodney Ucles Flores<br>509 S Flower St  Apt 4<br>Inglewood, CA 90301-2881 | Jorge Urbieta<br>5444 W Dayton Ave<br>Fresno, CA 93722 |
| Daniel Valladares<br>6957 SW 158th Ave<br>Miami, FL 33193 | Eden Vallely<br>6058 Honey Hollow Rd<br>Doylestown, PA 18902 | Brenn Vallin<br>2308 W Ella St<br>Hanford, CA 93230 |
| Andrea Vance<br>3088 Chatfield Dr<br>Highland Park, IL 60035 | Yasmin Vargas<br>515 Lewis Perkins Rd<br>Leesville, LA 71446 | Valerie Vasquez<br>13924 Mcclure Ave Unit 119<br>Paramount, CA 90723 |
| Wendy Vazquez<br>69 Monroe St<br>Lodi, NJ 07644 | Sabrina Veargis<br>21213 NW 14th Pl Apt 121<br>Miami, FL 33169 | Lilliana Velasquez<br>20920 Moore St<br>Perris, CA 92570 |
| Bryan Vernay<br>329 S Sparks St<br>Burbank, CA 91506 | Sherman Vernon<br>540 N Central Ave Apt 106<br>Glendale, CA 91203 | Forrest Vernon<br>3089 Ridgecrest Way<br>Pollock Pines, CA 95726 |

| | | |
|---|---|---|
| Alexis Waldrop<br>11200 Sean Haggerty Dr Apt 14206<br>El Paso, TX 79934 | Monica Walker<br>4516 College View Dr<br>Dayton, OH 45417 | Tamika Walker<br>2264 Meadow Glade Ln Apt 3<br>Memphis, TN 38134 |
| Fiona Wang<br>3620 E Superior St<br>Duluth, MN 55804 | Alicia Warner<br>1149 James Ave<br>Deltona, FL 32738 | Vernisha Waters<br>24 Heritage Dr<br>Dover, DE 19904 |
| Francesca Watkins<br>1400 Indian Falls Rd<br>Corfu, NY 14036-9738 | Margo Webb<br>45988 Rhodes Dr<br>Macomb, MI 48044 | Jessica Wesson<br>2030 Hancock St<br>San Bernardino, CA 92411 |
| Melissa White<br>101 Garden Street<br>Chapel Hill, NC 27517 | Hannah Whitehurst<br>23 Canterbury Dr<br>Grantville, GA 30220 | Torre Williams<br>5970 Fairlane Ave<br>Eastvale, CA 92880 |
| Brianna Wilson<br>5520 Deans Rd<br>Battleboro, NC 27809 | Shanrae Wilson<br>5295 Riverchase Dr Apt 1612<br>Phenix City, AL 36867 | Melissa Wolfe<br>224 3rd Ave<br>Circleville, OH 43113 |
| Leighton Wood<br>679 Monte Casa St<br>Manteca, CA 95337 | Matthew Wright<br>PO Box 12651<br>Fort Pierce, FL 34979 | Michael Yasutake<br>531 S Shellman Ave<br>San Dimas, CA 91773 |
| Janeen Yates<br>514 Stetson Dr<br>Oakdale, CA 95361 | Christopher Yuriar<br>877 Savi Dr Unit 101<br>Corona, CA 92878 | Audri Zanatta<br>13036 SW 67th Ave<br>Ocala, FL 34473 |
| Vitaly Zanko<br>2017 Fairhaven St<br>Roseville, CA 95747 | Jill Zlaket<br>1484 W Roberta Ave<br>Fullerton, CA 92833 | Tina Zollo<br>28 Colony Dr<br>Holbrook, NY 11741 |
| Thomas Frederick<br>266 Old Field Run<br>Richmond Hill, GA 31324 | TIES<br>2025 East River Parkway<br>Minneapolis MN 55414 | |